# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAM VAN BOXTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>TENET FINTECH GROUP INC. F/K/A PEAK FINTECH GROUP INC., JOHNSON JOSEPH, and JEAN LANDREVILLE,<br><br>     Defendants. | Case No. 1:21-cv-06461-PKC-RLM |

### DECLARATION OF GREGORY B. LINKH IN SUPPORT OF DONALD DOMINIQUE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Donald Dominique ("Dominique") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Donald Dominique's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published November 19, 2021 on *Newsfile Corp.*, announcing the pendency of the securities class action against the defendants herein;

Exhibit B: Dominique's Signed PSLRA Certification;

Exhibit C: Analysis of Dominique's financial interest as a result of his transactions in Tenet Fintech Group Inc. securities; and

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 18th day of January 2022.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 18, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh
