# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Tenet Fintech Group Inc.
**Ticker:** PKKFF/TNT
**Class Period:** September 2, 2021 to October 13, 2021
**Name:** Donald Dominique

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/9/2021 | 900 | $10.5000 | -$9,450.0000 | | $0.0000 | -$9,450.00 |
| 9/9/2021 | 10 | $10.2809 | -$102.8090 | | $0.0000 | -$102.81 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 910 | | | | **Subtotal:** | **-$9,552.81** |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $6,347.59 |
| | | | $6.9754 | 910 | **Total:** | **-$3,205.22** |

Note
The 90-Day Average Price used in this calculation is the average closing price between October 13, 2021 and January 10, 2022.