# EXHIBIT 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tenet Fintech Group Inc. f/k/a Peak Fintech Group Inc. Loss Chart | | | | | | | | | $6.88 |
| | | | | Class Period: September 2, 2021 through October 13, 2021 | | | | | | | | | |
| Handal, Alejandro | 9/14/2021 | 22,998 | ($9.65) | ($221,930.70) | | | | | | | | | |
| | 9/14/2021 | 21 | ($9.65) | ($202.65) | | | | | | | | | |
| | 9/14/2021 | 1,400 | ($9.65) | ($13,503.00) | | | | | | | | | |
| | 9/14/2021 | 300 | ($9.64) | ($2,892.00) | | | | | | | | | |
| | 9/15/2021 | 25,000 | ($8.50) | ($212,500.00) | | | | | | | | | |
| | 9/15/2021 | 17,218 | ($7.95) | ($136,883.10) | | | | | | | | | |
| | 9/15/2021 | 3,862 | ($7.94) | ($30,664.28) | | | | | | | | | |
| | 9/15/2021 | 900 | ($7.93) | ($7,137.00) | | | | | | | | | |
| | 9/15/2021 | 899 | ($7.84) | ($7,048.16) | | | | | | | | | |
| | | 72,598 | | ($632,760.89) | | | | | 72,598 | $499,362.44 | ($133,398.45) | | |