UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAM VAN BOXTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TENET FINTECH GROUP INC. F/K/A PEAK FINTECH GROUP INC., JOHNSON JOSEPH, and JEAN LANDREVILLE,<br><br>　　Defendants. | Case No. 1:21-cv-06461-PKC-RLM |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
ERIK PETERSON FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Erik Peterson ("Peterson"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Peterson's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

    Exhibit A:  Chart reflecting the financial interest of Peterson in this litigation;

    Exhibit B:  Press release published over *Newsfile Corp.* on November 19, 2021, announcing the pendency of the Action;

    Exhibit C:  Shareholder Certification executed by Peterson;

    Exhibit D:  Declaration executed by Peterson; and

    Exhibit E:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 18, 2022.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman