# Exhibit A

**Tenet Fintech Group Inc. (f/k/a Peak Fintech Group Inc.) (PKKFF)**
**Class Period: September 2, 2021 to October 13, 2021**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 9/21/2021 Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Peterson, Erik | | | | | PreClass | 1,150 | | | | |
| Peterson, Erik | 9/7/2021 | 450 | $10.8000 | ($4,860) | 10/5/2021 | (2,950) | $5.6700 | $16,727 | | |
| Peterson, Erik | 9/8/2021 | 900 | $11.1500 | ($10,035) | | | | | | |
| Peterson, Erik | 9/8/2021 | 450 | $11.1100 | ($5,000) | | | | | | |
| **Peterson, Erik** | | **1,800** | | **($19,895)** | | **(2,950)** | | **$16,727** | **1,800** | **($9,689)** |