# Exhibit B

# Equity Alert: Rosen Law Firm Files Securities Class Action Lawsuit Against Tenet Fintech Group Inc. f/k/a Peak Fintech Group Inc. - PKKFF, TNT

New York, New York--(Newsfile Corp. - November 19, 2021) -  Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Tenet Fintech Group Inc. f/k/a Peak Fintech Group Inc. (OTC Pink: PKKFF) (NASDAQ: TNT) between September 2, 2021 and October 13, 2021, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Tenet Fintech investors under the federal securities laws.

To join the Tenet Fintech class action, go http://www.rosenlegal.com/cases-register-2169.html (https://www.newsfilecorp.com/redirect/nvW0DIPG7J) or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com (mailto:pkim@rosenlegal.com) or cases@rosenlegal.com (mailto:cases@rosenlegal.com) for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose: (1) Tenet Fintech did not own 51% of Asia Synergy Financial Capital Ltd. ("ASFC") through Wuxi Aorong; (2) Tenet Fintech did not disclose its actual ownership structure of ASFC, an undisclosed and potentially problematic nominee shareholder agreement; (3) Huayan did not own the Heartbeat platform; (4) the Heartbeat platform did not exist prior to the alleged acquisition; (5) Tenet Fintech faced imminent delisting from NASDAQ due to non-compliance with known regulations; (6) the "recent disclosure guidance" was in fact published on November 23, 2020, nearly a full nine months prior to Tenet Fintech's uplisting; (7) as such, Tenet Fintech knew or should have known that its 40-F submission was deficient; (8) Cubeler historically failed to make even minimum loan repayments to Tenet Fintech; (9) Tenet Fintech, instead of exercising its right on the assets, decided to purchase Cubeler; (10) in light of the foregoing, and in consideration of the fact that Cubeler is owned by several Tenet Fintech insiders, the Company's acquisition of Cubeler is not based on legitimate business interests; (11) there is no evidence Huayan ever owned the Heartbeat platform or that it transferred the asset to Huike; (12) the largest ASFC shareholder had his shares frozen due to court sanctions; and (13) the creation of ASFC itself was likely a related-party transaction. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 18, 2022**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-2169.html (https://www.newsfilecorp.com/redirect/KJ0EPtXp7n) or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com (mailto:pkim@rosenlegal.com) or cases@rosenlegal.com (mailto:cases@rosenlegal.com).

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm (https://www.newsfilecorp.com/redirect/Er40kuWJ0B) or on Twitter: https://twitter.com/rosen_firm (https://www.newsfilecorp.com/redirect/xOW8muoNJX) or on Facebook: https://www.facebook.com/rosenlawfirm (https://www.newsfilecorp.com/redirect/7eBGAfq171).

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com (mailto:lrosen@rosenlegal.com)
pkim@rosenlegal.com (mailto:pkim@rosenlegal.com)
cases@rosenlegal.com (mailto:cases@rosenlegal.com)
www.rosenlegal.com (https://www.newsfilecorp.com/redirect/e4D5PIVXO4)

**The Rosen Law Firm**
**TOP RANKED GLOBAL INVESTOR COUNSEL**
☎ 866-767-3653
🌐 www.rosenlegal.com
**Ranked in Top 4 Each Year Since 2013**

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/104438 (https://www.newsfilecorp.com/redirect/8AEQNUw1yG)