**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRAM VAN BOXTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TENET FINTECH GROUP INC. F/K/A PEAK FINTECH GROUP INC., JOHNSON JOSEPH, and JEAN LANDREVILLE,<br><br>    Defendants. | Case No. 1:21-cv-06461-PKC-RLM |

**NOTICE OF NON-OPPOSITION OF DONALD DOMINIQUE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

Donald Dominique filed a timely motion for consolidation of related actions, appointment as lead plaintiff, and approval of his selection of counsel. Dkt. No. 5. Two similar motions were filed by other putative class members in this action. Dkt. Nos. 8, 10.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Dominique does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Mr. Dominique does not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Mr. Dominique are incapable or inadequate to represent the class in this litigation, Mr. Dominique remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Mr. Dominique does not waive his rights to participate and recover as a class member in this litigation.

|  |  |
|---|---|
| DATED: February 1, 2022 | Respectfully submitted,<br><br>**GLANCY PRONGAY & MURRAY LLP**<br><br>By: __/s/ *Gregory B. Linkh*__<br>Gregory B. Linkh (GL-0477)<br>230 Park Ave., Suite 358<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Facsimile: (212) 884-0988<br>glinkh@glancylaw.com<br><br>Robert V. Prongay<br>Charles H. Linehan<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>*Counsel for Donald Dominique* |

# PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On February 1, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh