UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRAM VAN BOXTEL, Individually and on
Behalf of All Others Similarly Situated,

                       Plaintiff(s),

      -against-


TENET FINTECH GROUP INC. F/K/A
PEAK FINTECH GROUP INC.; ET AL.,

                      Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK    )
                         s.s :
COUNTY OF NEW YORK  )

Civil Action No.:
1:21-cv-06461-PKC-RLM


**AFFIDAVIT OF SERVICE**


       BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING &
WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York
10038, is over the age of eighteen years and is not a party to the action.

       That on the 2nd day of February, 2022, at approximately 10:16 a.m., deponent served a true
copy of the **Summons in a Civil Action; Class Action Complaint for Violations of the Federal
Securities Laws; Judge Pamela K. Chen - Individual Practices and Rules; Individual Rules of
Magistrate Judge Roanne L. Mann - USDC, EDNY** upon Tenet Fintech Group Inc. f/k/a Peak
Fintech Group Inc. c/o C.T. Corporation Systems - Registered Agents at 28 Liberty Street, New York,
New York 10005 by personally delivering and leaving the same with Paula Castro, Intake Specialist,
who accepted service.

       Paula Castro is an olive-skinned Hispanic female, approximately 30-40 years of age, is
approximately 5 feet and 4-5 inches tall, weighs approximately 145-150 pounds, with long black hair
and dark eyes.


Sworn to before me this
2nd day of February, 2022

                                 BOBBY ALI #871612

**NOTARY PUBLIC, STATE OF NEW YORK**
**STEVEN MITCHELL**
**Reg. No. 01-MI-6326046**
**Qualified in New York County**
**Commission expires June 08, 2023**