# EXHIBIT 5



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 金小二科技（上海）有限公司 |
| **报告生成时间** | 2022/03/17 11:39:05 |
| **申请人邮箱** | ████████████████ |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## ▌ 照面信息

**统一社会信用代码**：91310115MA1K3EJE7R       **企业名称**：金小二科技（上海）有限公司

**类型**：有限责任公司(自然人投资或控股)       **法定代表人**：李铁钢

**注册资本**：12.1621 万人民币       **成立日期**：2016年07月18日

**营业期限自**：2016年07月18日       **营业期限至**：2036年07月17日

**登记机关**：自由贸易试验区市场监督管理局       **核准日期**：2021年10月18日

**登记状态**：存续（在营、开业、在册）

**住所**：中国（上海）自由贸易试验区德堡路38号1幢3层306-09室

**经营范围**：计算机科技、网络科技、能源科技、电子科技领域内的技术咨询、技术服务，摄影服务，礼仪服务，设计、制作、发布、代理国内外各类广告业务，图文设计制作，展览展示服务，企业营销策划，企业管理咨询、商务咨询，日用百货、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售。【依法须经批准的项目，经相关部门批准后方可开展经营活动】

## ▌ 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 王大林 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 王文科 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 李铁钢 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 郭莉霞 | 非公示项 | 非公示项 | 自然人股东 |
| 5 | 永伦投资（上海）有限公司 | 企业法人营业执照(公司) | 310112001255332 | 企业法人 |
| 6 | 国塔资产管理（上海）有限公司 | 企业法人营业执照(公司) | 310141000179813 | 企业法人 |

## 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 王大林 | 监事 | 2 | 李铁钢 | 执行董事 |

## 分支机构信息

暂无分支机构信息

## 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 1 | 章程修正案备案 | 无 | 2018-06-06章程修正案 | 2018年08月08日 |
| 2 | 注册资本(金)变更 | 10.000000万人民币 | 12.162100万人民币 | 2018年08月08日 |
| 3 | 投资人(股权)变更 | 王文科;李铁钢;王大林;郭莉霞; | 李铁钢;王文科;郭莉霞;王大林;国塔资产管理（上海）有限公司;永伦投资（上海）有限公司; | 2018年08月08日 |
| 4 | 一般经营项目变更 | 从事计算机科技、网络科技、新能源科技、电子科技领域内的技术咨询、技术服务、技术开发、技术转让，摄影服务，礼仪服务，设计、制作各类广告，电脑图文设计制作，展览展示服务，企业营销策划，企业管理咨询，商务信息咨询，日用百货、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售 | 计算机科技、网络科技、能源科技、电子科技领域内的技术咨询、技术服务，摄影服务，礼仪服务，设计、制作、发布、代理国内外各类广告业务，图文设计制作，展览展示服务，企业营销策划，企业管理咨询、商务咨询，日用百货、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售。 | 2017年01月06日 |
| 5 | 经营范围变更 | 从事计算机科技、网络科技、新能源科技、电子科技领域内的技术咨询、技术服务、技术开发、技术转让，摄影服务，礼仪服务，设计、制作各类广告，电脑图文设计制作，展览展示服务，企业营销策划，企业管理咨询，商务信息咨询，日用百货 | 计算机科技、网络科技、能源科技、电子科技领域内的技术咨询、技术服务，摄影服务，礼仪服务，设计、制作、发布、代理国内外各类广告业务，图文设计制作，展览展示服务，企业营销策划，企业管理咨询、商务咨 | 2017年01月06日 |

| | | | | |
|---|---|---|---|---|
| | | 、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售。<br>【依法须经批准的项目，经相关部门批准后方可开展经营活动】 | 询，日用百货、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售。<br>【依法须经批准的项目，经相关部门批准后方可开展经营活动】 | |
| 6 | 投资人(股权)变更 | 李铁钢;周长峰; | 李铁钢;王文科;郭莉霞;王大林; | 2016年11月22日 |
| 7 | 监事备案 | 周长峰 | 王大林 | 2016年11月22日 |

