# EXHIBIT 8


启信宝 (https://www.qixin.com/)   官方备案企业征信机构 人民数据官方合作伙伴   企业名、人名、品牌   搜索   (https://www.qixin.com/user/home/center)

首页 (/) > 无锡企业查询 (/search-prov/32/3202) > 无锡市嘉骏珠宝商贸有限公司 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

# 无锡市嘉骏珠宝商贸有限公司  去认证

下载报告  关注

存续   有限责任公司   自身风险 3条 ▸ (/risk-self/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

浏览:1340

法定代表人：陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)  关联企业5家 > (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=relate-sum)

统一社会信用代码：91320202093461091Q

电话： 0510-82719393  更多(2)  同电话企业(2)   邮箱：30443989@qq.com (mailto:30443989@qq.com)  更多(2)

地址： 无锡市昇平巷28-902  更多(2)  附近企业 (/app/map-search?ename=无锡市嘉骏珠宝商贸有限公司)

| 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：陈克 |
|---|---|---|---|
| 线索数量 3 | 涉及案件 | 合作风险等级L1 低风险 | 持股比例 55% 关 |
| | (/judiciary-analysis/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | (/contract-default/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | |

新闻热点： 暂无数据   发票抬头  分享企业


启信风险   风险等级 低   自身风险 3   关联企业 1   关联风险 49   查看详情 (/risk-self/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   企业动态   2021-06-23 对外投资变更，新投资了…   更多

| 企业概况 (/company/a3b2adfd- | 关联关系 5 (/related/a3b2adfd- | 司法涉诉 (/risk/a3b2adfd-aed5- | 经营预警 (/warn/a3b2adfd- | 经营信息 4 (/operation/a3b2adfd- | 知识产权 | 历史 (/history |

启信图谱  工商信息  主要股东 2  主要人员 2  对外投资 1  核心团队  变更记录 2  社保人数  工资分布  同业分析  企业年报 7

融资信息  竞品信息  品牌产品  注销备案

## 启信图谱

      

企业图谱   股权结构   十大受益人   关联方认定图   集团图谱   疑似实控人   关联关系   股


小程序
APP
微信
反馈
在线咨询
置顶

## 工商信息  历史工商信息 ▸ (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=icinfo)

| 法定代表人 | 陈 | 陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)<br>关联企业5家 ▸ (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=relate-sum) | 经营状态 | 存续（在营、开业、在册） |
|---|---|---|---|---|
| 注册资本 | | 3168 万人民币 | 实缴资本 | 3168 万人民币 |
| 统一社会信用代码 | | 91320202093461091Q | 纳税人识别号 | 91320202093461091Q |
| 工商注册号 | | 320202000122532 | 组织机构代码 | 093461091 |
| 进出口企业代码 | | - | 海关注册编号 | - |
| 英文名 | | - | 历史名称 | - |

启信宝 (https://www.qixin.com/)　行业　首饰　官方备案企业征信机构 人民数据官方合作伙伴　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)　2014-03-28

| 企业类型 | 有限责任公司(自然人投资或控股) | 营业期限 | 2014-03-28 - - |
| --- | --- | --- | --- |
| 登记机关 | 无锡市梁溪区行政审批局 | 核准日期 | 2019-06-28 |
| 注册地址 | 无锡市昇平巷28-902　查看地图 | | |
| 经营范围 | 黄金珠宝、工艺品、日用品、化妆品、针纺织品、皮革制品、鞋帽的销售。 | | |

更新时间：2021-12-23　　来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要股东 2　查看股权结构 ▸ (/chart/equity-structure/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
| --- | --- | --- | --- | --- | --- |
| 1 | 陈 陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　投资企业4家 ▸ (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　大股东　疑似实控人　受益所有人 | 55% | 1742.4万元人民币 | 1742.4万元人民币 | |
| 2 | 吴 吴少廷 (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　投资企业4家 ▸ (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　受益所有人 | 45% | 1425.6万元人民币 | 1425.6万元人民币 | |

