# EXHIBIT 10



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 北京华焱坤泰科技有限公司 |
| **报告生成时间** | 2022/03/17 10:50:19 |
| **申请人邮箱** | |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## ▌ 照面信息

**统一社会信用代码：**9111010731839699XD          **企业名称：**北京华焱坤泰科技有限公司

**类型：**有限责任公司(自然人投资或控股)          **法定代表人：**何亮

**注册资本：**1000 万人民币          **成立日期：**2014年12月10日

**营业期限自：**2014年12月10日          **营业期限至：**2034年12月09日

**登记机关：**北京市石景山区市场监督管理局          **核准日期：**2019年05月07日

**登记状态：**存续（在营、开业、在册）

**住所：**北京市石景山区实兴东街11号5层5049室

**经营范围：**技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。（企业依法自主选择经营项目，开展经营活动；依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动）；不得从事本市产业政策禁止和限制类项目的经营活动。）

## ▌ 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 何亮 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 崔凯 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 董煜 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 金国旗 | 非公示项 | 非公示项 | 自然人股东 |
| 5 | 查海龙 | 非公示项 | 非公示项 | 自然人股东 |
| 6 | 郭胜辉 | 非公示项 | 非公示项 | 自然人股东 |

## ▌ 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|------|------|------|------|------|------|
| 1 | 何亮 | 执行董事 | 2 | 何亮 | 经理 |
| 3 | 崔凯 | 监事 | | | |

**▌ 分支机构信息**

暂无分支机构信息

**▌ 变更信息**

暂无变更信息

**▌ 清算信息**

暂无清算信息

**▌ 行政许可信息**

暂无行政许可信息

**▌ 行政处罚信息**

暂无行政处罚信息

**▌ 经营异常信息**

暂无经营异常信息

**▌ 严重违法信息**

暂无严重违法信息

**▌ 抽查检查信息**

暂无抽查检查信息

**▌ 司法协助信息**

暂无司法协助信息

**▌ 动产抵押登记信息**

暂无动产抵押登记信息

## ▌ 股权出质登记信息

暂无股权出质登记信息

## 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

## ▌ 股东及出资信息

| 序号 | 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 认缴出资方式 | 认缴出资额(万元) | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |
| 1 | 江雯 | 0 | 450 | 货币 | 0.0 | 2017年01月18日 | 2015年12月21日 | 货币 | 450.0 | 2017年01月18日 | 2015年12月21日 |
| 2 | 何亮 | 0 | 550 | 货币 | 0.0 | 2017年01月18日 | 2015年04月01日 | 货币 | 550.0 | 2017年01月18日 | 2015年04月01日 |

## ▌ 股权变更信息

暂无股权变更信息

## ▌ 行政许可信息

暂无行政许可信息

## ▌ 知识产权出质登记信息

暂无知识产权出质登记信息

## ▌ 行政处罚信息

暂无行政处罚信息

## ▌ 2020年度报告

▌ **基本信息**

统一社会信用代码/注册号：9111010731839699XD          企业名称：北京华焱坤泰科技有限公司

企业通信地址：北京市朝阳区润枫德尚B座1105          邮政编码：100101

企业联系电话：52905915          企业电子邮箱：majing@wabestway.com

从业人数：企业选择不公示          其中女性从业人数：企业选择不公示

企业经营状态：开业          企业控股情况：企业选择不公示

是否有投资信息或购买其他公司股权：否          是否有网站或网店：否

是否有对外担保信息：否          有限责任公司本年度是否发生股东股权转让：否

企业主营业务活动：技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。

---

▌ **网站网店信息**

暂无网站网店信息

---

▌ **股东及出资信息**

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 崔凯 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 2 | 董煜 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 3 | 金国旗 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 4 | 查海龙 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 5 | 何亮 | 732 | 2034年12月08日 | 货币 | 732 | 2019年03月22日 | 货币 |

| 6 | 郭胜辉 | 30 | 2034年12月08日 | 货币 | 30 | 2019年03月22日 | 货币 |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 18 人 | 失业保险 | 18 人 |
|---|---|---|---|
| 职工基本医疗保险 | 18 人 | 工伤保险 | 18 人 |
| 生育保险 | 18 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |

| 本期实际缴费金额 | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

❚ 对外提供担保信息

暂无对外提供担保信息

❚ 股权变更信息

暂无股权变更信息

❚ 2019年度报告

❚ 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD     **企业名称：** 北京华焱坤泰科技有限公司

