# EXHIBIT 11



# 国家企业信用信息公示系统
## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 北京惠轲互联科技有限公司 |
| **报告生成时间** | 2022/03/17 10:47:10 |
| **申请人邮箱** | ▇▇▇▇▇▇▇▇ |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

| | |
|---|---|
| 统一社会信用代码：91110108MA01HNL66R | 企业名称：北京惠轫互联科技有限公司 |
| 类型：有限责任公司(自然人独资) | 法定代表人：崔凯 |
| 注册资本：2000 万人民币 | 成立日期：2019年03月13日 |
| 营业期限自：2019年03月13日 | 营业期限至：2049年03月12日 |
| 登记机关：北京市海淀区市场监督管理局 | 核准日期：2021年05月25日 |
| 登记状态：存续（在营、开业、在册） | |
| 住所：北京市海淀区上地十街1号院4号楼18层1815B | |

经营范围：技术开发、技术交流；信息系统集成服务；软件开发；经济贸易咨询；设计、制作、代理、发布广告；市场调查；企业策划；会议服务；承办展览展示活动；汽车拖车、求援、清障服务；汽车租赁（不含九座以上乘用车）；销售汽车、汽车零配件、计算机、软件及辅助设备；经营电信业务；从事互联网文化活动；广播电视节目制作；互联网信息服务；销售食品。（市场主体依法自主选择经营项目，开展经营活动；销售食品、互联网信息服务、经营电信业务、从事互联网文化活动、广播电视节目制作以及依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事国家和本市产业政策禁止和限制类项目的经营活动。）

### 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 崔凯 | 非公示项 | 非公示项 | 自然人股东 |

### 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 崔凯 | 执行董事 | 2 | 何亮 | 监事 |
| 3 | 崔凯 | 经理 | | | |

## 分支机构信息

| 暂无分支机构信息 |
| --- |

## 变更信息

| 暂无变更信息 |
| --- |

## 清算信息

| 暂无清算信息 |
| --- |

## 行政许可信息

| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 |
| --- | --- | --- | --- | --- | --- | --- |
| 1 |  | 开户许可证 |  |  | 中国人民银行中关村中心支行 | 开立 |

## 行政处罚信息

| 暂无行政处罚信息 |
| --- |

## 经营异常信息

| 暂无经营异常信息 |
| --- |

## 严重违法信息

| 暂无严重违法信息 |
| --- |

## 抽查检查信息

| 暂无抽查检查信息 |
| --- |

## 司法协助信息

| 暂无司法协助信息 |
| --- |

## 动产抵押登记信息

| 暂无动产抵押登记信息 |
| --- |

## ▎股权出质登记信息

暂无股权出质登记信息

# 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

## ▎股东及出资信息

暂无股东及出资信息

## ▎股权变更信息

暂无股权变更信息

## ▎行政许可信息

暂无行政许可信息

## ▎知识产权出质登记信息

暂无知识产权出质登记信息

## ▎行政处罚信息

暂无行政处罚信息

## ▎2020年度报告

## ▎基本信息

**统一社会信用代码/注册号：** 91110108MA01HNL66R    **企业名称：** 北京惠轲互联科技有限公司

**企业通信地址：** 北京市海淀区上地十街1号院4号楼18层1815B    **邮政编码：** 100085

**企业联系电话：** 13910909058    **企业电子邮箱：** warm311@hotmail.com

**从业人数：** 企业选择不公示    **其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业    **企业控股情况：** 企业选择不公示

是否有投资信息或购买其他公司股权：否　　　　是否有网站或网店：否

是否有对外担保信息：否　　　　有限责任公司本年度是否发生股东股权转让：否

**企业主营业务活动**：销售食品；互联网信息服务；技术开发、技术推广、技术转让、技术咨询、技术服务；计算机系统服务；软件服务；数据处理（数据处理中的银行卡中心、PUE值在1.4以上的云计算数据中心除外）；销售自行开发的产品、计算机、软件及辅助设备、电子产品、文化用品。（企业依法自主选择经营项目，开展经营活动；销售食品、互联网信息服务以及依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事本市产业政策禁止和限制类项目的经营活动。）

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 王焕魁 | 100 | 2039年01月01日 | 货币 | 0 | 2020年12月31日 | 货币 |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 1人 | 失业保险 | 1人 |
|---|---|---|---|
| 职工基本医疗保险 | 1人 | 工伤保险 | 1人 |
| 生育保险 | 1人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2019年度报告

## 基本信息

| | |
|---|---|
| 统一社会信用代码/注册号：91110108MA01HNL66R | 企业名称：北京惠轲互联科技有限公司 |
| 企业通信地址：北京市海淀区上地十街1号院4号楼18层1815B | 邮政编码：100085 |
| 企业联系电话：13910909058 | 企业电子邮箱：warm311@hotmail.com |
| 从业人数：企业选择不公示 | 其中女性从业人数：企业选择不公示 |
| 企业经营状态：开业 | 企业控股情况：企业选择不公示 |
| 是否有投资信息或购买其他公司股权：否 | 是否有网站或网店：否 |
| 是否有对外担保信息：否 | 有限责任公司本年度是否发生股东股权转让：否 |

企业主营业务活动：销售食品；互联网信息服务；技术开发、技术推广、技术转让、技术咨询、技术服务；计算机系统服务；软件服务；数据处理（数据处理中的银行卡中心、PUE值在1.4以上的云计算数据中心除外）；销售自行开发的产品、计算机、软件及辅助设备、电子产品、文化用品。（企业依法自主选择经营项目，开展经营活动；销售食品、互联网信息服务以及依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事本市产业政策禁止和限制类项目的经营活动。）

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 王焕魁 | 100 | 2039年01月01日 | 货币 | 0 | | 货币 |

## 对外投资信息

| 暂无对外投资信息 |
|---|

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 0人 | | 失业保险 | 0人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0人 | | 工伤保险 | 0人 |
| 生育保险 | 0人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 | |

| | | |
|---|---|---|
| 本期实际缴费金额 | 单位参加生育保险缴费基数 | 企业选择不公示 |
| | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息