# EXHIBIT 12



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

首页 (/)  企业信息查询 (/search...)  关联关系  北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  知识产权 35 (/ability/ab34975d...)  历史信息 (/history/a...

(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

## 北京华焱坤泰科技有限公司  去认证 ▶

存续    A级纳税人    有限责任公司    高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

🔖 下载报告    ♥ 关注

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  关联企业3家 > (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

📞 电话：52905915  更多(3)

📍 地址：北京市石景山区实兴东街11号5层5049室  更多(2)  附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)  更多(3)

财产线索 HOT
线索数量 44

司法解析 NEW
涉及案件 ▨
(/judiciary-analysis/ab34975d-...)

合同违约 NEW
合作风险等级L1 低风险
(/contract-risk/ab34975d-...)

股东信息：何亮...
持股比例 73.2% 占...
(/shareholder/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

🔔 新闻热点：  暂无数据

🧾 发票抬头    ⇄ 分享企业

启信风险 ⓘ

| 风险等级 | 自身风险 | 关联企业 | 关联风险 |
| --- | --- | --- | --- |
| 低 | 3 | 0 | 0 |

查看详情 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态    2021-11-29 新增著作权信息，2021-1...    更多

---

商标信息    专利信息    著作权 34    资质认证 1    标准制定

## 著作权 34

作品著作权 0    软件著作权 34

状态 ▾    登记批准日期 ▾    请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
| --- | --- | --- | --- | --- | --- |
| 1 | 华焱坤泰在线录入系统移动端 V2.0 | 2022SR0216439 | - | - | 2022-02-17 |
| 2 | 华焱坤泰信息采集系统 V1.0 | 2021SR1932002 | - | - | 2021-11-29 |
| 3 | 华焱坤泰信息采集系统移动端 V1.0 | 2021SR1915683 | - | - | 2021-11-26 |
| 4 | 华焱坤泰风控管理平台 V1.0 | 2021SR1915684 | - | - | 2021-11-26 |
| 5 | 华焱坤泰在线录入系统 V2.0 | 2021SR1860977 | - | - | 2021-11-24 |

«  1  2  3  »

## 资质认证统计分析

证书类型    证书时间

1

4/10/22, 4:29 PM　　　　　　　　　北京小泰科技有限公司_启信宝



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

| 企业名、人名、品牌 | 🔍 搜索 | (https://www.qixin.com/user/home/center) |

| 企业概况 (/company/ab34975d-770e-... | 关联关系 17 (/related/ab34975d-... | 司法涉诉 (/risk/ab34975d-770e-... | 经营预警 (/warn/ab34975d-... | 经营信息 6 (/operation/ab34975d-... | 知识产权 35 (/ability/a... | 历史... (/history/a... |

质量管理...

## 资质认证 1

| 证书状态 ▾ | 证书类型 ▾ | 时间选择 ▾ |

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

### 全部维度

**企业概况** (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

| 启信图谱 | 工商信息 | 主要股东 6 | 主要人员 2 | 对外投资 | 核心团队 1 | 变更记录 7 | 社保人数 | 工... |
| 舆情分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 | 融资信息 | 竞品信息 20 | 品牌产品 | 注销备案 | | | |

**关联关系** (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

| 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) |

**司法涉诉** (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

| 司法案件 | 法律文书 | 被执行人 | 失信被执行 | 限制高消费 | 限制招标 | 开庭公告 | 法院公告 | 立... |
| 破产案件 | 询价评估 | 股权冻结 | 司法协助 | | | | | |

**经营预警** (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

| 债务分析 | 行政处罚 | 环保处罚 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清... |
| | 强制清算 | 破产案件 | | | | | | |

**经营信息** (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

| 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 | 抽查检查 | 进出口信息 | 排... |
| | | | | 双打商标 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 新闻舆情 | 供应信息 | 招聘信息 | |
| | | | | 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | 信用评级 | 信贷额度 | |
| | | | | | | | 多证合一 | |
| | | | | | | | 双随机抽查 | |

| 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | |

**知识产权** (/ability/ab34975d-770e-4e6b-...)

| 商标信息 | 专利信息 | 著作权 34 (/ability/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 资质认证 1 (/ability/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 标准制定 |

小程序

APP

微信

反馈

在线咨询

置顶



官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

历史信息    工商信息    主要股东王    失联关系    对外投资    法律文书    被执行人    知识产权 35    历史
(https://www.qixin.com/ab34975d-    (https://www.qixin.com/ab34975d-    (/history    经营预警    经营信息 6    股权冻结    司法协助
770e-4e6b-b460-    (related/770e-4e6b-    /risk/ab34975d-    资产信息    税务异常    (/operation/ab34975d-    排序
ba6f35b4f07a)    ba6f35b4f07a)    770e-4e6b-b460-    双随机抽查    经营异常
ba6f35b4f07a)

招聘信息 1    荣誉资质 2
(/history/ab34975d-    (/history/ab34975d-
770e-4e6b-b460-    770e-4e6b-b460-
ba6f35b4f07a)    ba6f35b4f07a)

## 👍 推荐企业



**河南铁投综合开发有限公...**
存续（在营、开业、在册）
🔗 热搜企业



**华为技术有限公司 (/co...**
手机  笔记本  网络设备
🔗 热搜企业



**北京字节跳动科技有限公...**
抖音  西瓜  火山
🔗 热搜企业



**北京京东世纪贸...**
快递  物流仓储
🔗 热搜企业



**华业化南京有限公司 (...**
存续（在营、开业、在册）
🔗 热搜企业



**河南铁嵩数字科技有限公...**
存续（在营、开业、在册）
🔗 热搜企业



**灵璧县渔沟中学 (/comp...**
正常
🔗 热搜企业



**郑州市开元寺建...**
存续（在营、开业、在册）
🔗 热搜企业



专注人工智能领域15年

**快速导航**
地区导航    品牌名录    关系查询
(https://www.qixin.com/    (https://www.qixin.com/    (https://www.qixin.com/findit
nav/)    nav/)    relation)

行业导航
(https://www.qixin.com/

企业查询    空壳查询    企业版
(https://www.qixin.com/    (https://www.qixin.com/    (https://top.qixin.com/
key=小米    from=index)
&page=1)

招标查询    税号查询    人员名录    商标查询
(https://zhaobiao.qixin.com/    (https://www.qixin.com/people
number)    nav/)    top.com?
trackFrom=home-
bottom-
trademark)

批量查询    老赖查询    年报查询    融资查询
(https://www.qixin.com/    (https://www.qixin.com/    (https://www.qixin.com/annualreport)    (https://www.qixin.com/financing)

**关于启信宝**
关于我们    隐私政策
(https://www.qixin.com/aboutus)    (https://www.qixin.com/privacy)

常见问题    儿童隐私
(https://www.qixin.com/questions)    (https://www.qixin.com/child-
privacy)

意见反馈    服务协议
(https://www.qixin.com/terms)
(https://www.qixin.com/shareholder/e99bb7e5869b/)

