# EXHIBIT 13

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 | 企业名、人名、品牌 搜索 |  (https://www.qixin.com/user/home/center)

首页 (/) 企业概览 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 企业查询 (/search-new) 关联关系 (/related/294afe9f-...) 北京惠轫互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 营查预警 (/warn/294afe9f-c56e-...) 经营信息 (/operation/294afe9f-...) 知识产权 31 (/ability/294afe9f-...) 历史... (/history/...)

## 北京惠轫互联科技有限公司  去认证

存续   有限责任公司   自身风险 5条 ▸ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

浏览:643

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)   关联企业3家 ▸ (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

电话：☑ 13910909058  查看详情

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)  查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情   附近企业 (/app/map-search?ename=北京惠轫互联科技有限公司)

| 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：崔凯 |
|---|---|---|---|
| 线索数量 39 | 涉及案件 | 合作风险等级 L1 低风险 | 持股比例 100% |
| (/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | (/contract-default/294afe9f-c56e-4cd7-b7dd-417a98a29045) | |

🔥 新闻热点：   暂无数据   📧 发票抬头   🔗 分享企业

### 启信风险

| 风险等级 | 自身风险 | 关联企业 | 关联风险 | 查看详情 |
|---|---|---|---|---|
| 中 | 5 | 0 | 0 | (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045) |

### 企业动态

2022-01-12  新增参与，中国人民财产... 更多

---

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

### 商标信息 2

不限地区 ▾  不限类别 ▾  不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54...) |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54...) |

商标注册，企业必备，保护品牌不再等 ▸ (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 |

状态 ▾   登记批准日期 ▾   请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 1 | 华焱坤泰数据锁定系统 V1.0 | 2021SR2225907 | - | - | 2021-12-30 |
| 2 | 华焱坤泰-DRS数据自动处理系统 V1.0 | 2021SR2225914 | - | DRS | 2021-12-30 |
| 3 | 华焱坤泰保险批改管理系统 V1.0 | 2021SR2225925 | - | - | 2021-12-30 |
| 4 | 华焱坤泰一键报案小程序 V1.2 | 2021SR2225826 | - | - | 2021-12-30 |
| 5 | 华焱坤泰对账系统 V1.0 | 2021SR2225920 | - | - | 2021-12-30 |

启信宝 (https://www.qixin.com/)　官方备案企业征信机构 人民数据官方合作伙伴　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)　«　1　2　3

| 全部维度概况 (/company/294afe9f-...) | 关联关系 1 (/related/294afe9f-...) | 司法涉诉 (/risk/294afe9f-c56e-...) | 经营预警 (/warn/294afe9f-c56e-...) | 经营信息 7 (/operation/294afe9f-...) | 知识产权 31 (/ability/294afe9f-...) | 历史信息 (/history/2...) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工 (/c b7 41 |
| | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 反馈污 |

小程序　APP　微信　反馈　在线咨询　置顶


推荐企业

|  香港中央结算有限公司 (... 仍注册 |   中信银行股份有限公司 (... 金融　融资　同业 |  河南沅翰实业有限公司 (... 存续（在营、开业、在册） |   大连合兴投资有... 项目投资 |






启信宝 (https://www.qixin.com/)   热搜企业   官方备案企业征信机构 人民数据官方合作伙伴   企业名、人名、品牌   搜索   (https://www.qixin.com/user/home/center)

企业概况 (/company/294afe9f-...)   关联关系 1 (/related/294afe9f-...)   司法涉诉 (/risk/294afe9f-c56e-...)   经营预警 (/warn/294afe9f-c56e-...)   经营信息 7 (/operation/294afe9f-...)   知识产权 31 (/ability/294afe9f-...)   历史信息 (/history/2...)


