# EXHIBIT 14

WWW.CNIPA.GOV.CN WCJS.SBJ.CNIPA.GOV.CN　　　　　　　　　　　　　　　　　　　　　　　　　　　　帮助　当前数据截至：（2022年04月08日）

**商标详情**　　**商标流程**

| | | |
|---|---|---|
| 商品/服务 | 保险信息; 保险经纪服务; 保险代理; 受托管理; 有关保险的咨询和信息; 保付代理服务; 有关保险的咨询服务; 保险经纪; 保险信息和咨询; 保险咨询; 查看详细信息 | |
| 类似群 | 3601;3602;3608; | |
| 申请/注册号 | 54307930 | 申请日期　2021年03月15日　国际分类　36 |
| 申请人名称（中文） | 北京惠轲互联科技有限公司 | |
| 申请人名称（英文） | | |
| 申请人地址（中文） | 北京市海淀区上地十街1号院4号楼18层1815B | |
| 申请人地址（英文） | | |
| 初审公告期号 | 1753　注册公告期号　1765　是否共有商标　否 | |
| 初审公告日期 | 2021年07月27日　注册公告日期　2021年10月28日　商标类型　一般 | |
| 专用权期限 | 2021年10月28日 至 2031年10月27日　商标形式 | |
| 国际注册日期 | 　后期指定日期　　优先权日期 | |
| 代理/办理机构 | | |
| 商标流程 | 点击查看 | |
| 商标状态图标 | LIVE/REGISTRATION/Published for Opposition  注册公告 | |

仅供参考，不具有法律效力

打印　　错误信息反馈

版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768


政府网站找错

WWW.CNIPA.GOV.CN  WCJS.SBJ.CNIPA.GOV.CN  帮助  当前数据截至：（2022年04月08日）

| | |
|---|---|
| 商标详情 | 商标流程 |

| | |
|---|---|
| 商品/服务 | 软件运营服务（SaaS）；计算机软件研究和开发；信息技术咨询；软件设计和开发；计算机硬件和软件的设计与开发；信息技术咨询服务；网页和网站设计；技术开发领域的咨询服务；汽车设计；计算机软件开发；[查看详细信息](#) |
| 类似群 | 4209;4216;4220; |
| 申请/注册号 | 54307930 |
| 申请日期 | 2021年03月15日 |
| 国际分类 | 42 |
| 申请人名称（中文） | 北京惠轲互联科技有限公司 |
| 申请人名称（英文） | |
| 申请人地址（中文） | 北京市海淀区上地十街1号院4号楼18层1815B |
| 申请人地址（英文） | |
| 初审公告期号 | 1753 |
| 注册公告期号 | 1765 |
| 是否共有商标 | 否 |
| 初审公告日期 | 2021年07月27日 |
| 注册公告日期 | 2021年10月28日 |
| 商标类型 | 一般 |
| 专用权期限 | 2021年10月28日 至 2031年10月27日 |
| 商标形式 | |
| 国际注册日期 | |
| 后期指定日期 | |
| 优先权日期 | |
| 代理/办理机构 | |
| 商标流程 | [点击查看](#) |
| 商标状态图标 | LIVE/REGISTRATION/Published for Opposition 注册公告 |

仅供参考，不具有法律效力

打印   错误信息反馈

版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768

政府网站 找错