# EXHIBIT 15

 启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 | 企业名、人名、品牌 搜索 | (https://www.qixin.com/user/home/center)

| 企业概况 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 关联关系 (/related/f886e4e8-...) | 风险信息 (/risk/f886e4e8-3ae7-...) | 经营预警 (/warn/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 经营信息 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 知识产权 | 历史信息 (/history/... |

# 北京鑫享泰克科技服务有限公司 去认证

存续 奇骏集团 有限责任公司 小微企业

🛡 自身风险 4条 › (/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

法定代表人：宋东霞 (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e)   关联企业1家 › (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=relate-sum)

统一社会信用代码：91110105MA04BC3X2A

电话：-    邮箱：-

地址：北京市朝阳区利泽东园308号8层8522   查看详情   附近企业 (/app/map-search?ename=北京鑫享泰克科技服务有限公司)

| 财产线索 HOT 线索数量 0 | 司法解析 NEW 涉及案件 (/judiciary-analysis/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 合同违约 NEW 合作风险等级L1 低风险 (/contract/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 集团：奇骏集团 集团成员 9 |

🔥 新闻热点：   暂无数据    发票抬头   分享企业

启信风险   风险等级 中   自身风险 4   关联企业 1   关联风险 5   查看详情   (/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

企业动态   2021-10-08 移出经营异常，2021-10-...   更多

| 启信图谱 | 工商信息 | 主要股东 1 | 主要人员 2 | 对外投资 | 核心团队 | 变更记录 4 | 社保人数 | 工资分布 | 同业分析 | 企业年报 |
| 竞品信息 | 品牌产品 | 注销备案 |

## 启信图谱

 企业图谱     股权结构     十大受益人     关联方认定图     集团图谱     疑似实控人     关联关系    

## 工商信息    历史工商信息 › (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=icinfo)

| 法定代表人 | 宋 | 宋东霞 (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 关联企业1家 › (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=relate-sum) | 经营状态 | 存续（在营、开业、在册） |
| 注册资本 | 1000 万人民币 | | 实缴资本 | - |
| 统一社会信用代码 | 91110105MA04BC3X2A | | 纳税人识别号 | 91110105MA04BC3X2A |
| 工商注册号 | 110105031211138 | | 组织机构代码 | MA04BC3X2 |
| 进出口企业代码 | - | | 海关注册编码 | - |

  

| 企业概况 | 关联关系 1 | 司法涉诉 | 经营预警 1 | 经营信息 5 | 知识产权 | 历史信息 |
|---|---|---|---|---|---|---|
| 企业类型 | 有限责任公司(法人独资) | | | 营业期限 | 2021-06-07 - - | |
| 登记机关 | 北京市朝阳区市场监督管理局 | | | 核准日期 | 2022-03-31 | |
| 注册地址 | 北京市朝阳区利泽东园308号8层8522   查看地图 | | | | | |
| 经营范围 | 技术服务、技术开发、技术咨询、技术转让、技术推广；软件开发；经济贸易咨询；设计、制作、代理、发布广告；企业策划；会议服务；承办展览…销售汽车配件、计算机、软件及辅助设备、汽车配件、汽车装饰、润滑油、五金交电；计算机系统服务；汽车租赁；商务代理；代驾服务；企业管理…经济咨询；市场营销策划；汽车救援、拖车、清障服务；普通货物道路货物运输（仅限使用清洁能源、新能源车辆）；保险代理业务。（市场主体依…经营项目，开展经营活动；普通货物道路货物运输（仅限使用清洁能源、新能源车辆）、保险代理业务以及依法须经批准的项目，经相关部门批准后…容开展经营活动；不得从事国家和本市产业政策禁止和限制类项目的经营活动。） | | | | | |

更新时间：2022-04-02    来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要股东  1   查看股权结构▸ (/chart/equity-structure/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出… |
|---|---|---|---|---|---|
| 1 | 上 上海尊方数据科技有限公司 (/company/5fd4b357-486b-41e8-91e7-8ed6b555d137) | 100% | 1000万元人民币 | - | |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要人员  2   历史主要人员(1)▸ (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=employees)

| 序号 | 姓名 | 职务 |
|---|---|---|
| 1 | 宋 宋东霞 (https://www.qixin.com/name-detail/9cfc2409a0410195e10e9a680a88656c)<br>关联企业1家 ▸ (/name-detail/9cfc2409a0410195e10e9a680a88656c)<br>受益所有人 | 执行董事,经理,财务负责人 |
| 2 | 徐 徐彬 (https://www.qixin.com/name-detail/686f1e667538c39ef69d712ec4b74733)<br>关联企业11家 ▸ (/name-detail/686f1e667538c39ef69d712ec4b74733) | 监事 |

