# EXHIBIT 16

工 业 和 信 息 化 部 政 务 服 务 平 台

# ICP/IP地址/域名信息备案管理系统

首页　　ICP备案查询　　短信核验　　违法违规域名查询　　电子化核验申请　　通知公告　　政策文件

| happysalers.com | 搜索 |

ICP备案查询 APP

全国咨询电话
**010-66411166**

## ICP备案主体信息

| ICP备案/许可证号： | 京ICP备19032182号 | 审核通过日期： | 2022-02-07 |
| --- | --- | --- | --- |
| 主办单位名称： | 北京惠轲互联科技有限公司 | 主办单位性质： | 企业 |

## ICP备案网站信息

| ICP备案/许可证号： | 京ICP备19032182号-1 | 网站域名： | happysalers.com |
| --- | --- | --- | --- |
| 网站前置审批项： | | | |

返回查询结果




主办单位：中华人民共和国工业和信息化部　　地址：中国北京西长安街13号　　邮编：100804
版权所有：中华人民共和国工业和信息化部　　网站标识码：bm07000001　　备案号：京ICP备 04000001号　　京公网安备 11040102700068号
建议您使用Chrome、Firefox、Edge、IE10等以上版本和360等主流浏览器浏览本网站