# EXHIBIT 17



备案查询

首页   公共查询   政策文件   通知公告   备案须知   政策解读   备案展厅

**联网备案信息**

为了保护网络信息安全，保障公民、法人和其他组织的合法权益，维护国家安全和社会公共利益，公安机关将备案网站的基本情况公布如下：

**网站基本情况**

| 网站名称 | 用心保 |
|---|---|
| 网站主域名 | happysalers.com |
| 开办主体 | 企业单位 |
| 网站类别 | 非交互式 |

**网站所有者基本情况**

| 开办者名称 | 北京惠轲互联科技有限公司 |
|---|---|
| 公安备案号 | 11010502048967 |
| 备案地公安机关 | 北京市朝阳驻区大队 |
| 联网备案时间 | 2022-02-25 |

您如果发现该网站在网络经营活动中存在违反国家法律、法规的经营行为，请登录网络违法犯罪举报网站进行举报。

邮箱：support@beian.gov.cn    邮编：100741    地址：北京市东长安街14号    网站标识码：bm09000026




Copyright 公安部网络安全保卫局 All Rights Reserved

京公网安备 11010102002019号    京ICP备05070602号

