UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO HANDAL and DONALD DOMINIQUE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>TENET FINTECH GROUP INC. F/K/A PEAK FINTECH GROUP INC., JOHNSON JOSEPH, and JEAN LANDREVILLE,<br><br>      Defendants. | Civil Action No. 1:21-cv-06461-PKC-RLM<br><br>Hon. Pamela K. Chen |

**MOTION TO WITHDRAW APPEARANCE OF KIRAN PATEL**

PLEASE TAKE NOTICE that Dentons US LLP hereby moves to withdraw the appearance of Kiran Patel as counsel for Defendants Tenet Fintech Group Inc., Johnson Joseph, and Jean Landreville in the above-captioned action.  Withdrawal is requested because Mr. Patel is leaving Dentons US LLP to begin a new position as an attorney for the United States government.  Tenet Fintech Group Inc., Johnson Joseph, and Jean Landreville will continue to be represented by Dentons US LLP, and no party will be prejudiced if this Motion is granted.

Dated: New York, New York
September 7, 2022

                                        Respectfully submitted,

                                        */s/ Douglas W. Henkin*
                                        Mr. Douglas W. Henkin
                                        Mr. Kiran Patel
                                        Mr. T. Carter White
                                        Ms. Alyssa J. Landow
                                        DENTONS US LLP
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone: (212) 768-6700
                                        Fax: (212) 768-6800
                                        douglas.henkin@dentons.com
                                        kiran.patel@dentons.com
                                        carter.white@dentons.com
                                        alyssa.landow@dentons.com

                                        *Counsel for Defendants Tenet Fintech Group Inc.,*
                                        *Johnson Joseph, and Jean Landreville*