# EXHIBIT 6



# 国家企业信用信息公示系统
## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 宜兴市亚东科技小额贷款有限公司 |
| **报告生成时间** | 2022/03/17 10:53:14 |
| **申请人邮箱** | |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

| | |
|---|---|
| 统一社会信用代码：91320282MA1WJ5QJ6H | 企业名称：宜兴市亚东科技小额贷款有限公司 |
| 类型：有限责任公司(自然人投资或控股) | 法定代表人：陈克龙 |
| 注册资本：10000 万 | 成立日期：2018年05月14日 |
| 营业期限自：2018年05月14日 | 营业期限至： |
| 登记机关：宜兴市市场监督管理局 | 核准日期：2018年05月14日 |
| 登记状态：存续（在营、开业、在册） | |

住所：宜兴经济技术开发区凯旋路北侧（化工园区）

经营范围：面向科技型中小微企业发放贷款、创业投资、提供融资性担保、开展金融机构业务代理以及经过监管部门批准的其他业务。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

### 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 陈克龙 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 周楚升 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 卓长盛 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 无锡市嘉骏珠宝商贸有限公司 | 企业法人营业执照(公司) | 913202020934610091Q | 企业法人 |
| 5 | 宜兴市朗逸环保科技有限公司 | 企业法人营业执照(公司) | 91320282064514289Q | 企业法人 |

### 主要人员信息

| 序 | | | 序 |
|---|---|---|---|

| 号 | 姓名 | 职位 | 号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 陈克龙 | **董事长** | 2 | 周楚升 | **董事** |
| 3 | 陈钦泽 | 监事 | 4 | 卓长盛 | 总经理 |
| 5 | 卓长盛 | **董事** | | | |

▎分支机构信息

| 暂无分支机构信息 |
|---|

▎变更信息

| 暂无变更信息 |
|---|

▎清算信息

| 暂无清算信息 |
|---|

▎行政许可信息

| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 |
|---|---|---|---|---|---|---|
| 1 | | | 2020年03月26日 | 2099年12月31日 | 国家税务总局宜兴市税务局 | 批准最高开票限额十万元 |

▎行政处罚信息

| 暂无行政处罚信息 |
|---|

▎经营异常信息

| 暂无经营异常信息 |
|---|

▎严重违法信息

| 暂无严重违法信息 |
|---|

▎抽查检查信息

| 暂无抽查检查信息 |
|---|

## 司法协助信息

| 序号 | 被执行人 | 股权数额 | 执行法院 | 执行通知书文号 | 类型\|状态 |
|---|---|---|---|---|---|
| 1 | 宜兴市朗逸环保科技有限公司 | 3500 | 江苏省宜兴市人民法院 | | 股权冻结\|解除冻结 |

## 动产抵押登记信息

暂无动产抵押登记信息

## 股权出质登记信息

暂无股权出质登记信息

## 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

### 股东及出资信息

暂无股东及出资信息

### 股权变更信息

暂无股权变更信息

### 行政许可信息

暂无行政许可信息

### 知识产权出质登记信息

暂无知识产权出质登记信息

### 行政处罚信息

暂无行政处罚信息

### 2020年度报告

-

## 基本信息

| | |
|---|---|
| 统一社会信用代码/注册号：91320282MA1WJ5QJ6H | 企业名称：宜兴市亚东科技小额贷款有限公司 |
| 企业通信地址：宜兴经济技术开发区凯旋路北侧（化工园区） | 邮政编码：214000 |
| 企业联系电话：0510-81080888 | 企业电子邮箱：503210547@qq.com |
| 从业人数：企业选择不公示 | 其中女性从业人数：企业选择不公示 |
| 企业经营状态：开业 | 企业控股情况：企业选择不公示 |
| 是否有投资信息或购买其他公司股权：否 | 是否有网站或网店：否 |
| 是否有对外担保信息：否 | 有限责任公司本年度是否发生股东股权转让：否 |

