# EXHIBIT 7

 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌 搜索

(https://www.qixin.com/user/home/center)

首页 (/) / 无锡企业查询 (/search-prov/32/3202) / 江苏玖东实业发展有限公司 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)

(/company/1e727c13-cf7e-40bf-9229-991fe7716ce5) 企业主页
(/verified/1e727c13-cf7e-40bf-9229-991fe7716ce5) 品牌主页

浏览:3532

# 江苏玖东实业发展有限公司

去认证

下载报告 关注

存续 有限责任公司 曾用名 自身风险 7条 (/risk-self/1e727c13-cf7e-40bf-9229-991fe7716ce5)

司法案件 (/risk/1e727c13-cf7e-40bf-9229-991fe7716ce5?section=judicialCase)

#车辆贷款 | #车辆抵押贷款

法定代表人：陈克龙 (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5) 关联企业5家 > (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5?section=relate-sum)

统一社会信用代码：91320200398396569P

邮箱：yanshai8942@sina.com (mailto:yanshai8942@sina.com) 更多(2)

电话：0510-81080888 更多(2) 同电话企业(2)

地址：无锡市梁溪区昇平巷28-902 查看详情 附近企业 (/app/map-search?ename=江苏玖东实业发展有限公司)

财产线索 HOT 线索数量 4

司法解析 NEW 涉及案件

合同违约 NEW 合作风险等级L1 低风险

股东信息：陈克 持股比例 35% 关

(/judiciary-analysis/1e727c13-cf7e-40bf-9229-991fe7716ce5) (/search-relation/1e727c13-cf7e-40bf-9229-991fe7716ce5)

新闻热点： 暂无数据

发票抬头 分享企业

启信风险

| 风险等级 | 自身风险 | 关联企业 | 关联风险 |
|---|---|---|---|
| 中 | 7 | 0 | 0 |

(/risk-self/1e727c13-cf7e-40bf-9229-991fe7716ce5) 查看详情

企业动态 2021-02-10 受益所有人变更，周楚升... 更多

企业概况 (/company/1e727c13- | 关联关系 2 (/related/1e727c13- | 司法涉诉 4 (/risk/1e727c13-cf7e- | 经营预警 2 (/warn/1e727c13- | 经营信息 7 (/operation/1e727c13- | 知识产权 2 (/ability/1e727c13- | 历史信 (/history/1

启信图谱 | 工商信息 | 主要股东 6 | 主要人员 8 | 对外投资 | 核心团队 | 变更记录 6 | 社保人数 | 工资分布 | 同业分析 | 企业年报 7 | 竞品信息 | 品牌产品 | 注销备案

## 启信图谱

企业图谱

股权结构

十大受益人

关联方认定图

集团图谱

疑似实控人

关联关系

股权

小程序 APP 微信 反馈 在线咨询 置顶

## 工商信息

历史工商信息 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5?section=icinfo)

| | | | |
|---|---|---|---|
| 法定代表人 | 陈 陈克龙 (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5) 关联企业5家 > (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5?section=relate-sum) | 经营状态 | 存续（在营、开业、在册） |
| 注册资本 | 6000 万人民币 | 实缴资本 | 6000 万人民币 |
| 统一社会信用代码 | 91320200398396569P | 纳税人识别号 | 91320200398396569P |
| 工商注册号 | 320200000217670 | 组织机构代码 | 398396569 |

启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

| 进出口企业代码 | | | |
|---|---|---|---|
| 英文名 | - | 历史名称 | 江苏玖东投资管理有限公司 |
| 所属行业 | 商务服务业 ⓘ | 成立日期 | 2014-08-13 |
| 企业类型 | 有限责任公司(自然人投资或控股) | 营业期限 | 2014-08-13 - - |
| 登记机关 | 无锡市梁溪区行政审批局 | 核准日期 | 2021-02-02 |
| 注册地址 | 无锡市梁溪区昇平巷28-902 查看地图 | | |
| 经营范围 | 一般项目：企业管理；城市绿化管理；园林绿化工程施工；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；珠宝首饰批发；珠 信息咨询服务（不含许可类信息咨询服务）；组织文化艺术交流活动；企业形象策划；市场营销策划；广告设计、代理；广告制作；广告发布（非 视台、报刊出版单位）；会议及展览服务；汽车租赁；汽车新车销售；汽车零配件批发；摩托车及零配件批发；平面设计；服装服饰批发；服装服 辅料销售；母婴用品销售；针纺织品及原料销售；互联网销售（除销售需要许可的商品）；服饰研发；日用百货销售；品牌管理；家居用品销售；办 售；体育用品及器材批发；体育用品及器材零售；日用口罩（非医用）销售（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） | | |

