# EXHIBIT 8

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 | 企业名、人名、品牌 搜索 | (https://www.qixin.com/user/home/center)

首页 (/) > 无锡企业查询 (/search-prov/32/3202) > 无锡市嘉骏珠宝商贸有限公司 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)



# 无锡市嘉骏珠宝商贸有限公司 去认证 ▶

下载报告    关注

存续    有限责任公司    🛡 自身风险 3条 ▶ (/risk-self/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)


浏览:1340

法定代表人：陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)    关联企业5家 ▶ (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=relate-sum)

统一社会信用代码：91320202093461091Q

电话：📞 0510-82719393    更多(2)    同电话企业(2)    邮箱：30443989@qq.com (mailto:30443989@qq.com)    更多(2)

地址：无锡市昇平巷28-902    更多(2)    附近企业 (/app/map-search?ename=无锡市嘉骏珠宝商贸有限公司)

| 财产线索 HOT 线索数量 3 | 司法解析 NEW 涉及案件 ▮▮ (/judiciary-analysis/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 合同违约 NEW 合作风险等级L1 低风险 (/contract-breach/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 股东信息：陈克 持股比例 55% 关 |

新闻热点：    暂无数据    发票抬头    分享企业

启信风险    风险等级 低    自身风险 3    关联企业 1    关联风险 49    查看详情 (/risk-self/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

企业动态    2021-06-23 对外投资变更，新投资了 ...    更多

企业概况 (/company/a3b2adfd-...)    关联关系 5 (/related/a3b2adfd-...)    司法涉诉 (/risk/a3b2adfd-aed5-...)    经营预警 (/warn/a3b2adfd-...)    经营信息 4 (/operation/a3b2adfd-...)    知识产权    历史信 (/history/a...)

启信图谱    工商信息    主要股东 2    主要人员 2    对外投资 1    核心团队    变更记录 2    社保人数    工资分布    同业分析    企业年报 7

融资信息    竞品信息    品牌产品    注销备案

## 启信图谱


企业图谱

股权结构


十大受益人

关联方认定图

集团图谱

疑似实控人
关联关系
股

小程序

APP
微信
反馈
在线咨询
置顶

## 工商信息    历史工商信息 ▶ (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=icinfo)

| 法定代表人 | 陈 | 陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) ⬇<br>关联企业5家 ▶ (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=relate-sum) | 经营状态 | 存续（在营、开业、在册） |
|---|---|---|---|---|
| 注册资本 | | 3168 万人民币 | 实缴资本 | 3168 万人民币 |
| 统一社会信用代码 | | 91320202093461091Q | 纳税人识别号 | 91320202093461091Q |
| 工商注册号 | | 320202000122532 | 组织机构代码 | 093461091 |
| 进出口企业代码 | | - | 海关注册编码 | - |
| 英文名 | | - | 历史名称 | - |

启信宝 (https://www.qixin.com/) | 行业 | 首饰 | 官方备案企业征信机构 人民数据官方合作伙伴 | 企业名、人名、品牌 搜索 | (https://www.qixin.com/user/home/center) 2014-03-28

| | | | |
|---|---|---|---|
| 企业类型 | 有限责任公司(自然人投资或控股) | 营业期限 | 2014-03-28 - - |
| 登记机关 | 无锡市梁溪区行政审批局 | 核准日期 | 2019-06-28 |
| 注册地址 | 无锡市昇平巷28-902   查看地图 | | |
| 经营范围 | 黄金珠宝、工艺品、日用品、化妆品、针纺织品、皮革制品、鞋帽的销售。 | | |

更新时间：2021-12-23    来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

### 主要股东 2    查看股权结构▸ (/chart/equity-structure/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|
| 1 | 陈 陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 投资企业4家 > (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 大股东  疑似实控人  受益所有人 | 55% | 1742.4万元人民币 | 1742.4万元人民币 | |
| 2 | 吴 吴少廷 (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 投资企业4家 > (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 受益所有人 | 45% | 1425.6万元人民币 | 1425.6万元人民币 | |

