# EXHIBIT 9

启信宝 (https://www.qixin.com/)　　官方备案企业征信机构 人民数据官方合作伙伴　　企业名、人名、品牌　搜索　　(https://www.qixin.com/user/home/center)

首页 (/) > 无锡企业查询 (/search-prov/32/3202) > 宜兴市朗逸环保科技有限公司 (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

# 宜兴市朗逸环保科技有限公司　去认证

存续　有限责任公司　小微企业　曾用名

自身风险 11条 ▸ (/risk-self/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

司法案件 ▸ (/risk/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=judicialCase)

浏览:1895

下载报告　关注

法定代表人：韦小东 (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e)　关联企业1家 > (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=relate-sum)

统一社会信用代码：913202820645142899

邮箱：252205657@qq.com (mailto:252205657@qq.com)

电话：　0510-87898177　更多(2)　同电话企业(4)　查看详情

地址：宜兴经济技术开发区文庄路6号　更多(2)　同地址企业(5)　附近企业 (/app/map-search?ename=宜兴市朗逸环保科技有限公司)

| 财产线索 HOT 线索数量 9 | 司法解析 NEW 涉及案件 | 合同违约 NEW 合作风险等级L1 低风险 (/judiciary-analysis/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 股东信息：韦小... 持股比例 100% |

新闻热点：　暂无数据　　　　　　　　　　　　　　　　发票抬头　分享企业

启信风险　风险等级 高　自身风险 11　关联企业 2　关联风险 52　查看详情 (/risk-self/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

企业动态　2021-09-06 新增法律文书，2021-09-...　更多

企业概况 (/company/eac12bd9-...　关联关系 4 (/related/eac12bd9-...　司法涉诉 8 (/risk/eac12bd9-072e-...　经营预警 1 (/warn/eac12bd9-...　经营信息 8 (/operation/eac12bd9-...　知识产权　历史信息 (/history/e...

启信图谱　工商信息　主要股东 1　主要人员 2　对外投资 3　核心团队　变更记录 10　社保人数　工资分布　同业分析　企业年报 8

融资信息　竞品信息　品牌产品　注销备案

## 启信图谱


企业图谱


股权结构


十大受益人


关联方认定图


集团图谱


疑似实控人


关联关系



APP　微信　反馈　在线咨询　置顶

## 工商信息　历史工商信息 ▸ (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=icinfo)

| | | | |
|---|---|---|---|
| 法定代表人 | 韦小东 (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e)　关联企业1家 > (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=relate-sum) | 经营状态 | 存续（在营、开业、在册） |
| 注册资本 | 2000 万人民币 | 实缴资本 | 2000 万人民币 |
| 统一社会信用代码 | 913202820645142899 | 纳税人识别号 | 913202820645142899 |
| 工商注册号 | 320282000319480 | 组织机构代码 | 064514289 |

| | 启信宝企业代码 | 32000645 | | | 222962994 |
|---|---|---|---|---|---|
| | (https://www.qixin.com/) | 官方备案企业征信机构<br>人民数据官方合作伙伴 | 企业名、人名、品牌　　🔍 搜索 | | (https://www.qixin.com/user/home/center) |

| 英文名 | Yixing Huadu Photoelectric Technology Co., Ltd | 历史名称 | 宜兴市华都光电科技有限公司 |
|---|---|---|---|
| 所属行业 | 工程和技术研究和试验发展 | 成立日期 | 2013-03-18 |
| 企业类型 | 有限责任公司(自然人独资) | 营业期限 | 2013-03-18 - - |
| 登记机关 | 宜兴市市场监督管理局 | 核准日期 | 2021-08-10 |
| 注册地址 | 宜兴经济技术开发区文庄路6号　查看地图 | | |
| 经营范围 | 环保技术的研究、开发、转让；污泥无害化处置；污泥资源化处置技术的研发；环保设备的销售；自营和代理各类商品及技术的进出口业务（国家营或禁止进出口的商品和技术除外）。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | | |

更新时间：2022-04-08　　来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要股东 1　历史主要股东(4) ‣ (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=partners)

查看股权结构 ‣ (/chart/equity-structure/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|
| 1 | 韦 韦小东 (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e)<br>投资企业1家 > (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e)<br>大股东　疑似实控人　受益所有人 | 100% | 2000万人民币元 | - | |

