# EXHIBIT 10



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 北京华焱坤泰科技有限公司 |
| **报告生成时间** | 2022/03/17 10:50:19 |
| **申请人邮箱** | |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### ▌ 照面信息

**统一社会信用代码**：9111010731839699XD          **企业名称**：北京华焱坤泰科技有限公司

**类型**：有限责任公司(自然人投资或控股)          **法定代表人**：何亮

**注册资本**：1000 万人民币          **成立日期**：2014年12月10日

**营业期限自**：2014年12月10日          **营业期限至**：2034年12月09日

**登记机关**：北京市石景山区市场监督管理局          **核准日期**：2019年05月07日

**登记状态**：存续（在营、开业、在册）

**住所**：北京市石景山区实兴东街11号5层5049室

**经营范围**：技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。（企业依法自主选择经营项目，开展经营活动；依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动）；不得从事本市产业政策禁止和限制类项目的经营活动。）

### ▌ 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 何亮 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 崔凯 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 董煜 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 金国旗 | 非公示项 | 非公示项 | 自然人股东 |
| 5 | 查海龙 | 非公示项 | 非公示项 | 自然人股东 |
| 6 | 郭胜辉 | 非公示项 | 非公示项 | 自然人股东 |

### ▌ 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 何亮 | 执行董事 | 2 | 何亮 | 经理 |
| 3 | 崔凯 | 监事 | | | |

**▌分支机构信息**

暂无分支机构信息

**▌变更信息**

暂无变更信息

**▌清算信息**

暂无清算信息

**▌行政许可信息**

暂无行政许可信息

**▌行政处罚信息**

暂无行政处罚信息

**▌经营异常信息**

暂无经营异常信息

**▌严重违法信息**

暂无严重违法信息

**▌抽查检查信息**

暂无抽查检查信息

**▌司法协助信息**

暂无司法协助信息

**▌动产抵押登记信息**

暂无动产抵押登记信息

**▌ 股权出质登记信息**

暂无股权出质登记信息

## 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

**▌ 股东及出资信息**

| 序号 | 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 认缴出资方式 | 认缴出资额(万元) | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |
| 1 | 江雯 | 0 | 450 | 货币 | 0.0 | 2017年01月18日 | 2015年12月21日 | 货币 | 450.0 | 2017年01月18日 | 2015年12月21日 |
| 2 | 何亮 | 0 | 550 | 货币 | 0.0 | 2017年01月18日 | 2015年04月01日 | 货币 | 550.0 | 2017年01月18日 | 2015年04月01日 |

**▌ 股权变更信息**

暂无股权变更信息

**▌ 行政许可信息**

暂无行政许可信息

**▌ 知识产权出质登记信息**

暂无知识产权出质登记信息

**▌ 行政处罚信息**

暂无行政处罚信息

**▌ 2020年度报告**

## ▍基本信息

统一社会信用代码/注册号：9111010731839699 XD

企业名称：北京华焱坤泰科技有限公司

企业通信地址：北京市朝阳区润枫德尚B座1105

邮政编码：100101

企业联系电话：52905915

企业电子邮箱：majing@wabestway.com

从业人数：企业选择不公示

其中女性从业人数：企业选择不公示

企业经营状态：开业

企业控股情况：企业选择不公示

是否有投资信息或购买其他公司股权：否

是否有网站或网店：否

是否有对外担保信息：否

有限责任公司本年度是否发生股东股权转让：否

企业主营业务活动：技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。

## ▍网站网店信息

暂无网站网店信息

## ▍股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 崔凯 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 2 | 董煜 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 3 | 金国旗 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 4 | 查海龙 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 5 | 何亮 | 732 | 2034年12月08日 | 货币 | 732 | 2019年03月22日 | 货币 |

| 6 | 郭胜辉 | 30 | 2034年12月08日 | 货币 | 30 | 2019年03月22日 | 货币 |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 18 人 | 失业保险 | 18 人 |
|---|---|---|---|
| 职工基本医疗保险 | 18 人 | 工伤保险 | 18 人 |
| 生育保险 | 18 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |

| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| 本期实际缴费金额 | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## ❚ 对外提供担保信息