## ▌清算信息

| |
|---|
| 暂无清算信息 |

## ▌行政许可信息

| |
|---|
| 暂无行政许可信息 |

## ▌行政处罚信息

| 序号 | 行政处罚决定书文号 | 违法行为类型 | 行政处罚内容 | 作出行政处罚决定机关名称 | 作出行政处罚决定日期 | 公示日期 |
|---|---|---|---|---|---|---|
| 1 | 13101412020000000338 | 违反税收管理 | 罚款2000元 | 国家税务总局上海市浦东新区保税区税务局第七税务所 | 2020年05月21日 | 2020年05月21日 |

## ▌经营异常信息

| |
|---|
| 暂无经营异常信息 |

## ▌严重违法信息

| |
|---|
| 暂无严重违法信息 |

## ▌抽查检查信息

| |
|---|
| 暂无抽查检查信息 |

## ▌司法协助信息

| |
|---|
| 暂无司法协助信息 |

▌ 动产抵押登记信息

暂无动产抵押登记信息

▌ 股权出质登记信息

暂无股权出质登记信息

## 企业自行公示信息 （企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

▌ 股东及出资信息

| 序号 | 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 认缴出资方式 | 认缴出资额(万元) | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |
| 1 | 郭莉霞 | 0.5 | 0 | 货币 | 0.5 | 2036年07月11日 | 2021年03月20日 | | | | |
| 2 | 永伦投资（上海）有限公司 | 1.824 | 0 | 货币 | 1.8243 | 2036年07月11日 | 2021年03月20日 | | | | |
| 3 | 王大林 | 1.216 | 0 | 货币 | 1.2162 | 2036年07月11日 | 2021年03月20日 | | | | |
| | 国塔资产 | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 管理（上海）有限公司 | 0.1222 | 0 | 货币 | 0.1216 | 2036年07月11日 | 2021年03月20日 |
| 5 | 王文科 | 1 | 0 | 货币 | 1.0 | 2036年07月11日 | 2021年03月20日 |
| 6 | 李铁钢 | 7.5 | 0 | 货币 | 7.5 | 2036年07月11日 | 2021年03月20日 |

**▌ 股权变更信息**

| 暂无股权变更信息 |
|---|

**▌ 行政许可信息**

| 暂无行政许可信息 |
|---|

**▌ 知识产权出质登记信息**

| 暂无知识产权出质登记信息 |
|---|

**▌ 行政处罚信息**

| 暂无行政处罚信息 |
|---|

**▌ 2020年度报告**

**▌ 基本信息**

统一社会信用代码/注册号：91310115MA1K3EJE7R    企业名称：金小二科技（上海）有限公司

企业通信地址：嘉定区中佳路29弄8号1403室    邮政编码：200000

企业联系电话：18616651775    企业电子邮箱：无

**从业人数：**企业选择不公示　　　　　　　**其中女性从业人数：**企业选择不公示

**企业经营状态：**开业　　　　　　　　　　**企业控股情况：**企业选择不公示

**是否有投资信息或购买其他公司股权：**否　　**是否有网站或网店：**否

**是否有对外担保信息：**否　　　　　　　　**有限责任公司本年度是否发生股东股权转让：**否

**企业主营业务活动：**计算机科技、网络科技、能源科技、电子科技领域内的技术咨询、技术服务，摄影服务，礼仪服务，设计、制作、发布、代理国内外各类广告业务，图文设计制作，展览展示服务，企业营销策划，企业管理咨询、商务咨询，日用百货、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售。

---

## ▎网站网店信息

暂无网站网店信息

---

## ▎股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 国塔资产管理（上海）有限公司 | 0.1216 | 2036年07月11日 | 货币 | 0 | 2021年03月20日 | 货币 |
| 2 | 郭莉霞 | 0.5 | 2036年07月11日 | 货币 | 0 | 2021年03月20日 | 货币 |
| 3 | 李铁钢 | 7.5 | 2036年07月11日 | 货币 | 0 | 2021年03月20日 | 货币 |
| 4 | 王文科 | 1 | 2036年07月11日 | 货币 | 0 | 2021年03月20日 | 货币 |
| 5 | 永伦投资（上海）有限公司 | 1.8243 | 2036年07月11日 | 货币 | 0 | 2021年03月20日 | 货币 |
| 6 | 王大林 | 1.2162 | 2036年07月11日 | 货币 | 0 | 2021年03月20日 | 货币 |