**工商公示(2)**

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
| --- | --- | --- | --- | --- | --- |
| 1 | 吴 吴少廷 (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　投资企业4家 ▸ (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　受益所有人 | - | - | - | - |
| 2 | 陈 陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　投资企业4家 ▸ (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　疑似实控人　受益所有人 | - | - | - | - |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要人员 2

| 序号 | 姓名 | | 职务 | |
| --- | --- | --- | --- | --- |
| 1 | 陈 陈克龙 (https://www.qixin.com/name-detail/17848aa6c3f8586e89728ac28f072fa7)　关联企业5家 ▸ (/name-detail/17848aa6c3f8586e89728ac28f072fa7)　大股东　疑似实控人　受益所有人 | | 执行董事,总经理 | 5 |
| 2 | 吴 吴少廷 (https://www.qixin.com/name-detail/3845366f030fee338695909c1cfdfc62)　关联企业4家 ▸ (/name-detail/3845366f030fee338695909c1cfdfc62)　受益所有人 | | 监事 | 4 |

小程序　APP　微信　反馈　在线咨询　置顶



## 对外投资  1    历史对外投资(1) ▸ (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=investment)

| 序号 | 被投资企业 | 被投资企业法定代表人/负责人 | 成立日期 | 投资比例 | 认缴金额 |
|---|---|---|---|---|---|
| 1 | 宜 宜兴市亚东科技小额贷款有限公司 (https://www.qixin.com/company/27fd0974-9025-4f7a-a95c-6c705e3ae53d)<br>股权穿透图 > (/chart/equity-penetration/27fd0974-9025-4f7a-a95c-6c705e3ae53d) | 陈 陈克龙 (https://www.qixin.com/shareholder/e99988e5858be9be99/27fd0974-9025-4f7a-a95c-6c705e3ae53d)<br>关联企业5家 > (/name-detail/17848aa6c3f8586e89728ac28f072fa7) | 2018-05-14 | 20% | 2000万 |

## 变更记录  2

| 序号 | 变更日期 | 变更事项 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2018-03-20 | 注册资本变更 | 198.000000 | 3168.000000 |
| 2 | 2017-12-19 | 企业住所变更 | 无锡市学前东路789号-829 | 无锡市昇平巷28-902 |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 社保人数



社保人数：4人 (年限：2020)

## 工资分布

平均工资：4625/月



5-10K: 25%



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌   搜索

(https://www.qixin.com/user/home/center)

## 同业分析

| | |
|---|---|
| 注册资本（全国） | 该企业注册资本3168万人民币，属于首饰、工艺品及收藏品批发。注册资本方面，在全国同行企业中，表现优秀。 |
| 注册资本（同省） | |
| 同行地位（全国） | |
| 同行地位（同省） | |
| 进入市场时期（全国） | |
| 进入市场时期（同省） | |
| 同行地域分布（全国） | |
| 同行资金分布（全国） | |

## 企业年报 7

| 序号 | 报送年度 | 公示日期 | 操作 |
|---|---|---|---|
| 1 | 2020年度报告 | 2021-05-18 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2020) |
| 2 | 2019年度报告 | 2020-06-01 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2019) |
| 3 | 2018年度报告 | 2019-05-24 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2018) |
| 4 | 2017年度报告 | 2018-05-19 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2017) |
| 5 | 2016年度报告 | 2017-02-27 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2016) |
| 6 | 2015年度报告 | 2016-06-22 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2015) |
| 7 | 2014年度报告 | 2015-05-25 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2014) |

## 全部维度

企业概况 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   启信图谱 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   工商信息 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   主要股东 2 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   主要人员 2 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   对外投资 1 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   核心团队   变更记录 2 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   社保人数 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

同业分析 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   企业年报 7 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   融资信息   竞品信息   品牌产品   注销备案

关联关系 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   关联企业   分支机构 2 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   疑似关系   受益所有人 2 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   实际控制企业 1 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   控股企业 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)   竞争对手

司法涉诉 (/risk/a3b2adfd-aed5-4f66-...)   司法案件   法律文书   被执行人   失信被执行   限制高消费   限制招投标   开庭公告   法院公告
终本案件   询价评估   股权冻结   司法协助