**企业通信地址：** 北京市朝阳区润枫德尚B座1105     **邮政编码：** 100102

企业联系电话：13601359685                          企业电子邮箱：heliang@wabestway.com

**从业人数**：企业选择不公示                          **其中女性从业人数**：企业选择不公示

**企业经营状态**：开业                                **企业控股情况**：企业选择不公示

**是否有投资信息或购买其他公司股权**：否              **是否有网站或网店**：否

**是否有对外担保信息**：否                            **有限责任公司本年度是否发生股东股权转让**：是

**企业主营业务活动**：技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；
销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。

---

▌ 网站网店信息

暂无网站网店信息

---

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|------|------|------|------|------|------|------|------|
| 1 | 金国旗 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 2 | 董煜 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 3 | 查海龙 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 4 | 崔凯 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 5 | 何亮 | 732 | 2034年12月08日 | 货币 | 732 | 2019年03月22日 | 货币 |
| 6 | 郭胜辉 | 30 | 2034年12月08日 | 货币 | 30 | 2019年03月22日 | 货币 |

**▌** 对外投资信息

| | |
|---|---|
| 暂无对外投资信息 | |

**▌** 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**▌** 社保信息

| 城镇职工基本养老保险 | 11 人 | 失业保险 | 11 人 |
|---|---|---|---|
| 职工基本医疗保险 | 11 人 | 工伤保险 | 11 人 |
| 生育保险 | 11 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |

| 单位缴费基数 | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

**▍ 对外提供担保信息**

| 暂无对外提供担保信息 |
|---|

**▍ 股权变更信息**

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| 1 | 胡炜 | 35% | 0% | 2019年03月13日 |
| 2 | 郭胜辉 | 0% | 3% | 2019年03月13日 |
| 3 | 查海龙 | 1% | 2% | 2019年03月13日 |
| 4 | 崔凯 | 10% | 10% | 2019年03月13日 |
| 5 | 董煜 | 8% | 10% | 2019年03月13日 |
| 6 | 金国旗 | 1% | 2% | 2019年03月13日 |
| 7 | 何亮 | 46% | 73% | 2019年03月13日 |

▌<u>2018年度报告</u>

▌ **基本信息**

统一社会信用代码/注册号：9111010731839699
XD

企业名称：北京华焱坤泰科技有限公司

企业通信地址：北京市朝阳区慧忠北路103号洛克
时代中心B座1106

邮政编码：100101

企业联系电话：13601359685

企业电子邮箱：heliang@wabestway.com

从业人数：企业选择不公示

其中女性从业人数：企业选择不公示

企业经营状态：开业

企业控股情况：企业选择不公示

是否有投资信息或购买其他公司股权：否

是否有网站或网店：是

是否有对外担保信息：否

有限责任公司本年度是否发生股东股权转让：是

企业主营业务活动：软件开发

▌ 网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司官网 | 网站 | www.wabestway.com |

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 董煜 | 75 | 2034年12月08日 | 货币 | 75 | 2018年11月13日 | 货币 |
| 2 | 金国旗 | 9 | 2034年12月08日 | 货币 | 9 | 2018年11月13日 | 货币 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 查海龙 | 9 | 2034年12月08日 | 货币 | 9 | 2018年11月13日 | 货币 |
| 4 | 何亮 | 455.1 | 2034年12月08日 | 货币 | 455.1 | 2018年11月13日 | 货币 |
| 5 | 崔凯 | 100 | 2034年12月08日 | 货币 | 100 | 2018年11月13日 | 货币 |
| 6 | 胡炜 | 351.9 | 2034年12月08日 | 货币 | 351.9 | 2018年11月13日 | 货币 |

## ▎对外投资信息

| |
|---|
| 暂无对外投资信息 |

## ▎企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▎社保信息

| 城镇职工基本养老保险 | 12 人 | 失业保险 | 12 人 |
|---|---|---|---|
| 职工基本医疗保险 | 12 人 | 工伤保险 | 12 人 |
| 生育保险 | 12 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | |

| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| 1 | 崔凯 | 0% | 10% | 2018年11月13日 |
| 2 | 金国旗 | 0% | 1% | 2018年11月13日 |

| 3 | 何亮 | 55% | 46% | 2018年11月13日 |
| 4 | 胡炜 | 0% | 35% | 2018年11月13日 |
| 5 | 江雯 | 45% | 0% | 2018年11月13日 |
| 6 | 查海龙 | 0% | 1% | 2018年11月13日 |
| 7 | 董煜 | 0% | 8% | 2018年11月13日 |