**联系方式**
在线咨询
企业邮箱: kefu@qixin.com
(mailto:kefu@qixin.com)
客服电话: 400-8286-855
工作时间：周一至周五：9:30-19:00



扫码下载APP    启信

小程序
APP
微信

数据来源：全国企业信用信息公示系统    国家知识产权局    商标局    版权局

友情链接：合合信息 (https://www.intsig.com)    名片全能王 (https://www.camcard.com)    扫描全能王 (https://www.camscanner.com)    国务院发展研究中心信息网 (http://www.drcnet.com.cn)
(https://chandashi.com/)    权大师 (https://www.quandashi.com/)    中国比地招标网 (http://www.bidizhaobiao.com)    网络非法金融信息举报专区 (https://www.js12377.cn/wyjb/index.jhtml?
reportNext=3&reportClass=2&harmType=2)    建设招标网 (https://www.jszhaobiao.com)    蔚蓝地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com/)    猪八戒网 (https://www.zbj
程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2
(https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855    举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

在线咨询
置顶

  

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

(http:// 企业名、人名、品牌  搜索 /ce  (https://aiww.q9h2ib37b28944623a4d6a49)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |


小程序


APP


微信


反馈


在线咨询


置顶

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌   🔍 搜索   (https://www.qixin.com/user/home/center)

首页 (/)  企业查询查询 (/search  关联关系 (/北京华焱坤泰科技有限公司  法律诉讼 (企业备案信息 770e-4e6b-b460-ba6f35b4f07a)  知识产权 35  历史信
(/company/ab34975d-  /related/ab34975d-  /risk/ab34975d-770e-  /warn/ab34975d-  /operation/ab34975d-  (/ability/ab34975d-  (/history/a

**北京华焱坤泰科技有限公司**  去认证 ▶

存续  A级纳税人  有限责任公司  高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  关联企业3家 > (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

电话：📞 52905915  更多(3)

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)  更多(3)

地址：北京市石景山区实兴东街11号5层5049室  更多(2)  附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

财产线索 HOT  线索数量 44

司法解析 NEW  涉及案件 ▨▨▨▨ (/judiciary-analysis/ab34975d-4e▨▨▨...）

合同违约 NEW  合作风险等级L1 低风险 (/contract-breach/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

股东信息：何亮 持股比例 73.2% (/shareholder/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

🔥 新闻热点：  暂无数据

📄 发票抬头  🔗 分享企业

启信风险 ⑦

| 风险等级 | 自身风险 | 关联企业 | 关联风险 |
|---|---|---|---|
| 低 | 3 | 0 | 0 |

查看详情 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态  2021-11-29 新增著作权信息，2021-1...  更多

商标信息  专利信息  著作权 34  资质认证 1  标准制定

## 著作权 34

| 作品著作权 0 | 软件著作权 34 |
|---|---|

状态 ▾  登记批准日期 ▾  请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 6 | 华焱坤泰保险业务移动展业系统 V2.1 | 2021SR0219811 | - | - | 2021-02-07 |
| 7 | 华焱坤泰一键报案小程序 V1.2 | 2020SR1902060 | - | - | 2020-12-28 |
| 8 | 华焱坤泰在线试题系统 V1.0 | 2020SR1902059 | - | - | 2020-12-28 |
| 9 | 华焱坤泰产品管理系统 V2.0 | 2020SR1895840 | - | - | 2020-12-25 |
| 10 | 华焱坤泰车型库管理系统 V2.1 | 2020SR1895839 | - | - | 2020-12-25 |

«  1  2  3

## 资质认证统计分析

证书类型  证书时间

1



启信宝 (https://www.qixin.com/)

官方备案企业证信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史信息 (/history/a |

质量管理…

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

### 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商 (/7...b |
|---|---|---|---|---|---|---|---|---|---|
| 财务分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | | | |

| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | |
|---|---|---|---|---|---|---|---|---|---|

| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 法律案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招标 | 开庭公告 | 法院公告 | 立 |
|---|---|---|---|---|---|---|---|---|---|

| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
|---|---|---|---|---|---|---|---|---|---|

| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 新闻舆情 债务信息 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 抽查检查 招聘信息 信用评级 授信额度 多证合一 双随机抽查 | 进出口信 供应链信 | 排 |
|---|---|---|---|---|---|---|---|---|---|
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-ba6f35b4f07a) | 资质认证 1 | | | | | |

| 知识产权 (/ability/ab34975d-770e-4e6b- | 商标信息 | 专利信息 | 著作权 34 (/ability/ab34975d-770e-4e6b-ba6f35b4f07a) | 资质认证 1 (/ability/ab34975d-770e-4e6b-ba6f35b4f07a) | 标准制定 | | | | |
|---|---|---|---|---|---|---|---|---|---|

🔲 小程序
📱 APP
🔲 微信
💬 反馈
在线咨询
🔝 置顶



(https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

| 企业名、人名、品牌 | 🔍 搜索 |



(https://www.qixin.com/user/home/center)

历史信息
(/company/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

工商信息
(/company/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

主要股东 **3**
(/related/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

历史高管 **2**
(/history/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

对外投资
(/company/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

经营预警
(/warn/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

法律文书
司法协助
资产查封
双随机抽查

被执行人
经营异常 **6**
(/operation/ab34975d-
ba6f35b4f07a)
经营异常

知识产权 **35**
(/ability/ab34975d-

历史失
排污许

股权冻结    司法协助

招聘信息 **1**
(/history/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

荣誉资质 **2**
(/history/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

## 👍 推荐企业



**河南铁投综合开发有限公...**
存续（在营、开业、在册）

🔗 热搜企业



**华为技术有限公司 (/co...**
手机   笔记本   网络设备

🔗 热搜企业



**北京宇节跳动科技有限公...**
抖音   西瓜   火山

🔗 热搜企业



**北京京东世纪贸...**
快递   物流仓储

🔗 热搜企业



**华业石化南京有限公司 (...**
存续（在营、开业、在册）

🔗 热搜企业



**河南铁嵩数字科技有限公...**
存续（在营、开业、在册）

🔗 热搜企业



**灵璧县渔沟中学 (/comp...**
正常

🔗 热搜企业



**郑州市开元寺建...**
存续（在营、开业、在册）

🔗 热搜企业



专注人工智能领域15年

**快速导航**

地区导航
(https://www.qixin.com/region-
nav/)

品牌名录
(https://www.qixin.com/brand-
nav/)

关系查询
(https://www.qixin.com/
relation)

行业导航
(https://www.qixin.com/trade-
nav/)

企业查询
(https://www.qixin.com/?
key=小米
&page=1)

空壳查询
(https://www.qixin.com/?
from=index)

企业版
(https://vip.qixin.com/?
trackFrom=home-
top.qixin.com)

招标查询
(https://zhaobiao.qixin.com/?
number)

税号查询
(https://www.qixin.com/tax-
nav/)