科大讯飞股份有限公司
工具  教育  输入法
🔗 热搜企业


中国建筑第二工程局有限...
装饰装修  核电站建设
🔗 热搜企业


中国远洋海运集团有限...
水上运输
🔗 热搜企业


省苏中建设...
建筑工程
🔗 热搜企业



专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/nav/)   品牌名录 (https://www.qixin.com/brand-nav/)   关系查询 (https://www.qixin.com/find-relation)   姓氏大全 (https://www.qixin.com/lastname-nav/)

行业导航 (https://www.qixin.com/industry-nav/)

企业查询 (https://www.qixin.com/search?key=小米&page=1)   空壳查询 (https://www.qixin.com/kongke)   企业版 (https://www.qixin.com/click?from=index)   热门搜索 (https://top.qixin.com/)

老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

招标查询 (https://zhaobiao.qixin.com/)   税号查询 (https://www.qixin.com/tax-number)   人员名录 (https://www.qixin.com/people-nav/)   商标查询 (https://www.qixin.com/page-top.com?trackFrom=home-bottom-trademark)

批量查询 (https://www.qixin.com/batch/search)   老赖查询 (https://www.qixin.com/laolai/search/entry)   年报查询 (https://www.qixin.com/report)   融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about)   隐私政策 (https://www.qixin.com/privacy)

常见问题 (https://www.qixin.com/questions)   儿童隐私 (https://www.qixin.com/child-privacy)

意见反馈   服务协议 (https://www.qixin.com/terms)

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

 扫码下载APP    启信...

---

数据来源： 全国企业信用信息公示系统   国家知识产权局   商标局   版权局

友情链接： 合合信息 (https://www.intsig.com)   名片全能王 (https://www.camcard.com)   扫描全能王 (https://www.camscanner.com)   国务院发展研究中心信息网 (http://www.drcnet.com.cn)   蝉大师 (https://chandashi.com/)   权大师 (https://www.quandashi.com/)   中国比地招标网 (http://www.bidizhaobiao.com)   网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)   建设招标网 (https://www.jszhaobiao.com/)   蔚蓝地图 (https://www.ipe.org.cn)   洞见研报 (https://www.djyanbao.com/)   猪八戒网 (https://www.zbj...)   程序商城系统 (https://www.youzan.com)

---

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)   上海生腾数据科技有限公司，版权所有©2014 - 2022   沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855   举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15f...)



小程序 (http://www...)

📱 APP

▦ 微信

💬 反馈

🎧 在线咨询

⬆ 置顶

 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 　企业名、人名、品牌　搜索　 (https://www.qixin.com/user/home/center)

首页 (/)　企业概况 企业查询 (/search-关联关系 / 北京惠轲互联科技有限公司 (/company/294afe9f-经营预警c56e-4cd7-b7dd-经营信息417a98a29045) 知识产权 31 历史信息 (/company/294afe9f- (/related/294afe9f- (/risk/294afe9f-c56e- (/warn/294afe9f-c56e- (/operation/294afe9f- (/ability/294afe9f- (/history/2 c5e-4cd7-b7dd-417a98a29045)

## 北京惠轲互联科技有限公司  去认证

存续　有限责任公司　自身风险 5条 ▶ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)　关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

电话：13910909058　查看详情

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)　查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...　查看详情　附近企业 (/app/map-search?ename=北京惠轲互联科技有限公司)

| 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：崔凯 |
|---|---|---|---|
| 线索数量 39 | 涉及案件 | 合作风险等级L1 低风险 | 持股比例 100% |

(/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045)

新闻热点：　暂无数据　　　　　　　　　发票抬头　分享企业

启信风险　风险等级 中　自身风险 5　关联企业 0　关联风险 0　查看详情
(/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

企业动态　2022-01-12　新增参与，中国人民财产...　更多

商标信息 2 ｜ 专利信息 ｜ 著作权 29 ｜ 资质认证 ｜ 标准制定

### 商标信息 2

不限地区 ▼　不限类别 ▼　不限状态 ▼

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54 |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54 |

商标注册，企业必备，保护品牌不再等> (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 | 状态 ▼ | 登记批准日期 ▼ | 请输入关键词 |