## 变更记录  4

| 序号 | 变更日期 | 变更事项 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2022-02-23 | 住所 | 北京市丰台区广安路9号院4号楼14层1402 | 北京市朝阳区利泽东园308号8层8522 |
| 2 | 2021-09-22 | 住所 | 北京市朝阳区林萃路9号院3号楼1层商业13内04 | 北京市丰台区广安路9号院4号楼14层1402 |





启信宝 (https://www.qixin.com/)
官方备案企业征信机构
人民数据官方合作伙伴
企业名、人名、品牌    搜索
(https://www.qixin.com/user/home/center)

| | | | | |
|---|---|---|---|---|
| 企业概况 (/company/f886e4e8-... | 关联关系 1 (/related/f886e4e8-... | 司法涉诉 (/risk/f886e4e8-3ae7-... | 经营预警 1 (/warn/f886e4e8-... | 经营信息 5 (/operation/f886e4e8-... | 知识产权 | 历史信... (/history/f... |

| | 变更日期 | | 变更前 | 变更后 |
|---|---|---|---|---|
| | 5 | 经营范围 | 技术服务、技术开发、技术咨询、技术转让、技术推广<br>软件开发<br>经济贸易咨询<br>设计、制作、代理、发布广告<br>企业策划<br>会议服务<br>承办展览展示活动<br>销售汽车配件、计算机、软件及辅助设备、汽车配件、汽车装饰、润滑油、五金交电<br>计算机系统服务<br>汽车租赁<br>商务代理<br>代驾服务<br>企业管理咨询<br>社会经济咨询<br>市场营销策划<br>普通货物道路货物运输(仅限使用清洁能源、新能源车辆)。(市场主体依法自主选择经营项目,开展经营活动<br>普通货物道路货物运输(仅限使用清洁能源、新能源车辆)以及依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动<br>不得从事国家和本市产业政策禁止和限制类项目的经营活动。) | 技术服务、技术开发、技术咨询、技术转让、技术推广<br>软件开发<br>经济贸易咨询<br>设计、制作、代理、发布广告<br>企业策划<br>会议服务<br>承办展览展示活动<br>销售汽车配件、计算机、软件及辅助设备、汽车装饰、润滑油、五金交电<br>计算机系统服务<br>汽车租赁<br>商务代理<br>代驾服务<br>企业管理咨询<br>社会经济咨询<br>市场营销策划<br>汽车救援、拖车、清障服务<br>普通货物道路货物运输(仅限使用清洁能源、新能源车辆)<br>保险代理业务。(市场主体依法自主选择经营项目,开展经营活动<br>普通货物道路货物运输(仅限使用清洁能源、新能源车辆)、保险代理业务以及依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动<br>不得从事国家和本市产业政策禁止和限制类项目的经营活动。) |
| 4 | 2021-07-30 | 经营范围 | 技术服务、技术开发、技术咨询、技术转让、技术推广<br>软件开发<br>经济贸易咨询<br>设计、制作、代理、发布广告<br>企业策划<br>会议服务<br>承办展览展示活动<br>销售汽车配件、计算机、软件及辅助设备<br>计算机系统服务<br>汽车租赁。(市场主体依法自主选择经营项目,开展经营活动<br>汽车租赁以及依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动<br>不得从事国家和本市产业政策禁止和限制类项目的经营活动。) | 技术服务、技术开发、技术咨询、技术转让<br>软件开发<br>经济贸易咨询<br>设计、制作、代理、发布广告<br>企业策划<br>会议服务<br>承办展览展示活动<br>销售汽车配件、计算机、软件及辅助设备、汽车装饰、润滑油、五金交电<br>计算机系统服务<br>汽车租赁<br>商务代理<br>代驾服务<br>企业管理咨询<br>社会经济咨询<br>市场营销策划<br>普通货物道路货物运输(仅限使用清洁能源、辆)。(市场主体依法自主选择经营项目,开展<br>普通货物道路货物运输(仅限使用清洁能源、辆)以及依法须经批准的项目,经相关部门批的内容开展经营活动<br>不得从事国家和本市产业政策禁止和限制类活动。) |