企业主营业务活动：面向科技型中小微企业发放贷款、创业投资、提供融资性担保、开展金融机构业务代理以及经过监管部门批准的其他业务

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 卓长盛 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 2 | 陈克龙 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 3 | 无锡市嘉骏珠宝商贸有限公司 | 2000 | 2018年04月24日 | 货币 | 2000 | 2018年04月24日 | 货币 |
| 4 | 周楚升 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |

| 5 | 宜兴市朗逸环保科技有限公司 | 3500 | 2018年04月24日 | 货币 | 3500 | 2018年04月24日 | 货币 |

## 对外投资信息

| 暂无对外投资信息 |
|---|

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 9人 | | 失业保险 | 9人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 9人 | | 工伤保险 | 9人 |
| 生育保险 | 9人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | | |
| | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 | | |

| | | |
|---|---|---|
| 本期实际缴费金额 | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2019年度报告

### 基本信息

**统一社会信用代码/注册号：** 91320282MA1WJ5QJ6H   **企业名称：** 宜兴市亚东科技小额贷款有限公司

**企业通信地址：** 宜兴经济开发区凯旋路北侧（化工   **邮政编码：** 214000

园区）

| | |
|---|---|
| 企业联系电话：0510-81080888 | 企业电子邮箱：tangll@163.com |
| 从业人数：企业选择不公示 | 其中女性从业人数：企业选择不公示 |
| 企业经营状态：开业 | 企业控股情况：企业选择不公示 |
| 是否有投资信息或购买其他公司股权：否 | 是否有网站或网店：否 |
| 是否有对外担保信息：否 | 有限责任公司本年度是否发生股东股权转让：否 |

企业主营业务活动：面向科技型中小微企业发放贷款、创业投资、提供融资性担保、开展金融机构业务代理以及经过监管部门批准的其他业务

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 卓长盛 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 2 | 周楚升 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 3 | 宜兴市朗逸环保科技有限公司 | 3500 | 2018年04月24日 | 货币 | 3500 | 2018年04月24日 | 货币 |
| 4 | 陈克龙 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 5 | 无锡市嘉骏珠宝商贸有限公司 | 2000 | 2018年04月24日 | 货币 | 2000 | 2018年04月24日 | 货币 |

## 对外投资信息

| 暂无对外投资信息 |
| --- |

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| --- | --- | --- | --- |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 35 人 | 失业保险 | 35 人 |
| --- | --- | --- | --- |
| 职工基本医疗保险 | 35 人 | 工伤保险 | 35 人 |
| 生育保险 | 35 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | | 企业选择不公示 |

| | | |
|---|---|---|
| 单位缴费基数 | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2018年度报告

### 基本信息

**统一社会信用代码/注册号：** 91320282MA1WJ5QJ6H  
**企业名称：** 宜兴市亚东科技小额贷款有限公司

**企业通信地址：** 宜兴经济开发区凯旋路北侧（化工园区）  
**邮政编码：** 214000

**企业联系电话：** 0510-81080888  
**企业电子邮箱：** tangll@163.com

**从业人数：** 企业选择不公示  
**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业  
**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权**：否   **是否有网站或网店**：否

**是否有对外担保信息**：否   **有限责任公司本年度是否发生股东股权转让**：否

**企业主营业务活动**：面向科技型中小微企业发放贷款、创业投资、提供融资性担保、开展金融机构业务代理以及经过监管部门批准的其他业务

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 陈克龙 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 2 | 宜兴市朗逸环保科技有限公司 | 3500 | 2018年04月24日 | 货币 | 3500 | 2018年04月24日 | 货币 |
| 3 | 卓长盛 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |
| 4 | 无锡市嘉骏珠宝商贸有限公司 | 2000 | 2018年04月24日 | 货币 | 2000 | 2018年04月24日 | 货币 |
| 5 | 周楚升 | 1500 | 2018年04月24日 | 货币 | 1500 | 2018年04月24日 | 货币 |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 46 人 | 失业保险 | 46 人 |
| 职工基本医疗保险 | 46 人 | 工伤保险 | 46 人 |
| 生育保险 | 46 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计 | |

| 单位缴费基数 | 欠缴金额 | 企业选择不公示 |
| --- | --- | --- |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息