更新时间：2022-04-05 来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要股东 6

历史主要股东(1) ▸ (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5?section=partners)
查看股权结构 ▸ (/chart/equity-structure/1e727c13-cf7e-40bf-9229-991fe7716ce5)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|
| 1 | 陈 陈克龙 (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业4家 > (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5) 大股东 疑似实控人 受益所有人 | 35% | 2100万元人民币 | 2100万元人民币 | |
| 2 | 陈 陈钦泽 (/shareholder/e99988e992a6e6b3bd/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业4家 > (/shareholder/e99988e992a6e6b3bd/1e727c13-cf7e-40bf-9229-991fe7716ce5) | 15% | 900万元人民币 | 900万元人民币 | |
| 3 | 廖 廖创南 (/shareholder/e5bb96e5889be58d97/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业2家 > (/shareholder/e5bb96e5889be58d97/1e727c13-cf7e-40bf-9229-991fe7716ce5) | 15% | 900万元人民币 | 900万元人民币 | |
| 4 | 卓 卓长盛 (/shareholder/e58d93e995bfe79b9b/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业7家 > (/shareholder/e58d93e995bfe79b9b/1e727c13-cf7e-40bf-9229-991fe7716ce5) | 15% | 900万元人民币 | 900万元人民币 | |
| 5 | 周 周楚升 (/shareholder/e591a8e6a59ae58d87/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业7家 > (/shareholder/e591a8e6a59ae58d87/1e727c13-cf7e-40bf-9229-991fe7716ce5) | 10% | 600万元人民币 | 600万元人民币 | |

小程序 APP 微信 反馈 在线咨询 置顶

### 工商公示(6)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|


| 序号 | | 发起人/股东 | 出 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|
| 1 | 陈 | 陈克龙 (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业4家 > (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5) 疑似实控人 受益所有人 | - | - | - |
| 2 | 陈 | 陈钦泽 (/shareholder/e99988e992a6e6b3bd/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业4家 > (/shareholder/e99988e992a6e6b3bd/1e727c13-cf7e-40bf-9229-991fe7716ce5) | - | - | - |
| 3 | 卓 | 卓长盛 (/shareholder/e58d93e995bfe79b9b/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业7家 > (/shareholder/e58d93e995bfe79b9b/1e727c13-cf7e-40bf-9229-991fe7716ce5) | - | - | - |
| 4 | 廖 | 廖创南 (/shareholder/e5bb96e5889be58d97/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业2家 > (/shareholder/e5bb96e5889be58d97/1e727c13-cf7e-40bf-9229-991fe7716ce5) | - | - | - |
| 5 | 周 | 周楚升 (/shareholder/e591a8e6a59ae58d87/1e727c13-cf7e-40bf-9229-991fe7716ce5) 投资企业7家 > (/shareholder/e591a8e6a59ae58d87/1e727c13-cf7e-40bf-9229-991fe7716ce5) | - | - | - |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