### 工商公示(2)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|
| 1 | 吴 吴少廷 (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 投资企业4家 > (/shareholder/e590b4e5b091e5bbb7/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 受益所有人 | - | - | - | - |
| 2 | 陈 陈克龙 (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 投资企业4家 > (/shareholder/e99988e5858be9be99/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 疑似实控人  受益所有人 | - | - | - | - |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

### 主要人员 2

| 序号 | 姓名 | 职务 | |
|---|---|---|---|
| 1 | 陈 陈克龙 (https://www.qixin.com/name-detail/17848aa6c3f8586e89728ac28f072fa7) 关联企业5家 > (/name-detail/17848aa6c3f8586e89728ac28f072fa7) 大股东  疑似实控人  受益所有人 | 执行董事,总经理 | |
| 2 | 吴 吴少廷 (https://www.qixin.com/name-detail/3845366f030fee338695909c1cfdfc62) 关联企业4家 > (/name-detail/3845366f030fee338695909c1cfdfc62) 受益所有人 | 监事 | |

小程序  
APP  
微信  
反馈  
在线咨询  
置顶

## 对外投资 1   历史对外投资(1) ▸ (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23?section=investment)

| 序号 | 被投资企业 | 被投资企业法定代表人/负责人 | 成立日期 | 投资比例 | 认缴金额 |
|---|---|---|---|---|---|
| 1 | 宜兴市亚东科技小额贷款有限公司 (https://www.qixin.com/company/27fd0974-9025-4f7a-a95c-6c705e3ae53d)<br>宜 股权穿透图 > (/chart/equity-penetration/27fd0974-9025-4f7a-a95c-6c705e3ae53d) | 陈克龙 (https://www.qixin.com/shareholder/e99988e5858be9be99/27fd0974-9025-4f7a-a95c-6c705e3ae53d)<br>陈 关联企业5家 > (/name-detail/17848aa6c3f8586e89728ac28f072fa7) | 2018-05-14 | 20% | 2000万 |

## 变更记录 2

| 序号 | 变更日期 | 变更事项 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2018-03-20 | 注册资本变更 | 198.000000 | 3168.000000 |
| 2 | 2017-12-19 | 企业住所变更 | 无锡市学前东路789号-829 | 无锡市昇平巷28-902 |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 社保人数

社保人数：4人 (年限：2020)



## 工资分布

平均工资：4625/月



(https://www.qixin.com/)
官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    搜索

(https://www.qixin.com/user/home/center)

## 同业分析

| 注册资本（全国） | 该企业注册资本3168 万人民币，属于首饰、工艺品及收藏品批发。注册资本方面，在全国同行企业中，表现优秀。 |
| --- | --- |
| 注册资本（同省） | |
| 同行地位（全国） | |
| 同行地位（同省） | |
| 进入市场时期（全国） | |
| 进入市场时期（同省） | |
| 同行地域分布（全国） | |
| 同行资金分布（全国） | |

## 企业年报 7

| 序号 | 报送年度 | 公示日期 | 操作 |
| --- | --- | --- | --- |
| 1 | 2020年度报告 | 2021-05-18 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2020) |
| 2 | 2019年度报告 | 2020-06-01 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2019) |
| 3 | 2018年度报告 | 2019-05-24 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2018) |
| 4 | 2017年度报告 | 2018-05-19 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2017) |
| 5 | 2016年度报告 | 2017-02-27 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2016) |
| 6 | 2015年度报告 | 2016-06-22 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2015) |
| 7 | 2014年度报告 | 2015-05-25 | 查看详情 (/report/a3b2adfd-aed5-4f66-947d-aeea7fefbf23/2014) |

## 全部维度

企业概况 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　启信图谱 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　工商信息 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　主要股东 2 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　主要人员 2 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　对外投资 1 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　核心团队　变更记录 2 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　社保人数 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)

同业分析 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　企业年报 7 (/company/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　融资信息　竞品信息　品牌产品　注销备案

关联关系 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　关联企业　分支机构 2 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　疑似关系　受益所有人 2 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　实际控制企业 1 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　控股企业 (/related/a3b2adfd-aed5-4f66-947d-aeea7fefbf23)　竞争对手