### 工商公示(1)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出 |
|---|---|---|---|---|---|
| 1 | 韦 韦小东 (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e)<br>投资企业1家 > (/shareholder/e99fa6e5b08fe4b89c/eac12bd9-072e-4c7c-9a4e-06025c827e2e)<br>大股东　疑似实控人　受益所有人 | 100% | - | - | |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 主要人员 2　历史主要人员(2) ‣ (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=employees)

| 序号 | 姓名 | 职务 |
|---|---|---|
| 1 | 韦 韦小东 (https://www.qixin.com/name-detail/78142c0639d80b5495239930ed557d0d)<br>关联企业1家 > (/name-detail/78142c0639d80b5495239930ed557d0d)<br>大股东　疑似实控人　受益所有人 | 执行董事,总经理 |
| 2 | 马 马征 (https://www.qixin.com/name-detail/40f84cd08c9acb0f419ea56a83dbdf9c)<br>关联企业2家 > (/name-detail/40f84cd08c9acb0f419ea56a83dbdf9c) | 监事 |

## 对外投资 3　历史对外投资(1) ‣ (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e?section=investment)

投资比例 ▾　　企业信用报告 (/order/create/eac12bd9-072e-4c7c-9a4e-06025c827e2e?reportId=562b47719ecb94ee5941790c)

| 序号 | 被投资企业 | 被投资企业法定代表人/负责人 | 成立日期 ⇅ | 投资比例 ⇅ | 认缴金额 | |
|---|---|---|---|---|---|---|

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴   企业名、人名、品牌  搜索  投 (https://www.qixin.com/user/home/center)

| | 被投资企业 | | 法定代表人/负责人 | | | 认缴金额 | |
|---|---|---|---|---|---|---|---|
| 1 | 常 | 常州华都蓝宝石制品有限公司 (https://www.qixin.com/company/71f9e850-09c8-4cea-b13a-48a8b66eb172)<br>股权穿透图 > (/chart/equity-penetration/71f9e850-09c8-4cea-b13a-48a8b66eb172) | 韦 | 韦银荣 (https://www.qixin.com/shareholder/e99fa6e993b6e88da3/71f9e850-09c8-4cea-b13a-48a8b66eb172) | 2015-04-01 | 100% | 1000万人民币 |
| 2 | 宜 | 宜兴市亚东科技小额贷款有限公司 (https://www.qixin.com/company/27fd0974-9025-4f7a-a95c-6c705e3ae53d)<br>股权穿透图 > (/chart/equity-penetration/27fd0974-9025-4f7a-a95c-6c705e3ae53d) | 陈 | 陈克龙 (https://www.qixin.com/shareholder/e99988e5858be9be99/27fd0974-9025-4f7a-a95c-6c705e3ae53d)<br>关联企业5家 > (/name-detail/17848aa6c3f8586e89728ac28f072fa7) | 2018-05-14 | 35% | 3500万 |
| 3 | 中 | 中宜生态控股有限公司 (https://www.qixin.com/company/50015f4a-b23b-43cd-b964-3bcd84981efa)<br>股权穿透图 > (/chart/equity-penetration/50015f4a-b23b-43cd-b964-3bcd84981efa) | 蒋 | 蒋东良 (https://www.qixin.com/shareholder/e8928be4b89ce889af/50015f4a-b23b-43cd-b964-3bcd84981efa)<br>关联企业13家 > (/name-detail/3336bca33f3c0df3dc0006f7adc34eb3) | 2018-12-26 | 1% | 1000万 |

### 变更记录  10

| 序号 | 变更日期 | 变更事项 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2021-08-10 | 负责人变更(法定代表人、负责人、首席代表、合伙事务执行人等变更) | 韦银荣 (/shareholder/e99fa6e993b6e88da3/eac12bd9-072e-4c7c-9a4e-06025c827e2e)【退出】 | 韦小东【新增】 |
| 2 | 2021-08-10 | 投资人变更(包括出资额、出资方式、出资日期、投资人名称等) | 韦银荣 (/shareholder/e99fa6e993b6e88da3/eac12bd9-072e-4c7c-9a4e-06025c827e2e)【退出】 | 韦小东【新增】 |
| 3 | 2017-08-11 | 市场主体类型变更 | 有限责任公司(自然人投资或控股) | 有限责任公司(自然人独资) |
| 4 | 2017-08-11 | 投资人变更(包括出资额、出资方式、出资日期、投资人名称等) | 韦银荣 (/shareholder/e99fa6e993b6e88da3/eac12bd9-072e-4c7c-9a4e-06025c827e2e)<br>韦秀华 (/shareholder/e99fa6e7a780e58d8e/eac12bd9-072e-4c7c-9a4e-06025c827e2e)【退出】 | 韦银荣 (/shareholder/e99fa6e993b6e88da3/eac12bd9-072e-4c7c-9a4e-06025c827e2e) |
| 5 | 2016-07-14 | 地址变更(住所地址、经营场所、驻在地址等变更) | 宜兴经济开发区文庄路6号 | 宜兴经济技术开发区文庄路6号 |
| 6 | 2016-07-14 | 经营范围变更(含业务范围变更) | 环保技术的研究、开发、转让<br>环保设备的销售<br>自营和代理各类商品及技术的进出口业务(国家限定企业经营或禁止进出口的商品和技术除外)。(依法须经批准的项目,经相关部门批准后方可开展经营活动) | 环保技术的研究、开发、转让<br>污泥无害化处置<br>污泥资源化处置技术的研发<br>环保设备的销售<br>自营和代理各类商品及技术的进出口业务(国家限定企业经营或禁止进出口的商品和技术除外)。(依法须经批准的项目,经相关部门批准后方可开展经营活动) |