暂无对外提供担保信息

## ❚ 股权变更信息

暂无股权变更信息

## ❚ 2019年度报告

## ❚ 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD    **企业名称：** 北京华焱坤泰科技有限公司

**企业通信地址：** 北京市朝阳区润枫德尚B座1105    **邮政编码：** 100102

企业联系电话：13601359685　　　　　　企业电子邮箱：heliang@wabestway.com

**从业人数**：企业选择不公示　　　　　　**其中女性从业人数**：企业选择不公示

**企业经营状态**：开业　　　　　　　　**企业控股情况**：企业选择不公示

**是否有投资信息或购买其他公司股权**：否　　　　**是否有网站或网店**：否

**是否有对外担保信息**：否　　　　　　**有限责任公司本年度是否发生股东股权转让**：是

**企业主营业务活动**：技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。

---

### ▌ 网站网店信息

暂无网站网店信息

---

### ▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 金国旗 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 2 | 董煜 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 3 | 查海龙 | 19 | 2034年12月08日 | 货币 | 19 | 2019年03月22日 | 货币 |
| 4 | 崔凯 | 100 | 2034年12月08日 | 货币 | 100 | 2019年03月22日 | 货币 |
| 5 | 何亮 | 732 | 2034年12月08日 | 货币 | 732 | 2019年03月22日 | 货币 |
| 6 | 郭胜辉 | 30 | 2034年12月08日 | 货币 | 30 | 2019年03月22日 | 货币 |

## 对外投资信息

| 暂无对外投资信息 |
|:---:|

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|:---:|:---|:---:|:---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 11 人 | 失业保险 | 11 人 |
|:---:|:---|:---:|:---|
| 职工基本医疗保险 | 11 人 | 工伤保险 | 11 人 |
| 生育保险 | 11 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|:---:|:---|:---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |

| | | |
|---|---|---|
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## ▌ 对外提供担保信息

暂无对外提供担保信息

## ▌ 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| 1 | 胡炜 | 35% | 0% | 2019年03月13日 |
| 2 | 郭胜辉 | 0% | 3% | 2019年03月13日 |
| 3 | 查海龙 | 1% | 2% | 2019年03月13日 |
| 4 | 崔凯 | 10% | 10% | 2019年03月13日 |
| 5 | 董煜 | 8% | 10% | 2019年03月13日 |
| 6 | 金国旗 | 1% | 2% | 2019年03月13日 |
| 7 | 何亮 | 46% | 73% | 2019年03月13日 |

▌ <u>2018年度报告</u>

▌ **基本信息**

统一社会信用代码/注册号：9111010731839699XD

企业名称：北京华焱坤泰科技有限公司

企业通信地址：北京市朝阳区慧忠北路103号洛克时代中心B座1106

邮政编码：100101

企业联系电话：13601359685

企业电子邮箱：heliang@wabestway.com

从业人数：企业选择不公示

其中女性从业人数：企业选择不公示

企业经营状态：开业

企业控股情况：企业选择不公示

是否有投资信息或购买其他公司股权：否

是否有网站或网店：是

是否有对外担保信息：否

有限责任公司本年度是否发生股东股权转让：是

企业主营业务活动：软件开发

▌ 网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司官网 | 网站 | www.wabestway.com |

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 董煜 | 75 | 2034年12月08日 | 货币 | 75 | 2018年11月13日 | 货币 |
| 2 | 金国旗 | 9 | 2034年12月08日 | 货币 | 9 | 2018年11月13日 | 货币 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 查海龙 | 9 | 2034年12月08日 | 货币 | 9 | 2018年11月13日 | 货币 |
| 4 | 何亮 | 455.1 | 2034年12月08日 | 货币 | 455.1 | 2018年11月13日 | 货币 |
| 5 | 崔凯 | 100 | 2034年12月08日 | 货币 | 100 | 2018年11月13日 | 货币 |
| 6 | 胡炜 | 351.9 | 2034年12月08日 | 货币 | 351.9 | 2018年11月13日 | 货币 |

## ❙ 对外投资信息

暂无对外投资信息

## ❙ 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ❙ 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 12 人 | 失业保险 | 12 人 |
| 职工基本医疗保险 | 12 人 | 工伤保险 | 12 人 |
| 生育保险 | 12 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |

| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

### 对外提供担保信息

| 暂无对外提供担保信息 |
|---|

### 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| 1 | 崔凯 | 0% | 10% | 2018年11月13日 |
| 2 | 金国旗 | 0% | 1% | 2018年11月13日 |

| 3 | 何亮 | 55% | 46% | 2018年11月13日 |
| 4 | 胡炜 | 0% | 35% | 2018年11月13日 |
| 5 | 江雯 | 45% | 0% | 2018年11月13日 |
| 6 | 查海龙 | 0% | 1% | 2018年11月13日 |
| 7 | 董煜 | 0% | 8% | 2018年11月13日 |