## ▍对外投资信息

| | |
|---|---|
| 暂无对外投资信息 | |

## ▍企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▍社保信息

| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
|---|---|---|---|
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费 | |

| 额 | 基数 | 企业选择不公示 |
|---|---|---|
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

**▌ 对外提供担保信息**

暂无对外提供担保信息

**▌ 股权变更信息**

暂无股权变更信息

**▌ 2019年度报告**

**▌ 基本信息**

**统一社会信用代码/注册号：**91310115MA1K3EJE7R　　**企业名称：**金小二科技（上海）有限公司

**企业通信地址：**嘉定区中佳路29弄8号1403室　　**邮政编码：**201800

**企业联系电话：**18616651775　　**企业电子邮箱：**无

**从业人数：**企业选择不公示　　**其中女性从业人数：**企业选择不公示

**企业经营状态：**开业　　　　　　　　　　　　**企业控股情况：**企业选择不公示

**是否有投资信息或购买其他公司股权：**否　　　**是否有网站或网店：**否

**是否有对外担保信息：**否　　　　　　　　**有限责任公司本年度是否发生股东股权转让：**否

**企业主营业务活动：**计算机科技、网络科技、能源科技、电子科技领域内的技术咨询、技术服务，摄影服务，礼仪服务，设计、制作、发布、代理国内外各类广告业务，图文设计制作，展览展示服务，企业营销策划，企业管理咨询、商务咨询，日用百货、珠宝首饰、针纺织品、服装鞋帽、电子产品、健身器材的销售。【依法须经批准的项目，经相关部门批准后方可开展经营活动】

---

## ▌ 网站网店信息

暂无网站网店信息

---

## ▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 永伦投资（上海）有限公司 | 1.8243 | 2036年07月11日 | 货币 | | | 其它 |
| 2 | 李铁钢 | 7.5 | 2036年07月10日 | 货币 | | | 其它 |
| 3 | 国塔资产管理（上海）有限公司 | 0.1216 | 2036年07月11日 | 货币 | | | 其它 |
| 4 | 郭莉霞 | 0.5 | 2036年07月11日 | 货币 | | | 其它 |
| 5 | 王文科 | 1 | 2036年07月11日 | 货币 | | | 其它 |
| 6 | 王大林 | 1.2162 | 2036年07月11日 | 货币 | | | 其它 |

**▍对外投资信息**

| 暂无对外投资信息 |
|---|

**▍企业资产状况信息**

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**▍社保信息**

| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
|---|---|---|---|
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |

| | | |
|---|---|---|
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2018年度报告

## 基本信息

**统一社会信用代码/注册号：** 91310115MA1K3EJE7R          **企业名称：** 金小二科技（上海）有限公司

**企业通信地址：** 上海市闵行区虹井路280号503          **邮政编码：** 200000

**企业联系电话：** 13818909713          **企业电子邮箱：** 380151683@qq.com

**从业人数：** 企业选择不公示          **其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业          **企业控股情况：** 企业选择不公示

是否有投资信息或购买其他公司股权：否          是否有网站或网店：否

是否有对外担保信息：否                      有限责任公司本年度是否发生股东股权转让：否

企业主营业务活动：互联网服务

▌ 网站网店信息

| 暂无网站网店信息 |
| --- |

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 永伦投资（上海）有限公司 | 1.8243 | 2036年07月11日 | 货币 | | | 其它 |
| 2 | 李铁刚 | 7.5 | 2036年07月10日 | 货币 | | | 其它 |
| 3 | 王大林 | 1.2162 | 2036年07月11日 | 货币 | | | 其它 |
| 4 | 国塔资产管理（上海）有限公司 | 0.1216 | 2036年07月11日 | 货币 | | | 其它 |
| 5 | 郭莉霞 | 0.5 | 2036年07月11日 | 货币 | | | 其它 |
| 6 | 王文科 | 1 | 2036年07月11日 | 货币 | | | 其它 |