小程序   APP   微信   反馈   在线咨询   置顶

![启信宝](https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴　　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)

| 经营预警 (/warn/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 债务分析 (/warn/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
|---|---|---|---|---|---|---|---|---|---|
| 经营信息 (/operation/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 招投标 债券信息 | 土地信息 新闻舆情 招聘信息 | 抽查检查 | 进出口信息 供应链 税务资质 1 (/operation/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 排 |
|  | 信用评级 | 授信额度 | 微信公众号 | 多证合一 | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 |  |
| 知识产权 (/ability/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 商标信息 | 专利信息 | 著作权 | 资质认证 | 标准制定 |  |  |  |  |
| 历史信息 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 工商信息 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 主要股东 | 历史高管 | 对外投资 1 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 行政许可 1 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 法律文书 动产抵押 双随机抽查 1 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 被执行人 股权出质 税务异常 司法协助 招聘信息 | 开庭公告 行政处罚 | 法院公告 知识产权出质 经营异常 排污许可 荣誉资质 | 失 股 |

👍 推荐企业

  厦门仲夏之月文化传媒有...　存续（在营、开业、在册）　🔗 热搜企业

  中天建设集团有限公司 (...　建筑工程　🔗 热搜企业

  水发集团有限公司 (/co...　水资源综合利用　🔗 热搜企业

  中国东方资产管...　保险　银行　证券　🔗 热搜企业

  山东省人民政府国有资产...　正常　🔗 热搜企业

  国药控股股份有限公司 (...　医药流通　医药创新　🔗 热搜企业

  山东能源集团有限公司 (...　煤炭　金融　煤化工　🔗 热搜企业

  北京阿里巴巴信...　注销　🔗 热搜企业

 小程序

 APP　微信

 专注人工智能领域15年

| 快速导航 | | | | 关于启信宝 | | 联系方式 | |
|---|---|---|---|---|---|---|---|
| 地区导航 (https://www.qixin.com/city-nav/) | 品牌名录 (https://www.qixin.com/brand-nav/) | 关系查询 (https://www.qixin.com/topic/relation) | 姓氏大全 (https://www.qixin.com/firstname-nav/) | 关于我们 (https://www.qixin.com/about) | 隐私政策 (https://www.qixin.com/privacy) | 在线咨询 企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com) 客服电话：400-8286-855 工作时间：周一至周五：9:30-19:00 | |
|  |  | 行业导航 (https://www.qixin.com/industry-nav/) | 常见问题 (https://www.qixin.com/questions) | 儿童隐私 (https://www.qixin.com/child-privacy) |  |  |  |
| 企业查询 (https://www.qixin.com/search?key=小米&page=1) | 空壳查询 (https://www.qixin.com/topic/konk) | 企业版 (https://qiye.qixin.com/?from=index) | 热门搜索 (https://top.qixin.com/) | 意见反馈 服务协议 (https://www.qixin.com/terms) 老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/) |  |  |  |
| 招标查询 (https://zhaobiao.qixin.com/) | 税号查询 (https://www.qixin.com/taxpayer-number) | 人员名录 (https://www.qixin.com/people-nav/) | 商标查询 (https://www.qixin.com/pgeep-top.com?trackFrom=home- |  |  |  |  |

 扫码下载APP

 反馈　在线咨询　启信宝　置顶

https://www.qixin.com/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5/6

启信宝 (https://www.qixin.com/)　　官方备案企业征信机构 人民数据官方合作伙伴　　(bottom-trademark)　　企业名、人名、品牌　　搜索　　(https://www.qixin.com/user/home/center)

批量查询 (https://www.qixin.com/batch/search)　　老赖查询 (https://www.qixin.com/search/entity/report)　　年报查询 (https://www.qixin.com/search/entity/report)　　融资查询 (https://www.qixin.com/financing)

数据来源：　全国企业信用信息公示系统　　国家知识产权局　　商标局　　版权局

友情链接：　合合信息 (https://www.intsig.com)　　名片全能王 (https://www.camcard.com)　　扫描全能王 (https://www.camscanner.com)　　国务院发展研究中心信息网 (http://www.drcnet.com.cn)　　蝉大师 (https://chandashi.com/)　　权大师 (https://www.quandashi.com/)　　中国比地招标网 (http://www.bidizhaobiao.com)　　网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)　　建设招标网 (https://www.jszhaobiao.com/)　　蔚蓝地图 (https://www.ipe.org.cn)　　洞见研报 (https://www.djyanbao.com/)　　猪八戒网 (https://www.zbj.com)　　程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)　　上海生腾数据科技有限公司，版权所有©2014 - 2022　　沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：　上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855　　举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

  (http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15f...) (http://www.s...)

 小程序

 APP

 微信

反馈

在线咨询

 置顶