## 2017年度报告

## 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD

**企业名称：** 北京华焱坤泰科技有限公司

**企业通信地址：** 北京市朝阳区慧忠北路103号洛克时代中心B座1106

**邮政编码：** 100101

**企业联系电话：** 13601359685

**企业电子邮箱：** heliang@wabestway.com

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 是

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 软件开发

## 网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司官网 | 网站 | www.wabestway.com |

## ▍股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 江雯 | 450 | 2029年12月10日 | 货币 | 450 | 2017年01月13日 | 货币 |
| 2 | 何亮 | 550 | 2029年12月10日 | 货币 | 550 | 2017年01月18日 | 货币 |

## ▍对外投资信息

暂无对外投资信息

## ▍企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▍社保信息

| 城镇职工基本养老保险 | 14 人 | 失业保险 | 14 人 |
|---|---|---|---|
| 职工基本医疗保险 | 14 人 | 工伤保险 | 14 人 |
| 生育保险 | 14 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | |

| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## ▌ 对外提供担保信息

暂无对外提供担保信息

## ▌ 股权变更信息

暂无股权变更信息

## ▌ 2016年度报告

## ▌基本信息

**统一社会信用代码/注册号：** 9111010731839699 XD

**企业名称：** 北京华焱坤泰科技有限公司

**企业通信地址：** 北京市朝阳区慧忠北路103号洛克时代中心B座1106

**邮政编码：** 100101

**企业联系电话：** 010-82185460

**企业电子邮箱：** heliang@wabestway.com

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 是

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。

## ▌网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司（官网） | 网站 | www.wabestway.com |

## ▌股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 何亮 | 55 | 2029年12月10日 | 货币 | 0 | | 货币 |
| 2 | 江雯 | 45 | 2029年12月10日 | 货币 | 0 | | 货币 |

## ▌对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 7 人 | | 失业保险 | 7 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 7 人 | | 工伤保险 | 7 人 |
| 生育保险 | 7 人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | | 企业选择不公示 | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加失业保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加职工基本医疗保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加工伤保险本期实际缴费基数 | | 企业选择不公示 | |

| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2015年度报告

## 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD    **企业名称：** 北京华焱坤泰科技有限公司

**企业联系电话：** 010-82185460    **邮政编码：** 100041

**企业通信地址：** 北京市石景山区麻峪南沟52号(原木材厂)一层125室

**企业电子邮箱：** heliang@wabestway.com    **从业人数：** 企业选择不公示

**企业经营状态：** 开业    **是否有网站或网店：** 是

**有限责任公司本年度是否发生股东股权转让：** 否    **是否有投资信息或购买其他公司股权：** 否

▌网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司（官网） | 网站 | www.wabestway.com |

▌股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 江雯 | 45 | 2029年12月10日 | 货币 | 0 | | 货币 |
| 2 | 何亮 | 55 | 2029年12月10日 | 货币 | 0 | | 货币 |

▌对外投资信息

| 暂无对外投资信息 |
|---|

▌企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

▌对外提供担保信息

| 暂无对外提供担保信息 |
|---|

▌股权变更信息

| 暂无股权变更信息 |
| :---: |

▌2014年度报告

▌ 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD　　　　**企业名称：** 北京华焱坤泰科技有限公司

**企业联系电话：** 13601359685　　　　　　　　　　　　**邮政编码：** 100043

**企业通信地址：** 北京市石景山区麻峪南沟52号(原木材厂)一层125室

**企业电子邮箱：** 13601359685@163.com　　　　　　　　**从业人数：** 企业选择不公示

**企业经营状态：** 开业　　　　　　　　　　　　　　　　**是否有网站或网店：** 否

**有限责任公司本年度是否发生股东股权转让：** 否　　　　**是否有投资信息或购买其他公司股权：** 否

▌ 网站网店信息

| 暂无网站网店信息 |
| :---: |

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: |
| 1 | 何亮 | 100 | 2014年12月08日 | 货币 | 0 | 2034年12月08日 | 货币 |

▌ 对外投资信息

暂无对外投资信息

### 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

### 对外提供担保信息

暂无对外提供担保信息

### 股权变更信息

暂无股权变更信息