人员名录
(https://www.qixin.com/people-
nav/)

批量查询
(https://www.qixin.com/batch)

老赖查询
(https://www.qixin.com/laolai-
search)

年报查询
(https://www.qixin.com/report)

**关于启信宝**

关于我们
(https://www.qixin.com/about)

隐私政策
(https://www.qixin.com/privacy)

常见问题
(https://www.qixin.com/questions)

儿童隐私
(https://www.qixin.com/child-
privacy)

意见反馈
(https://www.qixin.com/feedback)

服务协议
(https://www.qixin.com/terms)

商标查询
(https://www.qixin.com/people-
top.com?
trackFrom=home-
bottom-
trademark)

融资查询
(https://www.qixin.com/financing)

**联系方式**

在线咨询

企业邮箱：kefu@qixin.com
(mailto:kefu@qixin.com)

客服电话：400-8286-855

工作时间：周一至周五：9:30-19:00



扫码下载APP    启信

小程序

APP

微信



在线咨询

置顶

**数据来源：** 全国企业信用信息公示系统   国家知识产权局   商标局   版权局

**友情链接：** 合合信息 (https://www.intsig.com)   名片全能王 (https://www.camcard.com)   扫描全能王 (https://www.camscanner.com)   国务院发展研究中心信息网 (http://www.drcnet.com)   查
(https://chandashi.com/)   权大师 (https://www.quandashi.com/)   中国比地招标网 (https://www.bidizhaobiao.com)   网络非法金融信息举报专区 (https://www.js12377.cn/wyjb/index.jhtml?
reportNext=18&reportClass=2&harmType=2)   建设招标网 (https://www.jszhaobiao.com)   蔚蓝地图 (https://www.ipe.org.cn)   洞见研报 (https://www.djyanbao.com/)   猪八戒网 (https://www.zbj
程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)   上海生腾数据有限公司，版权所有©2014 - 2022   沪ICP备18033674号-2
(https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855   举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)



(http:// 企业名、人名、品牌    🔍 搜索    /ce    (https://aixin.qixin.com/ab34975d-770e-4e6b-b...

企业概况
(//company/ab34975d-

关联关系 17
(//related/ab34975d-

司法涉诉
(//risk/ab34975d-770e-

经营预警
(//warn/ab34975d-

经营信息 6
(//operation/ab34975d-

知识产权 35
(//ability/ab34975d-

历史
(//history/a


小程序


APP


微信


反馈


在线咨询


置顶





首页 (/) 企业信息查询 (/search 关联关系 ... 北京华焱坤泰科技...司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

知识产权 35    历史信

## 北京华焱坤泰科技有限公司 去认证 ▶

存续    A级纳税人    有限责任公司    高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)    关联企业3家 > (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)    更多(3)

电话：📞 52905915    更多(3)

地址：北京市石景山区实兴东街11号5层5049室    更多(2)    附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

💰 财产线索 HOT    线索数量 44

⚖ 司法解析 NEW    涉及案件 ▨

📋 合同违约 NEW    合作风险等级L1 低风险

👥 股东信息：何亮...    持股比例 73.2% ▨

(/judiciary-analysis/ab34975d-4e...)  (/contract-breach/ab34975d...)  (/stock/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

🔥 新闻热点：    暂无数据

🧾 发票抬头    🔗 分享企业

启信风险 ⓘ    风险等级 低    自身风险 3    关联企业 0    关联风险 0    查看详情 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态    2022-02-11 新增著作权信息，2022-0...    更...

商标信息 | 专利信息 | 著作权 34 | 资质认证 1 | 标准制定

## 著作权 34

作品著作权 0 | 软件著作权 34

状态 ▼    登记批准日期 ▼    请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|------|----------------|--------|--------|----------|--------------|
| 11 | 华焱坤泰保险中介云平台 V1.0 | 2019SR1217964 | 30200-0000 | - | 2019-11-27 |
| 12 | 华焱坤泰保险中介云移动展业平台 V1.0 | 2019SR1218688 | 30200-0000 | - | 2019-11-27 |
| 13 | 华焱坤泰汽车金融云移动展业平台 V3.0 | 2019SR1219855 | 30200-0000 | - | 2019-11-27 |
| 14 | 华焱坤泰汽车金融云平台 V3.0 | 2019SR1219075 | 30200-0000 | - | 2019-11-27 |
| 15 | 华焱坤泰保险接口平台 V2.0 | 2018SR1051591 | 30200-0000 | - | 2018-12-21 |

« 1 2 »

## 资质认证统计分析

启信宝 证书类型 证书时间
(https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    搜索    (https://www.qixin.com/user/home/center)

企业概况          关联关系 17        司法涉诉          经营预警          经营信息 6        知识产权 35        历史
(/company/ab34975d-  (/related/ab34975d-  (/risk/ab34975d-770e-  (/warn/ab34975d-  (/operation/ab34975d-  (/ability/ab34975d-  (/history/a

质量管理...

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

企业概况          启信图谱          工商信息          主要股东 6        主要人员 2        对外投资          核心团队 1        变更记录 7        社保人数
(/company/ab34975d-  (/company/ab34975d-  (/company/ab34975d-  (/company/ab34975d-  (/company/ab34975d-           (/company/ab34975d-  (/company/ab34975d-  (/company/ab34975d-
770e-              770e-4e6b-b460-    770e-4e6b-b460-    770e-4e6b-b460-    770e-4e6b-b460-            770e-4e6b-b460-    770e-4e6b-b460-    770e-4e6b-b460-    77
4e6b-              ba6f35b4f07a)      ba6f35b4f07a)      ba6f35b4f07a)      ba6f35b4f07a)              ba6f35b4f07a)      ba6f35b4f07a)      ba6f35b4f07a)      ba
b460-
b460f35b4f07a)    股权分析          企业年报 7        融资信息          竞品信息 20        品牌产品          注销备案
                  (/company/ab34975d-  (/company/ab34975d-                   (/company/ab34975d-  (/company/ab34975d-
                  770e-4e6b-b460-    770e-4e6b-b460-                      770e-4e6b-b460-    770e-4e6b-b460-
                  ba6f35b4f07a)      ba6f35b4f07a)                      ba6f35b4f07a)      ba6f35b4f07a)

关联关系          关联企业          分支机构          疑似关系          受益所有人 1       实际控制企业       控股企业          竞争对手 16
(/related/ab34975d-  (/related/ab34975d-                                   (/related/ab34975d-           (/related/ab34975d-  (/related/ab34975d-
770e-              770e-4e6b-b460-                                      770e-4e6b-b460-            770e-4e6b-b460-    770e-4e6b-b460-
4e6b-              ba6f35b4f07a)                                      ba6f35b4f07a)              ba6f35b4f07a)      ba6f35b4f07a)
b460-
ba6f35b4f07a)

司法涉诉          司法案件          法律文书          被执行人          失信被执行       限制高消费       限制招投标       开庭公告          法院公告          立
(/risk/ab34975d-    涉诉案件          询价评估          股权冻结          司法协助
770e-
4e6b-
b460-
ba6f35b4f07a)