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 6 | 华焱坤泰车行信息管理系统 V1.0 | 2021SR2225917 | - | - | 2021-12-30 |
| 7 | 华焱坤泰保险接口平台 V2.0 | 2021SR2225912 | - | - | 2021-12-30 |
| 8 | 华焱坤泰二手车延保系统 V1.0 | 2021SR2225919 | - | - | 2021-12-30 |
| 9 | 华焱坤泰数据变更系统 V1.0 | 2021SR2225921 | - | - | 2021-12-30 |
| 10 | 华焱坤泰产品管理系统 V2.0 | 2021SR2225908 | - | - | 2021-12-30 |

 启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 | 企业名、人名、品牌 搜索  (https://www.qixin.com/user/home/center) | « 1 2 3

| 全部维概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/... |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工... |
| | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 1 (/related/...) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立... |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 破产信息 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清... |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 新闻舆情 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排... 微... |
| | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/...) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/...) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 | 法院公告 行政许可 股权冻结 司法协助 | 失... |

小程序  APP  微信  反馈污  在线咨询  置顶

推荐企业

 香港中央结算有限公司 (... 仍注册

  中信银行股份有限公司 (... 金融 融资 同业

  河南沅翰实业有限公司 (... 存续（在营、开业、在册）

 大连合兴投资有... 项目投资









专注人工智能领域15年

快速导航　　关于启信宝　　联系方式

地区导航　品牌名录　关系查询　姓氏大全　关于我们　隐私政策　在线咨询
行业导航　　　　　　　　　　常见问题　儿童隐私　企业邮箱：kefu@qixin.com
　　　　　　　　　　　　　　　　　　　　　　　　　客服电话：400-8286-855
企业查询　空壳查询　企业版　热门搜索　意见反馈　工作时间：周一至周五：9:30-19:00
　　　　　　　　　　　　　　老板查询　服务协议

招标查询　税号查询　人员名录　商标查询
批量查询　老赖查询　年报查询　融资查询

扫码下载APP　　启信宝

数据来源：　全国企业信用信息公示系统　　国家知识产权局　　商标局　　版权局

友情链接：　合合信息　　名片全能王　　扫描全能王　　国务院发展研究中心信息网　　蝉大师
　　　　　权大师　　中国比地招标网　　网络非法金融信息举报专区
　　　　　建设招标网　　蔚蓝地图　　洞见研报　　猪八戒网
　　　　　程序商城系统

沪公网安备 31010602003968号　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com




小程序
APP
微信
反馈
在线咨询
置顶

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌  搜索    (https://www.qixin.com/user/home/center)

首页 (/) 企业黄页 企业查询 (/search-...) 关联关系 / 北京惠轲互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 经营预警 (/warn/294afe9f-c56e-...) 经营信息 (/operation/294afe9f-...) 知识产权 31 (/ability/294afe9f-...) 历史信息 (/history/...)

(/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 主页 (/verified/294afe9f-c56e-4cd7-b7dd-417a98a29045) 品牌 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)

浏览:643

## 北京惠轲互联科技有限公司  去认证

存续  有限责任公司  自身风险 5条 ▶ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

下载报告  关注

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)   关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

电话： 13910909058  查看详情   邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)  查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轲互联科技有限公司)

财产线索 HOT  线索数量 39   司法解析 NEW 涉及案件 ▇  (/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045)   合同违约 NEW 合作风险等级L1 低风险   股东信息：崔凯 持股比例 100%

新闻热点：暂无数据   发票抬头  分享企业

启信风险  风险等级 中  自身风险 5  关联企业 0  关联风险 0  查看详情 (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

企业动态  2021-12-30 新增著作权信息，2021-1... 更多

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

### 商标信息 2

不限地区 ▼  不限类别 ▼  不限状态 ▼

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |

商标注册，企业必备，保护品牌不再等> (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 |

状态 ▼  登记批准日期 ▼  请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 11 | 华焱坤泰在线试题系统 V1.0 | 2021SR2225825 | - | - | 2021-12-30 |
| 12 | 华焱坤泰汽车保险系统 V1.0 | 2021SR2225918 | - | - | 2021-12-30 |
| 13 | 华焱坤泰保险业务管理系统 V2.0 | 2021SR2225913 | - | - | 2021-12-30 |
| 14 | 华焱坤泰延保基础数据管理系统 V1.0 | 2021SR2225916 | - | - | 2021-12-30 |
| 15 | 华焱坤泰续保管理系统 V1.0 | 2021SR2225874 | - | - | 2021-12-30 |