来源:国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 社保人数




启信宝 (https://www.qixin.com/)   官方备案企业征信机构 人民数据官方合作伙伴   企业名、人名、品牌  搜索   (https://www.qixin.com/user/home/center)

| 企业概况 (/company/f886e4e8-) | 关联关系 1 (/related/f886e4e8-) | 司法涉诉 (/risk/f886e4e8-3ae7-) | 经营预警 1 (/warn/f886e4e8-) | 经营信息 5 (/operation/f886e4e8-) | 知识产权 | 历史信息 (/history/f8) |

暂无数据

### 工资分布

暂无数据

### 同业分析

| 注册资本（全国） | 该企业注册资本1000万人民币，属于商务服务业。注册资本方面，在全国同行企业中，表现优秀。 |
| 注册资本（同省） | |
| 同行地位（全国） | |
| 同行地位（同省） | |
| 进入市场时期（全国） | |
| 进入市场时期（同省） | |
| 同行地域分布（全国） | |
| 同行资金分布（全国） | |



中等 / 偏低 / 优秀 / 全国范围内

小程序 / APP / 微信 / 反馈 / 在线咨询 / 置顶

### 全部维度

| 企业概况 | 启信图谱 | 工商信息 | 主要股东 1 | 主要人员 2 | 对外投资 | 核心团队 | 变更记录 4 | 社保人数 | 工 |

| 企业概况 | 关联关系 1 | 融资信息 | 司法涉诉 | 竞品信息 | 经营预警 品牌产品 | 经营信息 5 | 知识产权 | 历史信息 |
|---|---|---|---|---|---|---|---|---|
| 关联关系 | 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 | 实际控制企业 | 控股企业 | 竞争对手 | |
| 司法涉诉 | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 | 债务分析 | 行政处罚 | 环保处罚 | 经营异常 1 | 税务异常 强制清算 | 严重违法失信 破产案件 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 | 土地信息 招投标 1 债券信息 税务资质 1 多证合一 1 | 抽查检查 新闻舆情 招聘信息 授信额度 | 进出口信息 供应链 招聘信息 信用评级 微 | 排 |
| | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 | 商标信息 | 专利信息 | 著作权 | 资质认证 | 标准制定 | | | |
| 历史信息 | 工商信息 历史股东 | 主要股东 | 历史高管 1 | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | |

### 推荐企业

| 招商局集团有限公司 | 中国蓝田总公司 | 中国中信有限公司 | 中国石油天然气 |
|---|---|---|---|
| 金融 地产、物业 | 存续（在营、开业、在册） | 原油 煤炭和铝 | 昆仑润滑油、脂、... |
| 热搜企业 | 热搜企业 | 热搜企业 | 热搜企业 |

| 北京字节跳动网络技术有... | 中央汇金资产管理有限责... | 安基（BVI）有限公司 | 中国机械工业集... |
|---|---|---|---|
| 抖音 激萌 北京 | | 存续（在营、开业、在册） | 仍注册 | 存续（在营、开业 |



启信宝 (https://www.qixin.com/)  热搜企业  官方备案企业征信机构 人民数据官方合作伙伴  热搜企业  企业名、人名、品牌  搜索  热搜企业 (https://www.qixin.com/user/home/center)  热搜企业

| 企业概况 | 关联关系 1 | 司法涉诉 | 经营预警 1 | 经营信息 5 | 知识产权 | 历史信息 |

专注人工智能领域15年

### 快速导航

- 地区导航
- 品牌名录
- 关系查询
- 姓氏大全
- 行业导航
- 企业查询 (key=小米&page=1)
- 空壳查询
- 企业版 (from=index)
- 热门搜索 (top.qixin.com/)
- 老板查询 (shareholder/e99bb7e5869b/)
- 招标查询
- 税号查询
- 人员名录
- 商标查询 (people-top.com? trackFrom=home-bottom-trademark)
- 批量查询
- 老赖查询
- 年报查询
- 融资查询 (financing)

### 关于启信宝

- 关于我们
- 隐私政策 (privacy)
- 常见问题
- 儿童隐私 (child-privacy)
- 意见反馈
- 服务协议 (terms)