«

## 主要人员 8

| 序号 | | 姓名 | 职务 | 扌 |
|---|---|---|---|---|
| 1 | 陈 | 陈克龙 (https://www.qixin.com/name-detail/17848aa6c3f8586e89728ac28f072fa7) 关联企业5家 > (/name-detail/17848aa6c3f8586e89728ac28f072fa7) 大股东 疑似实控人 受益所有人 | 总经理,董事长 | 3 |
| 2 | 赵 | 赵淑章 (https://www.qixin.com/name-detail/025265d838a1b04da249df7eae914dba) 关联企业11家 > (/name-detail/025265d838a1b04da249df7eae914dba) | 董事 | - |
| 3 | 周 | 周楚升 (https://www.qixin.com/name-detail/4698b0f1c7143685fa23e757352eb13c) 关联企业10家 > (/name-detail/4698b0f1c7143685fa23e757352eb13c) | 董事 | 1 |
| 4 | 廖 | 廖创南 (https://www.qixin.com/name-detail/7f452f75beb9f432a33894226cd4bbe7) 关联企业2家 > (/name-detail/7f452f75beb9f432a33894226cd4bbe7) | 董事 | 1 |
| 5 | 卓 | 卓长盛 (https://www.qixin.com/name-detail/190372998c7743c90bb5571e2b0cc143) 关联企业10家 > (/name-detail/190372998c7743c90bb5571e2b0cc143) | 董事 | 1 |

小程序 APP 微信 反馈 在线咨询 置顶

## 变更记录 6

启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

| 序号 | 变更日期 | | | 变更后 |
|---|---|---|---|---|
| 1 | 2021-02-02 | 投资人变更(包括出资额、出资方式、出资日期、投资人名称等) | 卓长盛 (/shareholder/e58d93e995bfe79b9b/1e727c13-cf7e-40bf-9229-991fe7716ce5)<br>吴少廷 (/shareholder/e590b4e5b091e5bbb7/1e727c13-cf7e-40bf-9229-991fe7716ce5)<br>周楚升 (/shareholder/e591a8e6a59ae58d87/1e727c13-cf7e-40bf-9229-991fe7716ce5)<br>廖创南 (/shareholder/e5bb96e5889be58d97/1e727c13-cf7e-40bf-9229-991fe7716ce5)<br>陈克龙 (/shareholder/e99988e5858be9be99/1e727c13-cf7e-40bf-9229-991fe7716ce5)<br>陈钦泽 (/shareholder/e99988e992a6e6b3bd/1e727c13-cf7e-40bf-9229-991fe7716ce5)<br>~~赵淑章 (/shareholder/e8b5b5e6b791e7aba0/1e727c13-cf7e-40bf-9229-991fe7716ce5)~~【退出】 | 卓长盛 (/shareholder/e58d93e995bfe79<br>13-cf7e-40bf-9229-991fe7716ce5)<br>吴少廷 (/shareholder/e590b4e5b091e5b<br>c13-cf7e-40bf-9229-991fe7716ce5)<br>周楚升 (/shareholder/e591a8e6a59ae58<br>13-cf7e-40bf-9229-991fe7716ce5)<br>廖创南 (/shareholder/e5bb96e5889be58<br>c13-cf7e-40bf-9229-991fe7716ce5)<br>陈克龙 (/shareholder/e99988e5858be9b<br>c13-cf7e-40bf-9229-991fe7716ce5)<br>陈钦泽 (/shareholder/e99988e992a6e6b<br>c13-cf7e-40bf-9229-991fe7716ce5) |
| 2 | 2020-08-20 | 经营范围变更(含业务范围变更) | 利用自有资产对外投资<br>贸易咨询服务<br>企业管理咨询服务<br>企业形象策划服务<br>计算机软硬件的技术开发、技术服务<br>珠宝首饰、工艺美术品、金属材料及制品、收藏品(不含文物)的销售。(依法须经批准的项目,经相关部门批准后方可开展经营活动) | 一般项目：企业管理<br>城市绿化管理<br>园林绿化工程施工<br>技术服务、技术开发、技术咨询、技术交流<br>让、技术推广<br>珠宝首饰批发<br>珠宝首饰零售<br>信息咨询服务(不含许可类信息咨询服务)<br>组织文化艺术交流活动<br>企业形象策划<br>市场营销策划<br>广告设计、代理<br>广告制作<br>广告发布(非广播电台、电视台、报刊出版单<br>会议及展览服务<br>汽车租赁<br>汽车新车销售<br>汽车零配件批发<br>摩托车及零配件批发<br>平面设计<br>服装服饰批发<br>服装服饰零售<br>服装辅料销售<br>母婴用品销售<br>针纺织品及原料销售<br>互联网销售(除销售需要许可的商品)<br>服饰研发<br>日用百货销售<br>品牌管理<br>家居用品销售<br>办公用品销售<br>体育用品及器材批发<br>体育用品及器材零售<br>日用口罩(非医用)销售(除依法须经批准的项<br>执照依法自主开展经营活动) |
| 3 | 2020-08-20 | 地址变更(住所地址、经营场所、驻在地址等变更) | 无锡市永和路6号15层05-06单元 | 无锡市梁溪区昇平巷28-902 |
| 4 | 2020-08-20 | 名称变更(字号名称、集团名称等) | 江苏玖东投资管理有限公司 | 江苏玖东实业发展有限公司 |