司法涉诉 (/risk/a3b2adfd-aed5-4f66-...)　司法案件　法律文书　被执行人　失信被执行　限制高消费　限制招投标　开庭公告　法院公告
终本案件　询价评估　股权冻结　司法协助

小程序　APP　微信　反馈　在线咨询　置顶



官方备案企业征信机构
人民数据官方合作伙伴

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 经营预警 (/warn/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 债务分析 (/warn/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 强制清算 | 行政处罚 破产案件 | 环保处罚 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) 招投标 债券信息 | 土地信息 新闻舆情 招聘信息 | 抽查检查 | 进出口信息 供应链 税务资质 1 (/operation/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 排 |
| | 信用评级 | 授信额度 | 微信公众号 | 多证合一 | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | |
| 知识产权 (/ability/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 商标信息 | 专利信息 | 著作权 | 资质认证 | 标准制定 | | | | |
| 历史信息 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 工商信息 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 主要股东 | 历史高管 | 对外投资 1 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 法律文书 动产抵押 行政许可 1 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 被执行人 股权出质 双随机抽查 1 (/history/a3b2adfd-aed5-4f66-947d-aeea7fefbf23) | 开庭公告 行政处罚 税务异常 司法协助 招聘信息 | 法院公告 知识产权出质 经营异常 排污许可 荣誉资质 | 失 股 |

👍 推荐企业

 厦门仲夏之月文化传媒有... 存续（在营、开业、在册） 🔗 热搜企业

 中天建设集团有限公司 (... 建筑工程 🔗 热搜企业

 水发集团有限公司 (/co... 水资源综合利用 🔗 热搜企业

 中国东方资产管... 保险 银行 证券 🔗 热搜企业

 山东省人民政府国有资产... 正常 🔗 热搜企业

 国药控股股份有限公司 (... 医药流通 医药创新 🔗 热搜企业

 山东能源集团有限公司 (... 煤炭 金融 煤化工 🔗 热搜企业

 北京阿里巴巴信... 注销 🔗 热搜企业

 小程序

 APP


专注人工智能领域15年

**快速导航**
地区导航 (https://www.qixin.com/bdq/nav/)
品牌名录 (https://www.qixin.com/brand/nav/)
关系查询 (https://www.qixin.com/tupu/relation)
姓氏大全 (https://www.qixin.com/fiqk/nav/)
行业导航 (https://www.qixin.com/hy/nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1)
空壳查询 (https://www.qixin.com/kongqi/)
企业版 (https://www.qixin.com/top?from=index)
热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao.qixin.com/)
税号查询 (https://www.qixin.com/taxid/nav/)
人员名录 (https://www.qixin.com/people-nav/)
商标查询 (https://www.qixin.com/pgep-top.com?trackFrom=home-

**关于启信宝**
关于我们 (https://www.qixin.com/about)
隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/faq)
儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

**联系方式**
在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP


微信

反馈

在线咨询
启信宝


置顶

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

批量查询 (https://www.qixin.com/batch)   老赖查询 (https://www.qixin.com/search/dishonesty)   年报查询 (https://www.qixin.com/search/report)   融资查询 (https://www.qixin.com/financing)

数据来源： 全国企业信用信息公示系统    国家知识产权局    商标局    版权局

友情链接： 合合信息 (https://www.intsig.com)   名片全能王 (https://www.camcard.com)   扫描全能王 (https://www.camscanner.com)   国务院发展研究中心信息网 (http://www.drcnet.com.cn)   蝉大师 (https://chandashi.com/)   权大师 (https://www.quandashi.com/)   中国比地招标网 (http://www.bidizhaobiao.com/)   网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)   建设招标网 (https://www.jszhaobiao.com/)   蔚蓝地图 (https://www.ipe.org.cn)   洞见研报 (https://www.djyanbao.com/)   猪八戒网 (https://www.zbj.com/)   程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据科技有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址： 上海市静安区万荣路1268号云立方A座11层

不良信息举报电话： 400-8286-855    举报邮箱： kefu@qixin.com (mailto:kefu@qixin.com)

   (http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15...

  (http://www.s...


小程序


APP

微信

反馈

在线咨询



置顶