| | 变更日期 | | | 变更后 |
|---|---|---|---|---|
| 7 | 2014-11-20 | 经营范围变更(含业务范围变更) | 光电子技术研究、开发<br>高效能LED半导体照明用外延衬底的制造、销售<br>自营和代理各类商品及技术的进出口业务(国家限定企业经营或禁止进出口的商品和技术除外)。(依法须经批准的项目,经相关部门批准后方可开展经营活动) | 环保技术的研究、开发、转让<br>环保设备的销售<br>自营和代理各类商品及技术的进出口业务(国经营或禁止进出口的商品和技术除外)。(依的项目,经相关部门批准后方可开展经营活 |
| 8 | 2014-11-20 | 名称变更(字号名称、集团名称等) | 宜兴市华都光电科技有限公司 | 宜兴市朗逸环保科技有限公司 |
| 9 | 2014-11-20 | 负责人变更(法定代表人、负责人、首席代表、合伙事务执行人等变更) | 姜祝明 (/shareholder/e5a79ce7a59de6988e/eac12bd9-072e-4c7c-9a4e-06025c827e2e)【退出】 | 韦银荣【新增】 |
| 10 | 2014-11-20 | 投资人变更(包括出资额、出资方式、出资日期、投资人名称等) | 宜兴市华都绿色环保集团有限公司 (/company/0fba649d-6bda-44c1-a7c8-cd36001f799e)【退出】<br>江苏欧亚蓝宝光电科技有限公司 (/company/658edf12-11bb-495d-9834-a94047d16327)【退出】 | 韦秀华【新增】<br>韦银荣【新增】 |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 社保人数



社保人数：1人 (年限：2020)

## 工资分布



暂无数据



## 企业年报 8

| 序号 | 报送年度 | 公示日期 | 操作 |
|---|---|---|---|
| 1 | 2020年度报告 | 2021-05-27 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2020) |
| 2 | 2019年度报告 | 2020-05-27 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2019) |
| 3 | 2018年度报告 | 2019-05-20 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2018) |
| 4 | 2017年度报告 | 2018-05-31 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2017) |
| 5 | 2016年度报告 | 2017-06-24 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2016) |
| 6 | 2015年度报告 | 2016-06-23 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2015) |
| 7 | 2014年度报告 | 2015-07-01 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2014) |
| 8 | 2013年度报告 | 2014-08-19 | 查看详情 (/report/eac12bd9-072e-4c7c-9a4e-06025c827e2e/2013) |

## 全部维度

**企业概况** (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**启信图谱** (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**工商信息** (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**主要股东** 1 (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**主要人员** 2 (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**对外投资** 3 (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**核心团队**
**变更记录** 10 (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**社保人数** (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

**同业分析** (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**企业年报** 8 (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**融资信息**
**竞品信息**
**品牌产品**
**注销备案** (/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

**关联关系** (/related/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**关联企业** 2 (/related/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**分支机构**
**疑似关系** 2 (/related/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**受益所有人** 1 (/related/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**实际控制企业** 1 (/related/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**控股企业** (/related/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**竞争对手**

**司法涉诉** (/risk/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**司法案件** 3 (/risk/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**法律文书** 2 (/risk/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**被执行人**
**失信被执行**
**限制高消费**
**限制招投标**
**开庭公告** 2 (/risk/eac12bd9-072e-4c7c-9a4e-06025c827e2e)
**法院公告**
**终本案件**
**询价评估**
**股权冻结** 1 (/risk/eac12bd9-072e-4c7c-9a4e-06025c827e2e)