## 2017年度报告

## 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD

**企业名称：** 北京华焱坤泰科技有限公司

**企业通信地址：** 北京市朝阳区慧忠北路103号洛克时代中心B座1106

**邮政编码：** 100101

**企业联系电话：** 13601359685

**企业电子邮箱：** heliang@wabestway.com

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 是

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 软件开发

## 网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司官网 | 网站 | www.wabestway.com |

**▌股东及出资信息**

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 江雯 | 450 | 2029年12月10日 | 货币 | 450 | 2017年01月13日 | 货币 |
| 2 | 何亮 | 550 | 2029年12月10日 | 货币 | 550 | 2017年01月18日 | 货币 |

**▌对外投资信息**

暂无对外投资信息

**▌企业资产状况信息**

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**▌社保信息**

| 城镇职工基本养老保险 | 14 人 | 失业保险 | 14 人 |
|---|---|---|---|
| 职工基本医疗保险 | 14 人 | 工伤保险 | 14 人 |
| 生育保险 | 14 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | |

| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2016年度报告

## 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD

**企业名称：** 北京华焱坤泰科技有限公司

**企业通信地址：** 北京市朝阳区慧忠北路103号洛克时代中心B座1106

**邮政编码：** 100101

**企业联系电话：** 010-82185460

**企业电子邮箱：** heliang@wabestway.com

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 是

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 技术开发、技术服务、技术咨询、技术转让、技术推广；计算机系统集成；销售计算机软硬件及辅助设备、电子产品、办公用品；货物进出口、技术进出口、代理进出口。

## 网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司（官网） | 网站 | www.wabestway.com |

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 何亮 | 55 | 2029年12月10日 | 货币 | 0 | | 货币 |
| 2 | 江雯 | 45 | 2029年12月10日 | 货币 | 0 | | 货币 |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 7 人 | | 失业保险 | 7 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 7 人 | | 工伤保险 | 7 人 |
| 生育保险 | 7 人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | | 企业选择不公示 | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加失业保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加职工基本医疗保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加工伤保险本期实际缴费基数 | | 企业选择不公示 | |

| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2015年度报告

## 基本信息

**统一社会信用代码/注册号：** 9111010731839699XD　　　　**企业名称：** 北京华焱坤泰科技有限公司

**企业联系电话：** 010-82185460　　　　**邮政编码：** 100041

**企业通信地址：** 北京市石景山区麻峪南沟52号(原木材厂)一层125室

**企业电子邮箱：** heliang@wabestway.com　　　　**从业人数：** 企业选择不公示

**企业经营状态：** 开业　　　　**是否有网站或网店：** 是

**有限责任公司本年度是否发生股东股权转让：** 否　　　　**是否有投资信息或购买其他公司股权：** 否

## ▌网站网店信息

| 序号 | 名称 | 类型 | 网址 |
|---|---|---|---|
| 1 | 北京华焱坤泰科技有限公司（官网） | 网站 | www.wabestway.com |

## ▌股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 江雯 | 45 | 2029年12月10日 | 货币 | 0 | | 货币 |
| 2 | 何亮 | 55 | 2029年12月10日 | 货币 | 0 | | 货币 |

## ▌对外投资信息

| 暂无对外投资信息 |
|---|

## ▌企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌对外提供担保信息

| 暂无对外提供担保信息 |
|---|

▌股权变更信息

暂无股权变更信息

▌2014年度报告

▌基本信息

统一社会信用代码/注册号：9111010731839699XD          企业名称：北京华焱坤泰科技有限公司

企业联系电话：13601359685          邮政编码：100043

企业通信地址：北京市石景山区麻峪南沟52号(原木材厂)一层125室

企业电子邮箱：13601359685@163.com          从业人数：企业选择不公示

企业经营状态：开业          是否有网站或网店：否

有限责任公司本年度是否发生股东股权转让：否          是否有投资信息或购买其他公司股权：否

▌网站网店信息

暂无网站网店信息

▌股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|------|------|------------------|-------------|-------------|------------------|-------------|-------------|
| 1 | 何亮 | 100 | 2014年12月08日 | 货币 | 0 | 2034年12月08日 | 货币 |

▌对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