▌ 对外投资信息

| 暂无对外投资信息 |
| --- |

## ▌企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌社保信息

| 城镇职工基本养老保险 | 9 人 | 失业保险 | 9 人 |
|---|---|---|---|
| 职工基本医疗保险 | 9 人 | 工伤保险 | 9 人 |
| 生育保险 | 9 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计 | |

| 单位缴费基数 | 欠缴金额 | 企业选择不公示 |
| --- | --- | --- |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2017年度报告

## 基本信息

**统一社会信用代码/注册号：** 91310115MA1K3EJE7R

**企业名称：** 金小二科技（上海）有限公司

**企业通信地址：** 上海市徐汇区浦北路7号8楼

**邮政编码：** 200000

**企业联系电话：** 13818909713

**企业电子邮箱：** 380151683@qq.com

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 是

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 金融服务

**▌ 网站网店信息**

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 金小二 | 网站 | www.jinxiaoer.com.cn |

**▌ 股东及出资信息**

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 王大林 | 1 | 2036年07月11日 | 货币 | | | 其它 |
| 2 | 王文科 | 1 | 2036年07月11日 | 货币 | | | 其它 |
| 3 | 郭莉霞 | 0.5 | 2036年07月11日 | 货币 | | | 其它 |
| 4 | 李铁钢 | 7.5 | 2036年07月11日 | 货币 | | | 其它 |

**▌ 对外投资信息**

暂无对外投资信息

**▌ 企业资产状况信息**

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |

| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |
|---|---|---|---|

**▎ 社保信息**

| 城镇职工基本养老保险 | 14 人 | | 失业保险 | 14 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 14 人 | | 工伤保险 | 14 人 |
| 生育保险 | 14 人 | | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

**❙ 对外提供担保信息**

| 暂无对外提供担保信息 |
|:--:|

**❙ 股权变更信息**

| 暂无股权变更信息 |
|:--:|

**❙ 2016年度报告**

**❙ 基本信息**

**统一社会信用代码/注册号：** 91310115MA1K3EJE7R    **企业名称：** 金小二科技（上海）有限公司

**企业通信地址：** 上海市徐汇区浦北路7号8楼    **邮政编码：** 200235

**企业联系电话：** 13816316560    **企业电子邮箱：** twz@jinxiaoersh.com

**从业人数：** 企业选择不公示    **其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业    **企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否    **是否有网站或网店：** 是

**是否有对外担保信息：** 否    **有限责任公司本年度是否发生股东股权转让：** 是

**企业主营业务活动：** 网络科技/电子科技领域内的技术咨询、技术服务/设计、制作、代理国内外各类广告服务/展览展示服务

**❙ 网站网店信息**

| 序号 | 名称 | 类型 | 网址 |
|:--:|:--:|:--:|:--:|
| 1 | 金小二 | 网站 | www.jinxiaoersh.com |

## ▌股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 郭莉霞 | 0.5 | 2036年07月11日 | 货币 | 0 | | 其它 |
| 2 | 王大林 | 1 | 2036年07月11日 | 货币 | 1 | 2016年08月16日 | 货币 |
| 3 | 王文科 | 1 | 2036年07月11日 | 货币 | 1 | 2016年12月14日 | 货币 |
| 4 | 李铁钢 | 7.5 | 2036年07月11日 | 货币 | 7.5 | 2016年11月30日 | 货币 |

## ▌对外投资信息

暂无对外投资信息

## ▌企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |

| 生育保险 | 0 人 | | |
|---|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 | |

## ▌ 对外提供担保信息

暂无对外提供担保信息

## ▌ 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|------|------|----------------|----------------|--------------|
| 1 | 王文科 | 0% | 10% | 2016年11月22日 |
| 2 | 周长峰 | 50% | 0% | 2016年11月22日 |
| 3 | 李铁钢 | 50% | 75% | 2016年11月22日 |
| 4 | 郭莉霞 | 0% | 5% | 2016年11月22日 |
| 5 | 王大林 | 0% | 10% | 2016年11月22日 |