经营预警          债务分析          行政处罚          环保处罚          经营异常          税务异常          严重违法失信       违法违规建设       司法拍卖
(/warn/ab34975d-                   强制清算          破产案件
770e-
4e6b-
b460-
ba6f35b4f07a)

经营信息          动产抵押          股权出质          质权人          知识产权出质       行政许可 2        土地信息          抽查检查          进出口信息          排
(/operation/ab34975d-                                             (/operation/ab34975d-  (/operation/ab34975d-                   供应链
770e-                                                        770e-4e6b-b460-    770e-4e6b-b460-                   供应商信息
4e6b-                                                        ba6f35b4f07a)      ba6f35b4f07a)   税务资质 2        信用评级
b460-                                                                             (/operation/ab34975d-  信用额度
ba6f35b4f07a)                                                                        770e-4e6b-b460-    多证合一
                                                                                ba6f35b4f07a)      双随机抽查

                  电信许可          政府奖励项目       荣誉资质 1
                                                   (/operation/ab34975d-
                                                   770e-4e6b-b460-
                                                   ba6f35b4f07a)

小程序

APP 清

微信

反馈 排

在线咨询 微

置顶



启信宝 (https://www.qixin.com/)

知识产权 | 商标信息 | 专利信息 | 著作权 34

官方备案企业征信机构
人民数据官方合作伙伴

| 企业名、人名、品牌 | 🔍 搜索 | (https://www.qixin.com/user/home/center)

企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　关联关系 17 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　风险信息 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　经营信息 6 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　知识产权 35 (/ability/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　历史信息 (/history/a

历史信息 (/history/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

工商信息 (/history/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

主要股东 3 (/history/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

历史高管 2 (/history/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

| 对外投资 | 法律文书 | 被执行人 | 开庭公告 | 法院公告 | 失 |
| 动产抵押 | 股权出质 | 行政处罚 | 知识产权出质 | 行政许可 | |
| 双随机抽查 | 税务异常 | 经营异常 | 股权冻结 | 司法协助 | 排污 |
| 招聘信息 1 (/history/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 荣誉资质 2 (/history/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | |

👍 推荐企业

 河南铁投综合开发有限公...
存续（在营、开业、在册）
🔗 热搜企业

 华为技术有限公司 (/co...
手机　笔记本　网络设备
🔗 热搜企业

 北京字节跳动科技有限公...
抖音　西瓜　火山
🔗 热搜企业

 北京京东世纪贸
快递　物流仓储
🔗 热搜企业

 华业石化南京有限公司 (...
存续（在营、开业、在册）
🔗 热搜企业

 河南铁嵩数字科技有限公...
存续（在营、开业、在册）
🔗 热搜企业

 灵璧县渔沟中学 (/comp...
正常
🔗 热搜企业

 郑州市开元寺建
存续（在营、开业、在
🔗 热搜企业



专注人工智能领域15年

| 快速导航 | 关于启信宝 | 联系方式 |

地区导航 (https://www.qixin.com/nav/)　品牌名录 (https://www.qixin.com/brand-nav/)　关系查询 (https://www.qixin.com/relation)

姓名大全 (https://www.qixin.com/findname/)

关于我们 (https://www.qixin.com/about)　隐私政策 (https://www.qixin.com/privacy)

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP　启信

行业导航 (https://www.qixin.com/industry-nav/)　常见问题 (https://www.qixin.com/questions)　儿童隐私 (https://www.qixin.com/child-privacy)

企业查询 (https://www.qixin.com/?key=小米&page=1)　空壳查询 (https://www.qixin.com/emptycompany-nav/)　企业版 (https://vip.qixin.com/?from=index)　热门搜索 (https://www.qixin.com/top.qxp.qixin/)　意见反馈 (https://www.qixin.com/feedback)　服务协议 (https://www.qixin.com/terms)　老赖查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

招标查询 (https://zhaobiao.qixin.com/)　税号查询 (https://www.qixin.com/tax-number/)　人员名录 (https://www.qixin.com/people-nav/)　商标查询 (https://www.qixin.com/pgeople-top.com?trackFrom=home-bottom-trademark)

批量查询 (https://www.qixin.com/batch/)　老赖查询 (https://www.qixin.com/laolai)　年报查询 (https://www.qixin.com/annual-report)　融资查询 (https://www.qixin.com/financing)

数据来源：全国企业信用信息公示系统　国家知识产权局　商标局　版权局

友情链接：合信信息 (https://www.intsig.com)　名片全能王 (https://www.camcard.com)　扫描全能王 (https://www.camscanner.com)　国务院发展中心信息网 (http://www.drcnet.com.cn)　全道(https://chandashi.com)　企查查 (https://www.quandashi.com)　中国比地招标网 (http://www.bidizhaobiao.com)　网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)　蓝鲸地图 (https://www.ipe.org.cn)　洞见研报 (https://www.djyanbao.com)　猪八戒网 (https://www.zbj.程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 (http://  企名、人名、品牌 🔍 搜索  

企业概况
(/company/ab34975d-

关联关系 17
(/related/ab34975d-

司法涉诉
(/risk/ab34975d-770e-

经营预警
(/warn/ab34975d-

经营信息 6
(/operation/ab34975d-

知识产权 35
(/ability/ab34975d-

历史
(/history/a


小程序


APP


微信


反馈


在线咨询


置顶



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌 🔍 搜索 (https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search 关联关系 (company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 知识产权 35 历史信息 (/ability/ab34975d- (/history/a
(/company/ab34975d- (/related/ab34975d-770e- (/risk/ab34975d-770e- (/warn/ab34975d- (/operation/ab34975d-

## 北京华焱坤泰科技有限公司 去认证 ▸

⬇ 下载报告  ❤ 关注

存续   A级纳税人   有限责任公司   高新企业

自身风险 3条 ▸ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 关联企业3家 ▸ (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com) 更多(3)

电话：📞 52905915 更多(3)

地址：北京市石景山区实兴东街11号5层5049室 更多(2) 附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

📊 财产线索 HOT
线索数量 44

🏛 司法解析 NEW
涉及案件

📄 合同违约 NEW
合作风险等级L1 低风险

👥 股东信息：何亮
持股比例73.2% ▸

(/judiciary-analysis/ab34975d-4e6 (/contract-break/ab34975d-4f07a) (/contract-break/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

🔔 新闻热点： 暂无数据

🧾 发票抬头   🔗 分享企业

启信风险 ⓘ

| 风险等级 | 自身风险 | 关联企业 | 关联风险 | 查看详情 |
|---|---|---|---|---|
| 低 | 3 | 0 | 0 | |

(/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态   2021-11-26 新增著作权信息，2021-1...   更多