小程序  APP  微信  反馈  在线咨询

 启信宝 (https://www.qixin.com/)   官方备案企业征信机构 人民数据官方合作伙伴   企业名、人名、品牌  搜索    (https://www.qixin.com/user/home/center)   «  1  2  3

| 全部维度概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工... |
|  | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 |  |  |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 |  |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立... |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清... |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排... 微... |
|  | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 |  |  |  |  |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 |  |  |  |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失... |

小程序

APP

微信

反馈污...

在线咨询

置顶

👍 推荐企业

|   香港中央结算有限公司 (... 仍注册 |  中信银行股份有限公司 (... 金融  融资  同业 |   河南沅翰实业有限公司 (... 存续（在营、开业、在册） |  大连合兴投资有... 项目投资 |



 启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴
企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

热搜企业 热搜企业 热搜企业 热搜企业

企业概况 (/company/294afe9f- 关联关系 1 (/related/294afe9f- 司法涉诉 (/risk/294afe9f-c56e- 经营预警 (/warn/294afe9f-c56e- 经营信息 7 (/operation/294afe9f- 知识产权 31 (/ability/294afe9f- 历史 (/history/

科大讯飞股份有限公司 工具 教育 输入法 热搜企业
中国建筑第二工程局有限... 装饰装修 核电站建设 热搜企业
中国远洋海运集团有限 水上运输 热搜企业
省苏中建设 建筑工程 热搜企业

快速导航
地区导航 (https://www.qixin.com/area-nav/) 品牌名录 (https://www.qixin.com/brand-nav/) 关系查询 (https://www.qixin.com/find-relation) 姓氏大全 (https://www.qixin.com/...)
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1) 空壳查询 (https://www.qixin.com/...) 企业版 (https://...?from=index) 热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao...) 税号查询 (https://www.qixin.com/tax-number) 人员名录 (https://www.qixin.com/people-nav/) 商标查询 (https://...top.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/...) 老赖查询 (https://www.qixin.com/...) 年报查询 (https://www.qixin.com/report) 融资查询 (https://www.qixin.com/financing)

关于启信宝
关于我们 (https://www.qixin.com/about) 隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/questions) 儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

联系方式
在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

专注人工智能领域15年
扫码下载APP 启信

数据来源：全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接：合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 蝉大师 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 建设招标网 (https://www.jszhaobiao.com/) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 猪八戒网 (https://www.zbj 程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15

小程序 (http://www.
APP
微信
反馈
在线咨询
置顶

(https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 | 企业名、人名、品牌  搜索 |  (https://www.qixin.com/user/home/center)

首页 (/) 企业百科 企业查询 (/search-...) 关联关系 / 北京惠轲互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 经营预警 (/warn/294afe9f-c56e-...) 经营信息 (/operation/294afe9f-...) 知识产权 31 (/ability/294afe9f-...) 历史信息 (/history/2...)

# 北京惠轲互联科技有限公司  去认证

存续   有限责任公司   自身风险 5条 ▸ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

浏览:643

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)  关联企业3家 ▸ (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com) 查看详情

电话：13910909058  查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轲互联科技有限公司)

| 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：崔凯 |
|---|---|---|---|
| 线索数量 39 | 涉及案件 | 合作风险等级L1 低风险 | 持股比例 100% |

(/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045) (/contract/294afe9f-c56e-4cd7-b7dd-417a98a29045) (/shareholder/.../294afe9f-c56e-4cd7-b7dd-417a98a29045)

新闻热点：  暂无数据                                          发票抬头   分享企业

启信风险    风险等级 中   自身风险 5   关联企业 0   关联风险 0   查看详情   企业动态   2022-01-12 新增参与，中国人民财产... 更多
(/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