### 联系方式

- 在线咨询
- 企业邮箱： kefu@qixin.com
- 客服电话： 400-8286-855
- 工作时间： 周一至周五： 9:30-19:00


扫码下载APP


启信

---

数据来源： 全国企业信用信息公示系统  国家知识产权局  商标局  版权局

友情链接： 合合信息 (https://www.intsig.com)  名片全能王 (https://www.camcard.com)  扫描全能王 (https://www.camscanner.com)  国务院发展研究中心信息网 (http://www.drcnet.com.cn)  蝉大师 (https://chandashi.com/)  权大师 (https://www.quandashi.com/)  中国比地招标网 (http://www.bidizhaobiao.com/)  网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)  建设招标网 (https://www.jszhaobiao.com/)  蔚蓝地图 (https://www.ipe.org.cn)  洞见研报 (https://www.djyanbao.com/)  猪八戒网 (https://www.zbj...)  程序商城系统 (https://www.youzan.com)

---

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)  上海生腾数据科技有限公司，版权所有©2014 - 2022  沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址： 上海市静安区万荣路1268号云立方A座11层

不良信息举报电话： 400-8286-855  举报邮箱： kefu@qixin.com (mailto:kefu@qixin.com)


(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15...)

(http://www.s...)


小程序


APP

微信

反馈


在线咨询


置顶



企业主页 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e)
品牌主页 (/verified/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

鑫享泰克

浏览:256

# 北京鑫享泰克科技服务有限公司

去认证

下载报告 关注

存续 奇骏集团 有限责任公司 小微企业

自身风险 4条 (/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

法定代表人：宋东霞 (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 关联企业1家 > (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=relate-sum)

统一社会信用代码：91110105MA04BC3X2A

电话：-

邮箱：-

地址：北京市朝阳区利泽东园308号8层8522 查看详情 附近企业 (/app/map-search?ename=北京鑫享泰克科技服务有限公司)

财产线索 HOT 线索数量 0

司法解析 NEW 涉及案件

合同违约 NEW 合作风险等级L1 低风险

集团：奇骏集团 集团成员 9

(/judiciary-analysis/f886e4e8-3ae7-44ab-8e35-79521fa7000e) (/credit/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

新闻热点： 暂无数据

发票抬头 分享企业

启信风险

| 风险等级 | 自身风险 | 关联企业 | 关联风险 |
|---|---|---|---|
| 中 | 4 | 1 | 5 |

(/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 查看详情

企业动态 2021-10-08 移出经营异常，2021-10-... 更多

债务分析 行政处罚 环保处罚 经营异常 1 税务异常 严重违法失信 违法违规建设 司法拍卖 清算信息 强制清算 破产案件

## 债务分析

债务分析

成为SVIP会员，不限量查看企业及其关联方的负债总额、类型、明细及同业内的负债水平

| 1年SVIP服务 | 2年SVIP服务 | 3年SVIP服务 |
|---|---|---|
| ¥1600 | ¥3200 | ¥3200 |
| 低至4.4元/天 | 低至4.4元/天 | 低至2.9元/天 |

限时优惠 - ¥350.0

立即开通

支付后可开发票

小程序
APP
微信
反馈
在线咨询
置顶

## 经营异常 1

| 序号 | 列入日期 | 做出决定机关 | 列入经营异常名录原因 | 移出日期 | 移出经营异常名录原因 |
|---|---|---|---|---|---|
| 1 | 2021-09-14 | 北京市朝阳区市场监督管理局 | 通过登记的住所或者经营场所无法联系的 | 2021-10-08 | 列入经营异常名录3年内且依照《经营理办法》第九条规定被列入经营异常名依法办理住所或者经营场所变更登记所 |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

### 全部维度

| 企业概况 | 启信图谱 | 工商信息 | 主要股东 1 | 主要人员 2 | 对外投资 | 核心团队 | 变更记录 4 | 社保人数 | |
|---|---|---|---|---|---|---|---|---|---|
| | 同业分析 | 企业年报 | 融资信息 | 竞品信息 | 品牌产品 | 注销备案 | | | |
| 关联关系 | 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 | 实际控制企业 | 控股企业 | 竞争对手 | | |
| 司法涉诉 | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行人 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | |
| 经营预警 | 债务分析 | 行政处罚 | 环保处罚 | 经营异常 1 | 税务异常 强制清算 | 严重违法失信 破产案件 | 违法违规建设 | 司法拍卖 | |
| 经营信息 | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 土地信息 招投标 1 债券信息 税务资质 1 多证合一 1 | | 抽查检查 新闻舆情 | 进出口信息 供应链 招聘信息 信用评级 授信额度 | |