小程序
APP
微信
反馈
在线咨询

置顶





| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 5 | 2017-04-26 | 经营范围变更(含业务范围变更) | 利用自有资产对外投资<br>受托资产管理(不含国有资产)<br>投资咨询(不含证券、期货类)<br>贸易咨询服务<br>企业管理咨询服务<br>企业形象策划服务<br>提供非融资性担保服务<br>金融信息咨询服务<br>计算机软硬件的技术开发、技术服务。(依法须经批准的项目,经相关部门批准后方可开展经营活动) | 利用自有资产对外投资<br>贸易咨询服务<br>企业管理咨询服务<br>企业形象策划服务<br>计算机软硬件的技术开发、技术服务<br>珠宝首饰、工艺美术品、金属材料及制品、文物)的销售。(依法须经批准的项目,经相关方可开展经营活动) |
| 6 | 2017-04-26 | 注册资本变更(注册资金、资金数额等变更) | 1368.000000 | 6000.000000 |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 社保人数

社保人数：2人 (年限：2020)

## 工资分布

平均工资：12466/月

同业分析
启信宝 (https://www.qixin.com/)
官方备案企业征信机构
人民数据官方合作伙伴
企业名、人名、品牌 搜索
(https://www.qixin.com/user/home/center)
注册资本（全国）
注册资本（同省）
同行地位（全国）
同行地位（同省）
进入市场时期（全国）
进入市场时期（同省）
同行地域分布（全国）
同行资金分布（全国）
该企业注册资本6000 万人民币，属于商务服务业。注册资本方面，在全国同行企业中，表现优秀。
中等
偏低
优秀
全国范围内

## 企业年报 7

| 序号 | 报送年度 | 公示日期 | 操作 |
|---|---|---|---|
| 1 | 2020年度报告 | 2021-05-13 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2020) |
| 2 | 2019年度报告 | 2020-04-28 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2019) |
| 3 | 2018年度报告 | 2019-03-06 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2018) |
| 4 | 2017年度报告 | 2018-05-17 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2017) |
| 5 | 2016年度报告 | 2017-03-16 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2016) |
| 6 | 2015年度报告 | 2016-03-31 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2015) |
| 7 | 2014年度报告 | 2015-04-24 | 查看详情 (/report/1e727c13-cf7e-40bf-9229-991fe7716ce5/2014) |

**全部维度**

企业概况 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
启信图谱 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
工商信息 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
主要股东 6 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
主要人员 8 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
对外投资
核心团队
变更记录 6 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
社保人数 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
工
同业分析 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
企业年报 7 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
融资信息
竞品信息
品牌产品 (/company/1e727c13-cf7e-40bf-9229-991fe7716ce5)
注销备案

关联关系 (/related/1e727c13-cf7e-40bf-9229-991fe7716ce5)
关联企业 (/related/1e727c13-cf7e-40bf-9229-991fe7716ce5)
分支机构 1 (/related/1e727c13-cf7e-40bf-9229-991fe7716ce5)
疑似关系
受益所有人 1 (/related/1e727c13-cf7e-40bf-9229-991fe7716ce5)
实际控制企业
控股企业 (/related/1e727c13-cf7e-40bf-9229-991fe7716ce5)
竞争对手