**司法协助**

**经营预警**
**债务分析**
**行政处罚**
**环保处罚**
**经营异常** 1
**税务异常**
**严重违法失信**
**违法违规建设**
**司法拍卖**





| 经营信息 (/operation/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 6 (/operation/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 土地信息 | 抽查检查 | 进出口信息 1 (/operation/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 排 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 招投标 | 新闻舆情 | 供应链 | 债券信息 | 招聘信息 | 税务资质 1 (/operation/eac12bd9-072e-4c7c-9a4e-06025c827e2e) 多证合一 电信许可 荣誉资质 | 信用评级 | 授信额度 双随机抽查 政府奖励项目 | 微 |

| 知识产权 (/ability/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 商标信息 | 专利信息 | 著作权 | 资质认证 | 标准制定 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 历史信息 (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 工商信息 (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 主要股东 4 (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 历史高管 2 (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 对外投资 1 (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 法律文书 动产抵押 行政许可 | 被执行人 股权出质 双随机抽查 | 开庭公告 行政处罚 税务异常 | 法院公告 知识产权出质 经营异常 1 (/history/eac12bd9-072e-4c7c-9a4e-06025c827e2e) | 失 股 07 06 |
| | 司法协助 | 排污许可 | 招聘信息 | 荣誉资质 | | | | | |

### 推荐企业

 中国宝武钢铁集团有限公…
冷轧板(卷)   热轧板(卷)
🔗 热搜企业

 中国石油化工股份有限公…
生产汽柴油等
🔗 热搜企业

 中国国家铁路集团有限公…
建设铁路   商贸物流
🔗 热搜企业

 广州市锐致投资…
在营（开业）企业
🔗 热搜企业

 保利发展控股集团股份有…
住宅地产   商业地产
🔗 热搜企业

 渤海银行股份有限公司（…
信贷   银行
🔗 热搜企业

 安基（BVI）有限公司（…
仍注册
🔗 热搜企业

 广州市圣域钫投…
在营（开业）企业
🔗 热搜企业



专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/apps/nav/)
品牌名录 (https://www.qixin.com/brand-nav/)
关系查询 (https://www.qixin.com/apps/relation)
姓氏大全 (https://www.qixin.com/apps/figure-nav/)

企业查询 (https://www.qixin.com/apps/top?key=小米&page=1)
空壳查询 (https://www.qixin.com/apps/kongke?from=index)
企业版 (https://vip.qixin.com/)
热门搜索 (https://top.qixin.com/)

招标查询 (https://zhaobiao.qixin.com/)
税号查询 (https://www.qixin.com/apps/tax-number)
人员名录 (https://www.qixin.com/apps/people-nav/)
商标查询 (https://www.qixin.com/page-top.com?trackFrom=home-bottom-trademark)

**关于启信宝**

关于我们 (https://www.qixin.com/about)
行业导航 (https://www.qixin.com/industry-nav/)
常见问题 (https://www.qixin.com/questions)
意见反馈 (https://www.qixin.com/top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

隐私政策 (https://www.qixin.com/privacy)
儿童隐私 (https://www.qixin.com/child-privacy)
服务协议 (https://www.qixin.com/terms)

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP



APP
微信
反馈
在线咨询
置顶



启信宝 (https://www.qixin.com/)  批量查询 (https://www.qixin.com/batch)  老板查询 (https://www.qixin.com/people)  年报查询 (https://www.qixin.com/nianbao/year)  融资查询 (https://www.qixin.com/rongzi)

官方备案企信机构  人民数据官方合作伙伴

(https://www.qixin.com/user/home/center)

数据来源： 全国企业信用信息公示系统    国家知识产权局    商标局    版权局

友情链接： 合合信息 (https://www.intsig.com)    名片全能王 (https://www.camcard.com)    扫描全能王 (https://www.camscanner.com)    国务院发展研究中心信息网 (http://www.drcnet.com.cn)    蝉大师 (https://chandashi.com/)    权大师 (https://www.quandashi.com/)    中国比地招标网 (http://www.bidizhaobiao.com)    网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)    建设招标网 (https://www.jszhaobiao.com/)    蔚蓝地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com/)    猪八戒网 (https://www.zbj    程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据科技有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址： 上海市静安区万荣路1268号云立方A座11层

不良信息举报电话： 400-8286-855    举报邮箱： kefu@qixin.com (mailto:kefu@qixin.com)

   (http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15...


小程序


APP

微信

反馈

在线咨询


置顶



https://www.qixin.com/company/eac12bd9-072e-4c7c-9a4e-06025c827e2e                    7/7