商标信息   专利信息   著作权 34   资质认证 1   标准制定

## 著作权 34

| 作品著作权 0 | 软件著作权 34 |
|---|---|

状态 ▾   登记批准日期 ▾   请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 ▾ |
|---|---|---|---|---|---|
| 16 | 华焱坤泰金融产品管理系统 V2.0 | 2018SR1051600 | 30200-0000 | - | 2018-12-23 |
| 17 | 华焱坤泰保险业务管理系统 V2.0 | 2018SR1051492 | 30200-0000 | - | 2018-12-21 |
| 18 | 华焱坤泰汽车金融系统 V2.0 | 2018SR1051785 | 30200-0000 | - | 2018-12-21 |
| 19 | 华焱坤泰-DRS数据自动处理系统 V1.0 | 2018SR208200 | 30100-0000 | DRS | 2018-03-27 |
| 20 | 华焱坤泰二手车延保系统 V1.0 | 2017SR575794 | 30100-7400 | - | 2017-10-19 |

« 2 3 »

## 资质认证统计分析

启信宝 证书类型    证书时间
(https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 关联关系 17 (/related/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 司法涉诉 (/risk/ab34975d-770e- 4e6b-b460- ba6f35b4f07a) | 经营预警 (/warn/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 经营信息 6 (/operation/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 知识产权 35 (/ability/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 历史 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

| 企业概况 (/company/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 启信图谱 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 工商信息 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 主要股东 6 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 主要人员 2 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 变更记录 7 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 社保人数 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 工 77 ba |
|---|---|---|---|---|---|---|---|---|---|
| | 股权分析 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 企业年报 7 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 品牌产品 (/company/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 注销备案 | | | | |

| 关联关系 (/related/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 关联企业 17 (/related/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) |
|---|---|---|---|---|---|---|---|

| 司法涉诉 (/risk/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 司法案件 涉诉案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
|---|---|---|---|---|---|---|---|---|---|

| 经营预警 (/warn/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 债务分析 (/warn/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 |
|---|---|---|---|---|---|---|---|---|

| 经营信息 (/operation/ab34975d- 770e- 4e6b- b460- ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 土地信息 | 抽查检查 | 进出口信息 | 排 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 土地信息 1 (/operation/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 新闻舆情 | 供应链 | |
| | | | | | | 税务资质 2 (/operation/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | 信用评级 信用额度 多证合一 双随机抽查 | 信用报告 | |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d- 770e-4e6b-b460- ba6f35b4f07a) | | | | | | |

小程序
APP    清
微信
反馈
在线咨询    微
置顶



启信宝 (https://www.qixin.com/)

知识产权 | 商标信息

专利信息  要 34

企业名、人名、品牌  🔍 搜索  (https://www.qixin.com/user/home/center)

企业概况 | 关联关系 17 | 风险信息 | 司法涉诉 | 经营预警 | 经营信息 6 | 知识产权 35 | 历史f

历史信息 | 工商信息 | 主要股东 3 | 历史高管 2 | 对外投资 | 法律文书 | 被执行人 | 开庭公告 | 法院公告 | 失

动产抵押 | 股权出质 | 行政处罚 | 知识产权出质 | 行政许可

双随机抽查 | 税务异常 | 经营异常 | 股权冻结 | 司法协助

招聘信息 1 | 荣誉资质 2 | 排污许

## 👍 推荐企业


河南铁投综合开发有限公...
存续（在营、开业、在册）
🔗 热搜企业


华为技术有限公司 (/co...
手机  笔记本  网络设备
🔗 热搜企业


北京字节跳动科技有限公...
抖音  西瓜  火山
🔗 热搜企业


北京京东世纪贸
快递  物流仓储
🔗 热搜企业


华业石化南京有限公司 (...
存续（在营、开业、在册）
🔗 热搜企业


河南铁嵩数字科技有限公...
存续（在营、开业、在册）
🔗 热搜企业


灵璧县渔沟中学 (/comp...
正常
🔗 热搜企业


郑州市开元寺建
存续（在营、开业、在
🔗 热搜企业



专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/nav/) | 品牌名录 (https://www.qixin.com/brand/nav/) | 关系查询 (https://www.qixin.com/relation)

行业导航 (https://www.qixin.com/industry/nav/)

企业查询 (https://www.qixin.com/search?key=小米&page=1) | 空壳查询 (https://www.qixin.com/shell) | 企业版 (https://www.qixin.com/corp/from=index)

招标查询 (https://zhao...) | 税号查询 (https://www.qixin.com/taxpayer-number) | 人员名录 (https://www.qixin.com/people/nav/)

批量查询 (https://www.qixin.com/batch) | 老赖查询 (https://www.qixin.com/laolai/search) | 年报查询 (https://www.qixin.com/report)

**关于启信宝**

姓名大全 (https://www.qixin.com/find-name) | 关于我们 (https://www.qixin.com/about)

常见问题 (https://www.qixin.com/question)

热门搜索 (https://top.qixin.com/)

商标查询 (https://www.qixin.com/people-top.com?trackFrom=home-bottom-trademark)

融资查询 (https://www.qixin.com/financing)

隐私政策 (https://www.qixin.com/privacy)

儿童隐私 (https://www.qixin.com/children-privacy)

意见反馈

服务协议 (https://www.qixin.com/terms)

老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

**联系方式**

在线咨询

企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

客服电话：400-8286-855

工作时间：周一至周五：9:30-19:00

扫码下载APP | 启信

小程序 | APP | 微信 | 反馈 | 置顶

数据来源：全国企业信用信息公示系统  国家知识产权局  商标局  版权局

友情链接：合合信息 (https://www.intsig.com)  名片全能王 (https://www.camcard.com)  扫描全能王 (https://www.camscanner.com)  国务院发展研究中心信息网 (http://www.drcnet.com.cn)  (https://chandashi.com)  全能搜 (https://www.quandashi.com)  中国比地招标网 (http://www.bidizhaobiao.com)  网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)  蔚蓝地图 (https://www.ipe.org.cn)  洞见研报 (https://www.djyanbao.com)  猪八戒网 (https://www.zbj  程序商城系统 (https://www.youzan.com)  中国招标投标公共服务平台 (https://www.jszhaobiao.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)  上海生腾数据科技有限公司，版权所有©2014 - 2022  沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855  举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)



北京华讯坤泰科技有限公司 - 启信宝

(https://www.qixin.com/) (http:// 企业名、人名、品牌 🔍 搜索 /ce （https://aixin.com/...）

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |


小程序


APP

微信


反馈

在线咨询


置顶



企信宝 (https://www.qixin.com/)    官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索     (https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search) 关联关系 北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)    知识产权 35    历史信
(/company/ab34975d-    (/related/ab34975d-770e-    (/risk/ab34975d-770e-    (/warn/ab34975d-    (/operation/ab34975d-    (/ability/ab34975d-    (/history/a

华
浏览:3089

**北京华焱坤泰科技有限公司**  去认证 ▶

存续   A级纳税人   有限责任公司   高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)   关联企业3家 > (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)   更多(3)

电话：📞 52905915   更多(3)