## 商标信息 2

不限地区 ▾   不限类别 ▾   不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |

商标注册，企业必备，保护品牌不再等 ▸ (https://www.gea-top.com?trackFrom=company-trademark)

## 著作权 29

| 作品著作权 0 | 软件著作权 29 |   |   | 状态 ▾ | 登记批准日期 ▾ | 请输入关键词 |

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 16 | 华焱坤泰保险中介云移动展业平台 V1.0 | 2021SR2225909 | - | - | 2021-12-30 |
| 17 | 华焱坤泰保险业务移动展业系统 V2.1 | 2021SR2225824 | - | - | 2021-12-30 |
| 18 | 华焱坤泰保险中介云平台 V1.0 | 2021SR2225910 | - | - | 2021-12-30 |
| 19 | 华焱坤泰客户管理系统 V1.0 | 2021SR2225828 | - | - | 2021-12-30 |
| 20 | 华焱坤泰延保合同管理系统 V1.0 | 2021SR2225875 | - | - | 2021-12-30 |

  

| 全部维度概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
| | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

推荐企业

 香港中央结算有限公司（...  仍注册

  中信银行股份有限公司（...  金融 融资 同业

  河南沅翰实业有限公司（...  存续（在营、开业、在册）

  大连合兴投资有...  项目投资



专注人工智能领域15年

| 快速导航 | | | | 关于启信宝 | | 联系方式 | |
|---|---|---|---|---|---|---|---|
| 地区导航 | 品牌名录 | 关系查询 | 姓氏大全 | 关于我们 | 隐私政策 | 在线咨询 | |
| | | | | 行业导航 | 常见问题 | 儿童隐私 | 企业邮箱：kefu@qixin.com |
| 企业查询 | 空壳查询 | 企业版 | 热门搜索 | 意见反馈 | | 客服电话：400-8286-855 | |
| | | | | 服务协议 | | 工作时间：周一至周五：9:30-19:00 | |
| | | | | 老板查询 | | | |
| 招标查询 | 税号查询 | 人员名录 | 商标查询 | | | | |
| 批量查询 | 老赖查询 | 年报查询 | 融资查询 | | | | |

扫码下载APP　启信

数据来源： 全国企业信用信息公示系统　国家知识产权局　商标局　版权局

友情链接： 合合信息　名片全能王　扫描全能王　国务院发展研究中心信息网　蝉大师　权大师　中国比地招标网　网络非法金融信息举报专区　建设招标网　蔚蓝地图　洞见研报　猪八戒网　程序商城系统

沪公网安备 31010602003968号　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2

公司地址： 上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com

  

小程序　APP　微信　反馈　在线咨询　置顶

  (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌   搜索    (https://www.qixin.com/user/home/center)

首页 (/)  企业查询  企业查询 (/search-) 关联关系 / 北京惠轫互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 经营预警 经营信息 知识产权 31 历史信息
(/company/294afe9f- (/related/294afe9f- (/risk/294afe9f-c56e- (/warn/294afe9f-c56e- (/operation/294afe9f- (/ability/294afe9f- (/history/2

## 北京惠轫互联科技有限公司  去认证

存续   有限责任公司   自身风险 5条 ▸ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

浏览:643

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)  关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R
邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)   查看详情

电话：13910909058  查看详情
地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轫互联科技有限公司)

财产线索 HOT      司法解析 NEW       合同违约 NEW       股东信息：崔凯
线索数量 39        涉及案件             合作风险等级L1 低风险    持股比例 100%
(/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045) (/contract/294afe9f-c56e-4cd7-b7dd-417a98a29045) (/shareholder/294afe9f-c56e-4cd7-b7dd-417a98a29045)

新闻热点：  暂无数据                                                发票抬头   分享企业

启信风险   风险等级  自身风险  关联企业  关联风险    查看详情    企业动态    2022-01-12  新增参与，中国人民财产...
         中       5        0        0
         (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

### 商标信息 2

不限地区 ▾  不限类别 ▾  不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54 |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54 |