启信宝 (https://www.qixin.com/)  双随机抽查  电信许可  政府奖励项目  官方备案企业征信机构  人民数据官方合作伙伴  企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

| 企业概况 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 知识产权 商标信息 (/brand/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 关联关系 1 (/related/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 专利信息 | 著作权 司法涉诉 (/risk/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 资质证书 | 招投标 经营预警 1 (/warn/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 经营信息 5 (/operation/f886e4e8-...) | 知识产权 | 历史信息 (/history/f...) |

| 历史信息 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 工商信息 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 主要股东 | 历史高管 1 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失... 排污... |

👍 推荐企业

|  山东未名生物医药股份有... 乙醇  无水  亚磷酸  🔗 热搜企业 |  广东豪美新材股份有限公... 厂家铝型材销售  🔗 热搜企业 |  中国通用技术（集团）控... 地产  医药  车辆  🔗 热搜企业 |  京东方科技集团... 传感器  物联网  🔗 热搜企业 |

|  上海寻梦信息技术有限公... 团购  电商  拼团  🔗 热搜企业 |  中国航天科工集团有限公... 存续（在营、开业、在册）  🔗 热搜企业 |  中国平安财产保险股份有... 财产保险  平安综合金融  🔗 热搜企业 |  中国中信有限公... 原油  煤炭和铝  🔗 热搜企业 |



专注人工智能领域15年

**快速导航**

| 地区导航 (https://www.qixin.com/city-nav/) | 品牌名录 (https://www.qixin.com/brand-nav/) | 关系查询 (https://www.qixin.com/relation) | 姓氏大全 (https://www.qixin.com/fiqixin/name-nav/) |
| 行业导航 (https://www.qixin.com/industry-nav/) | 常见问题 (https://www.qixin.com/questions) | 儿童隐私 (https://www.qixin.com/child-privacy) | |

| 企业查询 (https://www.qixin.com/?key=小米&page=1) | 空壳查询 (https://www.qixin.com/empty?brmj=0) | 企业版 (https://vip.qixin.com/?from=index) | 热门搜索 (http://top.qixin.com/) | 意见反馈 服务协议 (https://www.qixin.com/terms) 老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/) |

| 招标查询 (https://zhaobiao.qixin.com/) | 税号查询 (https://www.qixin.com/tax-number) | 人员名录 (https://www.qixin.com/people-nav/) | 商标查询 (https://www.qixin.com/people-top.com?trackFrom=home-bottom-trademark) |

| 批量查询 (https://www.qixin.com/batch) | 老赖查询 (https://www.qixin.com/search/shixin) | 年报查询 (https://www.qixin.com/report) | 融资查询 (https://www.qixin.com/financing) |

**关于启信宝**

| 关于我们 (https://www.qixin.com/about) | 隐私政策 (https://www.qixin.com/privacy) |

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五  9:30-19:00

扫码下载APP    启信...



小程序
APP
微信
反馈
在线客...
置顶

数据来源：  全国企业信用信息公示系统    国家知识产权局    商标局    版权局
友情链接：  合合信息 (https://www.intsig.com/)    名片全能王 (https://www.camcard.com/)    扫描全能王 (https://www.camscanner.com/)    国务院发展研究中心信息网 (http://www.drcnet.com.cn/?reportNext=1&reportClass=2&harmType=2)    权大师 (https://www.quandashi.com/)    中国比地招标网 (http://www.bidizhaobiao.com/)    网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)    建设招标网 (https://www.jszhaobiao.com/)    蔚蓝地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com/)    猪八戒网 (https://www.zbj...)    程序商城系统 (https://www.youzan.com/)    (https://chandashi.com/)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据科技有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855    举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

启信宝 (https://www.qixin.com/)　官方备案企业征信机构 人民数据官方合作伙伴　(http://　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)

企业概况 (//company/f886e4e8-　关联关系 1 (//related/f886e4e8-　司法涉诉 (//risk/f886e4e8-3ae7-　经营预警 1 (//warn/f886e4e8-　经营信息 5 (//operation/f886e4e8-　知识产权　历史信息 (//history/f


小程序


APP


微信


反馈



在线咨询


置顶