司法涉诉 (/risk/1e727c13-cf7e-40bf-9229-991fe7716ce5)
司法案件 2 (/risk/1e727c13-cf7e-40bf-9229-991fe7716ce5)
法律文书 1 (/risk/1e727c13-cf7e-40bf-9229-991fe7716ce5)
被执行人
失信被执行
限制高消费
限制招投标
开庭公告 1 (/risk/1e727c13-cf7e-40bf-9229-991fe7716ce5)
法院公告
终本案件
询价评估
股权冻结
司法协助
立

经营预警 (/warn/1e727c13-cf7e-40bf-9229-991fe7716ce5)
债务分析 (/warn/1e727c13-cf7e-40bf-9229-991fe7716ce5)
行政处罚
环保处罚
经营异常 2 (/warn/1e727c13-cf7e-40bf-9229-991fe7716ce5)
税务异常
强制清算
严重违法失信
破产案件
违法违规建设
司法拍卖
清

小程序
APP
微信
反馈
在线咨询
置顶


(https://www.qixin.com/)
官方备案企业征信机构
人民数据官方合作伙伴
企业名、人名、品牌 搜索
(https://www.qixin.com/user/home/center)

经营信息 (/operation/1e727c13-cf7e-40bf-9229-991fe7716ce5) 动产抵押 股权出质 质权人 知识产权出质 行政许可 6 (…cf7e-40bf-9229-991fe7716ce5) 土地信息 …标 债券信息 信用评级 抽查检查 新闻舆情 招聘信息 授信额度 进出口信息 供应链 税务资质 微信公众号 1 (/operation/1e727c13-cf7e-40bf-9229-991fe7716ce5) 排… 多证… 双随… 电信… 政府… 荣誉资质

知识产权 (/ability/1e727c13-cf7e-40bf-9229-991fe7716ce5) 商标信息 2 (/ability/1e727c13-cf7e-40bf-9229-991fe7716ce5) 专利信息 著作权 资质认证 标准制定

历史信息 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 工商信息 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 主要股东 1 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 历史高管 对外投资 2 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 法律文书 动产抵押 行政许可 被执行人 股权出质 双随机抽查 1 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 开庭公告 行政处罚 税务异常 法院公告 知识产权出质 经营异常 2 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 失… 股… 司法协助 排污许可 招聘信息 14 (/history/1e727c13-cf7e-40bf-9229-991fe7716ce5) 荣誉资质

**推荐企业**

中国电子有限公司 (/co...
存续（在营、开业、在册）
热搜企业

中国铁道建筑集团有限公...
管道 桥梁 林木
热搜企业

山东观察文化传媒有限公...
在营（开业）企业
热搜企业

北京黎枫文化发…
存续（在营、开业、…
热搜企业

绿城房地产集团有限公司...
地产 建设管理 资产管理
热搜企业

中国农业银行股份有限公...
存续（在营、开业、在册）
热搜企业

中国铁路工程集团有限公...
存续（在营、开业、在册）
热搜企业

上海松鼠课堂人…
教育 K12 OM…
热搜企业

小程序
APP

专注人工智能领域15年

快速导航
地区导航 (https://www.qixin.com/district-nav/) 品牌名录 (https://www.qixin.com/brand-nav/) 关系查询 (https://www.qixin.com/find-relation) 姓氏大全 (https://www.qixin.com/…)
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1) 空壳查询 企业版 (https://…?from=index) 热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao…) 税号查询 (…number) 人员名录 (…nav/) 商标查询 (https://www.qixin.com/people-top.com?trackFrom=home-bottom-trademark)
批量查询 老赖查询 年报查询 融资查询 (https://www.qixin.com/financing)

关于启信宝
关于我们 (https://www.qixin.com/about) 隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/questions) 儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

联系方式
在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP

微信

反馈
启信…

在线咨询
置顶



启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

数据来源：全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接：合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 蝉大师 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 建设招标网 (https://www.jszhaobiao.com/) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 猪八戒网 (https://www.zbj 程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15

(http://www.s

小程序

APP

微信

反馈

在线咨询

置顶