地址：北京市石景山区实兴东街11号5层5049室   更多(2)   附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

📄 财产线索 HOT   线索数量 44    🏛 司法解析 NEW   涉及案件 ▮▮   📋 合同违约 NEW   合作风险等级L1 低风险   👥 股东信息：何亮 ▮
持股比例 73.2% ▮ (/sh
(/judiciary-analysis/ab34975d-770e-4e(/contract-breach/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

📰 新闻热点：   暂无数据    📄 发票抬头   🔗 分享企业

启信风险 ⑦   风险等级   自身风险   关联企业   关联风险   查看详情   企业动态   2021-11-29 新增著作权信息，2021-1...   更多
低      3         0        0
(/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

---

商标信息   专利信息   著作权 34   资质认证 1   标准制定

## 著作权 34

作品著作权 0   软件著作权 34    状态 ▾   登记批准日期 ▾   请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 21 | 华焱坤泰车行信息管理系统 V1.0 | 2017SR575828 | 30100-7400 | - | 2017-10-19 |
| 22 | 华焱坤泰对账系统 V1.0 | 2017SR575816 | 30100-7400 | - | 2017-10-19 |
| 23 | 华焱坤泰客户管理系统 V1.0 | 2017SR575803 | 30100-7400 | - | 2017-10-19 |
| 24 | 华焱坤泰汽车保险系统 V1.0 | 2017SR575492 | 30100-7400 | - | 2017-10-19 |
| 25 | 华焱坤泰汽车金融系统 V1.0 | 2017SR555668 | 30100-7400 | - | 2017-09-29 |

«   3   4   »

## 资质认证统计分析

启信宝 证书类型 证书时间
(https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌 🔍 搜索 (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▼   证书类型 ▼   时间选择 ▼

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 (/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工 (/ 77 ba |

| 经营分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 |

| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 (/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) |

| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 失信案件 | 法律文书 询价评估 | 被执行人 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |

| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 (/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 |

| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 抽查检查 新闻舆情 供应链 信用评级 信用额度 多经营抽查 双随机抽查 | 进出口信息 供应链 信用评价 信用额度 (/operation/ab34975-770e-4e6b-b460-ba6f35b4f07a) |

| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | |

小程序
APP
微信
反馈
在线咨询
置顶


启信宝 (https://www.qixin.com/)

知识产权          商标信息
(/ability/ab34975d-
770e-
4e6b-
b460-
ba6f35b4f07a)
企业概况          关联关系 17
(/company/ab34975d-    (/related/ab34975d-
770e-                770e-4e6b-b460-
4e6b-              ba6f35b4f07a)
b460-
ba6f35b4f07a)

专利信息          要素信息 34
(/ability/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)
司法涉诉
(/risk/ab34975d-770e-

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

经营预警              经营信息 6              知识产权 35              历史信
(/warn/ab34975d-    (/operation/ab34975d-    (/ability/ab34975d-      (/history/a

历史信息          工商信息          主要股东 3          历史高管 2
(/history/ab34975d-  (/ab34975d-        (/ab34975d-        (/ab34975d-
770e-              770e-4e6b-b460-    770e-4e6b-b460-    770e-4e6b-b460-
4e6b-              ba6f35b4f07a)      ba6f35b4f07a)      ba6f35b4f07a)
b460-
ba6f35b4f07a)

对外投资          法律文书          被执行人          开庭公告          法院公告          失
动产抵押          股权出质          行政处罚          知识产权出质      行政许可
双随机抽查        税务异常          经营异常          股权冻结          司法协助
招聘信息 1        荣誉资质 2        排污
(/history/ab34975d-  (/history/ab34975d-
770e-4e6b-         770e-4e6b-
ba6f35b4f07a)      ba6f35b4f07a)

👍 **推荐企业**

 河南铁投综合开发有限公...
存续（在营、开业、在册）
🔗 热搜企业

 华为技术有限公司 (/co...
手机    笔记本    网络设备
🔗 热搜企业

 北京字节跳动科技有限公...
抖音    西瓜    火山
🔗 热搜企业

 北京京东世纪贸...
快递    物流仓储
🔗 热搜企业

 华业石化南京有限公司 (...
存续（在营、开业、在册）
🔗 热搜企业

 河南铁嵩数字科技有限公司...
存续（在营、开业、在册）
🔗 热搜企业

 灵璧县渔沟中学 (/comp...
正常
🔗 热搜企业

 郑州市开元寺建...
存续（在营、开业、在...

专注人工智能领域15年

快速导航
地图导航          品牌名录          关系查询          姓氏大全
(https://www.qixin.com/...  (https://www.qixin.com/...  (https://www.qixin.com/...  (https://www.qixin.com/find-...
nav/)              nav/)              relation)
                  行业导航          常见问题          儿童隐私
                  (https://www.qixin.com/industry-...  (https://www.qixin.com/question/)  (...child-
                  nav/)                                      privacy)
企业查询          空壳查询          企业版            热门搜索
(https://www.qixin.com/...  (https://www.qixin.com/...  (https://top.qixin.com/...  (https://top.qixin.com/...
key=小米            from=index)
&page=1)                                            老板查询            服务协议
                                                  (https://www.qixin.com/shareholder/e99bb7e5869b/)  (https://www.qixin.com/terms)
招标查询          税号查询          人员名录          商标查询
(https://zhao...  (https://www.qixin.com/...  (https://www.qixin.com/people-...  (https://www.qixin.com/pgeople-
number)            nav/)              top.com?
                                    trackFrom=home-
                                    bottom-
                                    trademark)
批量查询          老赖查询          年报查询          融资查询
(https://www.qixin.com/batch)  (https://www.qixin.com/laolai)  (https://www.qixin.com/report)  (https://www.qixin.com/financing)

关于启信宝
关于我们          隐私政策
(https://www.qixin.com/about)  (https://www.qixin.com/privacy)

联系方式
在线咨询
企业客服：kefu@qixin.com
(mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP    启信

小程序
APP
微信
反馈
置顶

数据来源：  全国企业信用信息公示系统      国家知识产权局      商标局      版权局

友情链接：  合合信息 (https://www.intsig.com)    名片全能王 (https://www.camcard.com)    扫描全能王 (https://www.camscanner.com)    国务院发展研究中心信息网 (http://www.drcnet.com.cn)
(https://chandashi.com)    全能查 (https://www.quandashi.com)    中国比地招标网 (http://www.bidizhaobiao.com)    网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?
reportNext=1&reportClass=2&harmType=2)    蓝睛招标网 (https://www.jszhaobiao.com)    蔚蓝地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com)    猪八戒网 (https://www.zbj.com)
程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据科技有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2
(https://beian.miit.gov.cn/)
公司地址：  上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855    举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