商标注册，企业必备，保护品牌不再等 > (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

作品著作权 0 | 软件著作权 29

状态 ▾  登记批准日期 ▾  请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 21 | 华焱坤泰车型库管理系统 V2.1 | 2021SR2225827 | - | - | 2021-12-30 |
| 22 | 华焱坤泰护航续航系统 V1.0 | 2021SR2225915 | - | - | 2021-12-30 |
| 23 | 华焱坤泰延保理赔管理系统 V1.0 | 2021SR2225873 | - | - | 2021-12-30 |
| 24 | 惠轫续保管理系统 V1.0 | 2021SR0836372 | - | - | 2021-06-04 |
| 25 | 惠轫保险接口平台 V1.0 | 2021SR0836453 | - | - | 2021-06-04 |

![启信宝](https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌    搜索    (https://www.qixin.com/user/home/center)    «  2  3  4

| 全部维概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商 c5 b7 41 |
|  | 同业分析 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 |  |  |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 |  |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 新闻舆情 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
|  |  | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 |  |  |  |  |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 |  |  |  |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

小程序  APP  微信  反馈污  在线咨询  置顶

推荐企业

|  香港中央结算有限公司 (... 仍注册 |  中信银行股份有限公司 (... 金融 融资 同业 | 河南沅翰实业有限公司 (... 存续（在营、开业、在册） | 大连合兴投资有... 项目投资 |



  

启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

企业概况 (/company/294afe9f- 关联关系 1 (/related/294afe9f- 司法涉诉 (/risk/294afe9f-c56e- 经营预警 (/warn/294afe9f-c56e- 经营信息 7 (/operation/294afe9f- 知识产权 31 (/ability/294afe9f- 历史 (/history/

热搜企业
科大讯飞股份有限公司 (...
工具 教育 输入法
热搜企业

热搜企业
中国建筑第二工程局有限...
装饰装修 核电站建设
热搜企业

热搜企业
中国远洋海运集团有限
水上运输
热搜企业

热搜企业
省苏中建设
建筑工程
热搜企业

专注人工智能领域15年

快速导航
地区导航 (https://www.qixin.com/area-nav/) 品牌名录 (https://www.qixin.com/brand-nav/) 关系查询 (https://www.qixin.com/find-relation) 姓氏大全 (https://www.qixin.com/...) 
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1) 空壳查询 (https://www.qixin.com/...) 企业版 (https://pro.qixin.com/?from=index) 热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao.qixin.com/...) 税号查询 (https://www.qixin.com/tax-number) 人员名录 (https://www.qixin.com/people-nav/) 商标查询 (https://www.qixin.com/...top.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/batch/search) 老赖查询 (https://www.qixin.com/...) 年报查询 (https://www.qixin.com/report) 融资查询 (https://www.qixin.com/financing)

关于启信宝
关于我们 (https://www.qixin.com/about) 隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/questions) 儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

联系方式
在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP
启信

数据来源：全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接：合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 蝉大 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 建设招标网 (https://www.jszhaobiao.com/) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 猪八戒网 (https://www.zbj 程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15

小程序 (http://www.
APP
微信
反馈
在线咨询
置顶

  

# 北京惠轲互联科技有限公司  去认证

存续  有限责任公司  自身风险 5条 ▸ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)  关联企业3家 ▸ (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R
邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)  查看详情
电话：13910909058  查看详情
地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轲互联科技有限公司)

财产线索 HOT  线索数量 39
司法解析 NEW  涉及案件 ▮  (/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045)
合同违约 NEW  合作风险等级L1 低风险
股东信息：崔凯  持股比例 100%

新闻热点：暂无数据    发票抬头    分享企业

启信风险  风险等级 中  自身风险 5  关联企业 0  关联风险 0  查看详情 (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

企业动态  2021-12-30 新增著作权信息，2021-1...  更多

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

## 商标信息 2

不限地区 ▾  不限类别 ▾  不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |

商标注册，企业必备，保护品牌不再等 ▸ (https://www.gea-top.com?trackFrom=company-trademark)