(http:// 企业名、人名、品牌 🔍 搜索

北京华兴坤泰科技有限公司 - 启信宝

ce (https://www.qixin.com/company/ab34975d-

企业概况
(/company/ab34975d-

关联关系 17
(/related/ab34975d-

司法涉诉
(/risk/ab34975d-770e-

经营预警
(/warn/ab34975d-

经营信息 6
(/operation/ab34975d-

知识产权 35
(/ability/ab34975d-

历史
(/history/a



小程序



APP



微信



反馈



在线咨询



置顶

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌　🔍 搜索　(https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search 关联关系 /北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-(/history/a company/ab34975d- related/ab34975d-770e- risk/ab34975d-770e- warn/ab34975d- operation/ab34975d- ability/ab34975d- 知识产权 35 历史 (

**北京华焱坤泰科技有限公司** 去认证 ▶

下载报告 关

存续　A级纳税人　有限责任公司　高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 关联企业3家 > (/shareholder/e4bd95 e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=rela te-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.co m) 更多(3)

电话： 52905915 更多(3)

地址： 北京市石景山区实兴东街11号5层5049室 更多(2) 附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

财产线索 HOT 线索数量 44

司法解析 NEW 涉及案件

合同违约 NEW 合作风险等级L1 低风险

股东信息：何亮 持股比例 73.2% 占

(/judiciary-analysis/ab34975d-4e(/contract-analysis/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

新闻热点：　暂无数据

发票抬头 分享企业

启信风险 ⓘ

风险等级 低

自身风险 3

关联企业 0

关联风险 0

查看详情 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态

2021-11-29 新增著作权信息，2021-1... 更多

商标信息　专利信息　著作权 34　资质认证 1　标准制定

## 著作权 34

作品著作权 0　软件著作权 34

状态 ▾　登记批准日期 ▾　请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 26 | 华焱坤泰延保理赔管理系统 V1.0 | 2017SR555673 | 30100-7400 | - | 2017-09-29 |
| 27 | 华焱坤泰金融贷款系统 V1.0 | 2017SR554963 | 30100-7400 | - | 2017-09-29 |
| 28 | 华焱坤泰保险批改管理系统 V1.0 | 2017SR555660 | 30100-7400 | - | 2017-09-29 |
| 29 | 华焱坤泰数据变更系统 V1.0 | 2017SR555681 | 30100-7400 | - | 2017-09-29 |
| 30 | 华焱坤泰续保管理系统 V1.0 | 2017SR549599 | 30100-7400 | - | 2017-09-26 |

« 3 4

## 资质认证统计分析



证书类型 证书时间

企业名、人名、品牌 🔍 搜索 (https://www.qixin.com/user/home/center)

官方备案企业征信机构
人民数据官方合作伙伴

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史信 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾  证书类型 ▾  时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 | 工商信息 | 主要股东 6 | 主要人员 2 | 对外投资 | 核心团队 1 | 变更记录 7 | 社保人数 | |
|---|---|---|---|---|---|---|---|---|---|
| | 股东分析 | 企业年报 7 | 融资信息 | 竞品信息 20 | 品牌产品 | 注销备案 | | | |

| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 | 实际控制企业 | 控股企业 | 竞争对手 16 | | |

| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 立案案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |

| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | |

| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 招拍挂 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 抽查检查 新闻舆情 资质审核信息 信用评级 授信额度 多证合一 双随机抽查 | 进出口信息 供应链 | 排 |

| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-ba6f35b4f07a) | | | | | | |

小程序

APP 清

微信

反馈

在线咨询 微

置顶



知识产权 商标信息 专利信息 要闻信息 34 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)
(https://www.qixin.com/)
官方备案企业征信机构
人民数据官方合作伙伴

企业概况 关联关系 17 (/related/ab34975d- (/risk/ab34975d-770e- 经营预警 经营信息 6 知识产权 35 历史信
(/company/ab34975d- 770e- 司法涉诉 (/warn/ab34975d- (/operation/ab34975d- (/ability/ab34975d- (/history/a
770e-4e6b- 4e6b-b460- ba6f35b4f07a)
b460- ba6f35b4f07a)
ba6f35b4f07a)

历史信息 工商信息 主要股东 3 历史高管 2 对外投资 法律文书 被执行人 开庭公告 法院公告 失
(/history/ab34975d- (/history/ab34975d- (/history/ab34975d- (/history/ab34975d- 动产抵押 股权出质 行政处罚 知识产权出质 行政许可 排
770e- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 双随机抽查 税务异常 经营异常 股权冻结 司法协助 排污
4e6b- ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) 招聘信息 1 荣誉资质 2
b460- (/history/ab34975d- (/history/ab34975d-
ba6f35b4f07a) 770e-4e6b-b460- 770e-4e6b-b460-
ba6f35b4f07a) ba6f35b4f07a)

👍 推荐企业

 河南铁投综合开发有限公... 华为技术有限公司 (/co... 北京字节跳动科技有限公... 北京京东世纪贸
存续（在营、开业、在册） 手机 笔记本 网络设备 抖音 西瓜 火山 快递 物流仓储
🔗 热搜企业 🔗 热搜企业 🔗 热搜企业 🔗 热搜企业

 华业石化南京有限公司 (... 河南铁嵩数字科技有限公... 灵璧县渔沟中学 (/comp... 郑州市开元寺建
存续（在营、开业、在册） 存续（在营、开业、在册） 正常 存续（在营、开业、在
🔗 热搜企业 🔗 热搜企业 🔗 热搜企业 🔗 热搜企业



专注人工智能领域15年

快速导航 关于启信宝 联系方式

地区导航 品牌名录 关系查询 姓名大全 关于我们 隐私政策 在线咨询
(https://www.qixin.com/nav/) (https://www.qixin.com/brandnav/) (https://www.qixin.com/relation) (https://www.qixin.com/findingnav/) (https://www.qixin.com/about) (https://www.qixin.com/privacy) 企业邮箱：kefu@qixin.com
(mailto:kefu@qixin.com)
行业导航 常见问题 儿童隐私 服务热线：400-8286-855
(https://www.qixin.com/industrynav/) (https://www.qixin.com/question) (https://www.qixin.com/child-privacy) 工作时间：周一至周五：9:30-19:00
企业查询 空壳查询 企业版 热门搜索 意见反馈
(https://www.qixin.com/search?key=小米&page=1) (https://www.qixin.com/emptynav/) (https://www.qixin.com/gsb?from=index) (https://www.qixin.com/hot) (https://fbp.qixin.com/)
老板查询 服务协议
(https://www.qixin.com/shareholder/e99bb7e5869b/) (https://www.qixin.com/terms)
招标查询 税号查询 人员名录 商标查询
(https://zhaobiao.qixin.com/) (https://www.qixin.com/taxnumber) (https://www.qixin.com/peoplenav/) (https://www.qixin.com/peopletop.com?trackFrom=home-bottom-trademark)
批量查询 老赖查询 年报查询 融资查询
(https://piliang.qixin.com/) (https://www.qixin.com/laolai/search) (https://www.qixin.com/yearreport) (https://www.qixin.com/financing)