## 著作权 29

| 作品著作权 0 | 软件著作权 29 |

状态 ▾  登记批准日期 ▾  请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 26 | 惠轲产品管理系统 V1.0 | 2021SR0836383 | - | - | 2021-06-04 |
| 27 | 惠轲非车险管理系统 V1.0 | 2021SR0836454 | - | - | 2021-06-04 |
| 28 | 惠轲客户管理系统 V1.0 | 2021SR0828962 | - | - | 2021-06-03 |
| 29 | 惠轲保险SAAS平台 V1.0 | 2021SR0828930 | - | - | 2021-06-03 |

«  2  3  4



| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 | 对外投资 | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 核心团队 | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 同业分析 | | 企业年报 2 | 融资信息 | | 竞品信息 | | 品牌产品 | 注销备案 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 | | 分支机构 | 疑似关系 | | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | | 法律文书 询价评估 | 被执行人 股权冻结 | | 失信被执行 司法协助 | 限制高消费 | | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 | | 行政处罚 强制清算 | 环保处罚 破产案件 | | 经营异常 | 税务异常 | | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | | 股权出质 | 质权人 | | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | | | 双随机抽查 | 电信许可 | | 政府奖励项目 | 荣誉资质 | | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 资质认证 | 标准制定 | | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 | | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

**推荐企业**

| 香港中央结算有限公司 (... | 中信银行股份有限公司 (... | 河南沅翰实业有限公司 (... | 大连合兴投资有... |
|---|---|---|---|
|  仍注册 |  金融 融资 同业 |  存续（在营、开业、在册） |  项目投资 |
| 🔗 热搜企业 | 🔗 热搜企业 | 🔗 热搜企业 | 🔗 热搜企业 |

 (https://www.qixin.com)
官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌   搜索

 (https://www.qixin.com/user/home/center)

 科大讯飞股份有限公司 (...
工具  教育  输入法
企业概况   关联关系 1 (//company/294afe9f-... (/related/294afe9f-...
热搜企业

 中国建筑第一工程局有限...
装饰装修  核电站建设
司法涉诉   经营预警 (/risk/294afe9f-c56e-... (/warn/294afe9f-c56e-...
热搜企业

 中国远洋海运集团有限公...
水上运输
经营信息 7   知识产权 31 (/operation/294afe9f-... (/ability/294afe9f-...
热搜企业

 江苏省苏中建设...
工程
历史信... (/history/2...


专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/area-nav/)
品牌名录 (https://www.qixin.com/brand-nav/)
关系查询 (https://www.qixin.com/find-relation)
姓氏大全 (https://www.qixin.com/name-nav/)
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1)
空壳查询 (https://www.qixin.com/kongke)
企业版 (https://qiye.qixin.com/?from=index)
热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao.qixin.com/)
税号查询 (https://www.qixin.com/tax-number)
人员名录 (https://www.qixin.com/people-nav/)
商标查询 (https://www.qixin.com/people-top.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/batch-search)
老赖查询 (https://www.qixin.com/laolai/search)
年报查询 (https://www.qixin.com/annual-report)
融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about)
隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/faqs)
儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP


启信宝

数据来源：  全国企业信用信息公示系统   国家知识产权局   商标局   版权局

友情链接：  合合信息 (https://www.intsig.com)   名片全能王 (https://www.camcard.com)   扫描全能王 (https://www.camscanner.com)   国务院发展研究中心信息网 (http://www.drcnet.com.cn)   蝉大师 (https://chandashi.com/)   权大师 (https://www.quandashi.com/)   中国比地招标网 (http://www.bidizhaobiao.com/)   网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)   建设招标网 (https://www.jszhaobiao.com/)   蔚蓝地图 (https://www.ipe.org.cn)   洞见研报 (https://www.djyanbao.com/)   猪八戒网 (https://www.zbj.com/)   程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)   上海生腾数据科技有限公司，版权所有©2014 - 2022   沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址： 上海市静安区万荣路1268号云立方A座11层
不良信息举报电话： 400-8286-855  举报邮箱： kefu@qixin.com (mailto:kefu@qixin.com)

  (http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15...)

 (http://www.s...)
小程序

APP

微信

反馈

在线咨询

置顶