数据来源： 全国企业信用信息公示系统 国家知识产权局 商标局 版权局
友情链接： 合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 全球大
(https://chandashi.com) 企查查 (https://www.quandashi.com) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 蓝源地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com) 猪八戒网 (https://www.zbj.com)
程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

  

北京华软坤泰科技有限公司_启信宝

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

(http:// 企业名、人名、品牌 🔍 搜索

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |


小程序


APP


微信


反馈


在线咨询


置顶



启信宝 (https://www.qixin.com/)    官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

首页 (/)  企业高级查询 (/search    关联关系  北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  知识产权 35    历史信
(/company/ab34975d-    related/ab34975d-770e-    risk/ab34975d-770e-    warn/ab34975d-    operation/ab34975d-    ability/ab34975d-    history/a
770e-4e6b-    b460-

**北京华焱坤泰科技有限公司**  去认证 ▶    📄 下载报告  ❤ 关注

存续    A级纳税人    有限责任公司    高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  关联企业3家 ▶ (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)  更多(3)

电话：📞 52905915  更多(3)

地址：北京市石景山区实兴东街11号5层5049室  更多(2)  附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

| 📄 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：何亮 |
|---|---|---|---|
| 线索数量 44 | 涉及案件 | 合作风险等级L1 低风险 | 持股比例 73.2% ▶ |
| (/judiciary-analysis/ab34975d-... | (/cobt160-bnesdt/4070a) | (/judiciary-risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | (/shareholder/... |

新闻热点：  暂无数据    📄 发票抬头  🔗 分享企业

启信风险 ?  风险等级  自身风险  关联企业  关联风险    查看详情    企业动态    2022-02-11  新增著作权信息，2022-0...  更
低    3    0    0
(/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

商标信息  专利信息  著作权 34  资质认证 1  标准制定

## 著作权 34

| 作品著作权 0 | 软件著作权 34 |  |  | 状态 ▾ | 登记批准日期 ▾ | 请输入关键词 |

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 31 | 华焱坤泰护航续航系统 V1.0 | 2017SR545831 | 30100-7400 | - | 2017-09-26 |
| 32 | 华焱坤泰数据锁定系统 V1.0 | 2017SR545855 | 30100-7400 | - | 2017-09-26 |
| 33 | 华焱坤泰延保合同管理系统 V1.0 | 2017SR545825 | 30100-7400 | - | 2017-09-25 |
| 34 | 华焱坤泰延保基础数据管理系统 V1.0 | 2017SR542393 | 30100-7400 | - | 2017-09-25 |

«  3  4

## 资质认证统计分析

证书类型    证书时间

1

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工 77 ba |
|---|---|---|---|---|---|---|---|---|---|
| | 股权分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | | |
| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | |
| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 破产重整 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | |
| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 招投标 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 新闻舆情 债券信息 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 抽查检查 供应链 招聘信息 信用评级 信贷额度 多证合一 双随机抽查 | 进出口信息 排 | |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | | |
| 知识产权 (/ability/ab34975d-770e- | 商标信息 | 专利信息 | 著作权 34 (/ability/ab34975d-770e- | 资质认证 1 (/ability/ab34975d-770e- | 标准制定 | | | | |

小程序
APP
微信
反馈
在线咨询
置顶



企业名、人名、品牌 🔍 搜索 (https://www.qixin.com/user/home/center)

历史概况 工商信息 关联企业 273 历史成员 司法涉诉 对外投资 经营预警 文书 经营信息 6 知识产权 35 历史
(/history/ab34975d- (/related/ab34975d- (/warn/ab34975d- (/operation/ab34975d- (/ability/ab34975d- (/history/a
770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460-
ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a)

双随机抽查 税务异常 经营异常 股权冻结 司法协助 排污

招聘信息 1 荣誉资质 2
(/history/ab34975d- (/history/ab34975d-
770e-4e6b-b460- 770e-4e6b-b460-
ba6f35b4f07a) ba6f35b4f07a)

👍 推荐企业

 河南铁投综合开发有限公... 存续（在营、开业、在册）
🔗 热搜企业

 华为技术有限公司 (/co... 手机 笔记本 网络设备
🔗 热搜企业

 北京字节跳动科技有限公... 抖音 西瓜 火山
🔗 热搜企业

 北京京东世纪贸... 快递 物流仓储
🔗 热搜企业

 华业石化南京有限公司 (... 存续（在营、开业、在册）
🔗 热搜企业

 河南铁嵩数字科技有限公... 存续（在营、开业、在册）
🔗 热搜企业

 灵璧县渔沟中学 (/comp... 正常
🔗 热搜企业

 郑州市开元综合建... 存续（在营、开业、
🔗 热搜企业


专注人工智能领域15年

快速导航
地区导航 品牌名录 关系查询 姓氏大全
(https://www.qixin.com/nav/) (https://www.qixin.com/brand-nav/) (https://www.qixin.com/relation) (https://www.qixin.com/find/child-name)
企业查询 空壳查询 企业版 热门搜索
(https://www.qixin.com/company) (https://www.qixin.com/find/kongke) (https://qixin.com/product?from=index) (https://top.qixin.com/top.qixin.com?key=小米&page=1)
招标查询 税号查询 人员名录 商标查询
(https://zhaobiao.qixin.com/) (https://www.qixin.com/tax-number) (https://www.qixin.com/people-nav/) (https://ptm.qixin.com/pgople-top.com?trackFrom=home-bottom-trademark)
批量查询 老赖查询 年报查询 融资查询
(https://www.qixin.com/batch/search) (https://www.qixin.com/find/laolai) (https://report.qixin.com/report) (https://www.qixin.com/financing)

关于启信宝
关于我们 隐私政策
(https://www.qixin.com/about-us) (https://www.qixin.com/privacy)
行业导航 常见问题 儿童隐私
(https://www.qixin.com/industry-nav/) (https://help.qixin.com/questions) (https://www.qixin.com/child-privacy)
热门搜索 意见反馈
老板查询 服务协议
(https://www.qixin.com/shareholder/e99bb7e5869b/) (https://www.qixin.com/terms)

联系方式
在线咨询
客服邮箱: kefu@qixin.com (mailto:kefu@qixin.com)
客服电话: 400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP 启信


小程序
APP
微信
在线咨询
置顶

数据来源： 全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接： 合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 反爬 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com/) 网络违法犯罪信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=28harmType=2) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 第八戒网 (https://www.zbj程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号
公司地址： 上海市静安区万荣路1268号云立方A座11层
不良信息举报电话： 400-8286-855 举报邮箱： kefu@qixin.com (mailto:kefu@qixin.com)

 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

 (http://    企业名、人名、品牌    🔍 搜索

企业概况
(/company/ab34975d-

关联关系 17
(/related/ab34975d-

司法涉诉
(/risk/ab34975d-770e-

经营预警
(/warn/ab34975d-

经营信息 6
(/operation/ab34975d-

知识产权 35
(/ability/ab34975d-


小程序


APP


微信


反馈


在线咨询

置顶