# EXHIBIT 12



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌 · 🔍 搜索 ·  (https://www.qixin.com/user/home/center)

首页 (/) 企业高级查询 (/search) 关联关系 (//北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a/related/ab34975d-770e-)
(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a/risk/ab34975d-770e-)
(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a/warn/ab34975d-770e-)
(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a/operation/ab34975d-770e-)
知识产权 35 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a/ability/ab34975d-770e-)
历史 (//history/a

浏览:3089

## 北京华焱坤泰科技有限公司  去认证 ▶

下载报告   ❤ 关

存续   A级纳税人   有限责任公司   高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  关联企业3家 > (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)  更多(3)

电话：📞 52905915  更多(3)

地址：北京市石景山区实兴东街11号5层5049室 更多(2) 附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

财产线索 HOT
线索数量 44

司法解析 NEW
涉案案件

合同违约 NEW
合作风险等级L1 低风险

股东信息：何亮
持股比例 73.2% 公司

(/judiciary-analysis/ab34975d-770e-4e...(/contract-breach/ab34975d-770e-4e6b-ba6f35b4f07a)

🔥 新闻热点： 暂无数据

📄 发票抬头  ⬆ 分享企业

启信风险 ⓘ
风险等级 · 自身风险 · 关联企业 · 关联风险 · 查看详情
低 · 3 · 0 · 0
(/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态   2021-11-29 新增著作权信息，2021-1...   更多

商标信息  专利信息  著作权 34  资质认证 1  标准制定

## 著作权 34

| 作品著作权 0 | 软件著作权 34 |

状态 ▾   登记批准日期 ▾   请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 1 | 华焱坤泰在线录入系统移动端 V2.0 | 2022SR0216439 | - | - | 2022-02-17 |
| 2 | 华焱坤泰信息采集系统 V1.0 | 2021SR1932002 | - | - | 2021-11-29 |
| 3 | 华焱坤泰信息采集系统移动端 V1.0 | 2021SR1915683 | - | - | 2021-11-26 |
| 4 | 华焱坤泰风控管理平台 V1.0 | 2021SR1915684 | - | - | 2021-11-26 |
| 5 | 华焱坤泰在线录入系统 V2.0 | 2021SR1860977 | - | - | 2021-11-24 |

«  1  2  »

APP
微信
反馈
在线咨询
置顶

## 资质认证统计分析

| 证书类型 | 证书时间 |

1



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

| 企名名、人名、品牌 | 🔍 搜索 | (https://www.qixin.com/user/home/center) |

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |

质量管理...

## 资质认证 1

| | | | 证书状态 ▾ | 证书类型 ▾ | 时间选择 ▾ |

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 | |
|---|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 | |

### 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 | 工商信息 | 主要股东 6 | 主要人员 2 | 对外投资 | 核心团队 1 | 变更记录 7 | 社保人数 | 工 7 b |
| 舆情分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 | 融资信息 | 竞品信息 20 | 品牌产品 | 注销备案 | | | | |

| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 | 实际控制企业 | 控股企业 | 竞争对手 16 | | |

| 司法涉诉 (/risk/ab34975d-770e-4e6b-ba6f35b4f07a) | 司法案件 仲裁案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招标 | 开庭公告 | 法院公告 | 立 |

| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债券分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |

| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质押人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 新闻舆情 (/operation/ab34975d-770e-4e6b-ba6f35b4f07a) 税务资质 2 (/operation/ab34975d-770e-4e6b-ba6f35b4f07a) | 抽查检查 供应信息 招聘信息 信用评级 微信公众号 多证合一 双随机抽查 | 进出口信息 | 排 |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-ba6f35b4f07a) | | | | | | |

| 知识产权 (/ability/ab34975d-770e-4e6b- | 商标信息 | 专利信息 | 著作权 34 (/ability/ab34975d-770e-4e6b-ba6f35b4f07a) | 资质认证 1 (/ability/ab34975d-770e-4e6b-ba6f35b4f07a) | 标准制定 | | | | |

小程序

APP

微信

反馈

在线咨询

置顶



官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    搜索     (https://www.qixin.com/user/home/center)

历史信息    工商信息    主要股东 3    发票关系    历史高管 2    对外投资    法律文书    被执行人    知识产权 35    历失
(https://www.qixin.com/com...    经营预警    经营信息 6    股权冻结    司法协助    排污
4e6b-    770e-4e6b-b460-    (related/770e-4e6b-    /risk/ab34975d-    资产出质    税务异常    (/operation/ab34975d-    股权冻结    司法协助
b460-    ba6f35b4f07a)    ba6f35b4f07a)    770e-    双随机抽查
ba6f35b4f07a)    招聘信息 1    荣誉资质 2    经营异常
(/history/ab34975d-    (/history/ab34975d-
770e-4e6b-b460-    770e-4e6b-b460-
ba6f35b4f07a)    ba6f35b4f07a)

## 推荐企业


河南铁投综合开发有限公...
存续（在营、开业、在册）
🔗 热搜企业


华为技术有限公司 (/co...
手机  笔记本  网络设备
🔗 热搜企业


北京字节跳动科技有限公...
抖音  西瓜  火山
🔗 热搜企业


北京京东世纪贸...
快递  物流仓储
🔗 热搜企业


华业石化南京有限公司 (...
存续（在营、开业、在册）
🔗 热搜企业


河南铁嵩数字科技有限公...
存续（在营、开业、在册）
🔗 热搜企业


灵璧县渔沟中学 (/comp...
正常
🔗 热搜企业


郑州市开元寺建...
存续（在营、开业、在册）
🔗 热搜企业



专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/nav/)
品牌名录 (https://www.qixin.com/brand-nav/)
关系查询 (https://www.qixin.com/findrelation)
姓氏大全 (https://www.qixin.com/people-nav/)

行业导航 (https://www.qixin.com/industry-nav/)

企业查询 (https://www.qixin.com/companys?key=小米&page=1)
空壳查询 (https://www.qixin.com/empty-company)
企业版 (https://www.qixin.com/company?from=index)
热门搜索 (https://top.qixin.com)
意见反馈

招标查询 (https://zhaobiao.qixin.com)
税号查询 (https://www.qixin.com/tax-number)
人员名录 (https://www.qixin.com/people-nav/)
商标查询 (https://www.qixin.com/trademark-top.com?trackFrom=home-bottom-trademark)

批量查询 (https://www.qixin.com/batch)
老赖查询 (https://www.qixin.com/shixin)
年报查询 (https://www.qixin.com/annual-report)
融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about)
隐私政策 (https://www.qixin.com/privacy)

常见问题 (https://www.qixin.com/questions)
儿童隐私 (https://www.qixin.com/child-privacy)

意见反馈
服务协议 (https://www.qixin.com/terms)
股东查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

**联系方式**

在线咨询
企业邮箱: kefu@qixin.com (mailto:kefu@qixin.com)
客服电话: 400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP    启信

小程序
APP
微信

数据来源：全国企业信用信息公示系统  国家知识产权局  商标局  版权局

友情链接：合信信息 (https://www.intsig.com)  名片全能王 (https://www.camcard.com)  扫描全能王 (https://www.camscanner.com)  国务院发展研究中心信息网 (http://www.drcnet.com.cn)
(https://chandashi.com/)  权大师 (https://www.quandashi.com/)  中国比地招标网 (http://www.bidizhaobiao.com)  网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=18&reportClass=21&harmType=2)  建设招标网 (https://www.jszhaobiao.com)  蔚蓝地图 (https://www.ipe.org.cn)  洞见网 (https://www.djyanbao.com/)  猪八戒网 (https://www.zhbj程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)  上海生腾数据科技有限公司，版权所有©2014 - 2022  沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855  举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

在线咨询
置顶

 

北京华益坤泰科技有限公司-启信宝

企业概况
(/company/ab34975d-

关联关系 17
(/related/ab34975d-

司法涉诉
(/risk/ab34975d-770e-

经营预警
(/warn/ab34975d-

经营信息 6
(/operation/ab34975d-

知识产权 35
(/ability/ab34975d-

历史
(/history/a


小程序


APP

微信

反馈

在线咨询

置顶



启信宝 (https://www.qixin.com/)
官方备案企业证照机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

首页 (/) 企业高级查询 (/search_adv) 关联关系 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 知识产权 35 历史 (/ability/ab34975d-... (/history/a...

## 北京华焱坤泰科技有限公司 去认证 ›

📥 下载报告    ❤ 关注

存续    A级纳税人    有限责任公司    高新企业

🔺 自身风险 3条 › (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 关联企业3家 › (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com) 更多(3)

电话：📞 52905915 更多(3)

地址：北京市石景山区实兴东街11号5层5049室 更多(2) 附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

| 💹 财产线索 HOT | 📋 司法解析 NEW | 📄 合同违约 NEW | 👤 股东信息：何亮 |
| 线索数量 44 | 涉及案件 ▨ | 合作风险等级L1 低风险 | 持股比例 73.2% ▨ |
| (/judiciary-analysis/ab34975d-4e6b... | (/contract-breach/ab34975d-4f07a) | | |

🔺 新闻热点：暂无数据    🧾 发票抬头    🔗 分享企业

启信风险 ⓘ

| 风险等级 | 自身风险 | 关联企业 | 关联风险 | 查看详情 |
| 低 | 3 | 0 | 0 | (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a) |

企业动态    2021-11-29 新增著作权信息，2021-1...    更多

## 著作权 34

| 商标信息 | 专利信息 | 著作权 34 | 资质认证 1 | 标准制定 |

### 著作权 34

| 作品著作权 0 | 软件著作权 34 |

状态 ▾    登记批准日期 ▾    请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 6 | 华焱坤泰保险业务移动展业系统 V2.1 | 2021SR0219811 | - | - | 2021-02-07 |
| 7 | 华焱坤泰一键报案小程序 V1.2 | 2020SR1902060 | - | - | 2020-12-28 |
| 8 | 华焱坤泰在线试题系统 V1.0 | 2020SR1902059 | - | - | 2020-12-28 |
| 9 | 华焱坤泰产品管理系统 V2.0 | 2020SR1895840 | - | - | 2020-12-25 |
| 10 | 华焱坤泰车型库管理系统 V2.1 | 2020SR1895839 | - | - | 2020-12-25 |

« 1 2 3

## 资质认证统计分析

| 证书类型 | 证书时间 |

1



启信宝 (https://www.qixin.com/)

官方备案企业证信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

### 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 信信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工 77 ba |
|---|---|---|---|---|---|---|---|---|---|
| 股权分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | | | |
| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | |
| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 破产案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质押人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 新闻舆情 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 抽查检查 失信应诉 信用评级 多证合一 双随机抽查 | 进出口信 供应链 招聘信息 信用额度 | 排 |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | | |
| 知识产权 (/ability/ab34975d-770e-4e6b- | 商标信息 | 专利信息 | 著作权 34 (/ability/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 资质认证 1 (/ability/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 标准制定 | | | | |

小程序

APP

微信

反馈

在线咨询

置顶

 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

| 企业名、人名、品牌 | 🔍 搜索 |

 (https://www.qixin.com/user/home/center)

| 历史信息 | 工商信息 | 主要股东 3 | 关联关系 | 历史高管 2 | 对外投资 | 法律文书 | 被执行人 | ⋮ | 知识产权 35 | 失信... |
| 企业族谱 | | | | | 经营预警 | | 经营信息 6 | | 著作权 | 历史... |
| 司法协助 | | | | | 资产证据-双随机抽查 | 行政处罚-税务异常 | 经营异常 | | 股权冻结 | 司法协助 |
| 招聘信息 1 | | | | | | 荣誉资质 2 | | | | 排... |

💡 推荐企业

| 河南铁投综合开发有限公司... | 华为技术有限公司 (/co... | 北京字节跳动科技有限公司... | 北京京东世纪贸... |
|  存续（在营、开业、在册） |  手机 笔记本 网络设备 |  抖音 西瓜 火山 |  快递 物流仓储 |
| 🔗 热搜企业 | 🔗 热搜企业 | 🔗 热搜企业 | 🔗 热搜企业 |

| 华业石化南京有限公司 (... | 河南铁嵩数字科技有限公... | 灵璧县渔沟中学 (/comp... | 郑州市开元寺建... |
|  存续（在营、开业、在册） |  存续（在营、开业、在册） |  正常 |  存续（在营、开业、在册） |
| 🔗 热搜企业 | 🔗 热搜企业 | 🔗 热搜企业 | 🔗 热搜企业 |



专注人工智能领域15年

| 快速导航 | 关于启信宝 | 联系方式 |
| 地区导航 (https://www.qixin.com/nav/) | 品牌名录 (https://www.qixin.com/brand/nav/) | 关系查询 (https://www.qixin.com/findrelation/) | 姓氏大全 (https://www.qixin.com/people/findname/) | 关于我们 (https://www.qixin.com/about) | 隐私政策 (https://www.qixin.com/privacy) | 在线咨询 |
| 行业导航 (https://www.qixin.com/industry/nav/) | | | | 常见问题 (https://www.qixin.com/questions/) | 儿童隐私 (https://www.qixin.com/child-privacy) | 客服邮箱：kefu@qixin.com (mailto:kefu@qixin.com) |
| 企业查询 (https://www.qixin.com/findcomp?key=小米&page=1) | 空壳查询 (https://www.qixin.com/shell?from=index) | 企业版 (https://top.qixin.com) | 热门搜索 (https://top.qixin.com) | 意见反馈 | | 客服电话：400-8286-855 |
| | | | | 服务协议 (https://www.qixin.com/terms) | | 工作时间：周一至周五：9:30-19:00 |
| 招标查询 (https://zhaobiao.qixin.com/) | 税号查询 (https://www.qixin.com/taxnumber/) | 人员名录 (https://www.qixin.com/people/nav/) | 商标查询 (https://www.qixin.com/peopletop.com?trackFrom=home-bottom-trademark) | | | |
| 批量查询 (https://www.qixin.com/batch/) | 老赖查询 (https://www.qixin.com/laolai/) | 年报查询 (https://www.qixin.com/yearreport/) | 融资查询 (https://www.qixin.com/financing) | | | |

扫码下载APP    启信...

小程序

APP

微信

数据来源：全国企业信用信息公示系统    国家知识产权局    商标局    版权局

友情链接：合合信息 (https://www.intsig.com)    名片全能王 (https://www.camcard.com)    扫描全能王 (https://www.camscanner.com)    国务院发展研究中心信息网 (http://www.drcnet.com.cn)    查大师 (https://chandashi.com/)    权大师 (https://www.quandashi.com/)    中国比地招标网 (http://www.bidizhaobiao.com)    网络非法金融信息举报专区 (https://www.js12377.cn/wyjb/index.jhtml?reportNext=18&reportClass=21&harmType=2)    建设招标网 (https://www.jszhaobiao.com)    蔚蓝地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com/)    猪八戒网 (https://www.zbj.com)    程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

在线咨询

置顶

 

官方备案企业征信机构
人民数据官方合作伙伴

(http:// 企业名、人名、品牌 🔍 搜索 (https://aixin.qixin.com/)(https://aixin.qixin.com/)

企业概况
(/company/ab34975d-

关联关系 17
(/related/ab34975d-

司法涉诉
(/risk/ab34975d-770e-

经营预警
(/warn/ab34975d-

经营信息 6
(/operation/ab34975d-

知识产权 35
(/ability/ab34975d-

历史
(/history/a



小程序



APP



微信



反馈



在线咨询



置顶

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌　🔍 搜索　(https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search关联关系 (/北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a/related/ab34975d-770e-
4e6b-b460-ba6f35b4f07a) (/risk/ab34975d-770e-(/warn/ab34975d-770e-(/operation/ab34975d-770e-(/ability/ab34975d-
知识产权 35 历史信
(/ability/ab34975d- (/history/a



## 北京华焱坤泰科技有限公司　去认证▶

存续　A级纳税人　有限责任公司　高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

📥 下载报告　❤ 关注

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-
4e6b-b460-ba6f35b4f07a) 关联企业3家 > (/shareholder/e4bd95
e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=rela
te-sum)

电话：📞 52905915　更多(3)

地址：北京市石景山区实兴东街11号5层5049室　更多(2)　附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.co
m)　更多(3)

| 📊 财产线索 HOT 线索数量 44 | 🏛 司法解析 NEW 涉及案件 ▮▮ (/judiciary-analysis/ab34975d-4e6b...) | 📄 合同违约 NEW 合作风险等级L1 低风险 (/contract-risk/ab34975d-770e-4e6b...) | 👤 股东信息：何亮... 持股比例73.2% 更多 (/shareholder/ab34975d-770e-4e6b...) |

🔔 新闻热点： 暂无数据

📑 发票抬头 🔗 分享企业

启信风险 ⑦
风险等级　自身风险　关联企业　关联风险
低　　　　3　　　　0　　　　0
(/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
查看详情

企业动态
2022-02-11 新增著作权信息，2022-0...　更多

商标信息　专利信息　著作权 34　资质认证 1　标准制定

## 著作权 34

作品著作权 0　软件著作权 34

状态 ▾　登记批准日期 ▾　请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 11 | 华焱坤泰保险中介云平台 V1.0 | 2019SR1217964 | 30200-0000 | - | 2019-11-27 |
| 12 | 华焱坤泰保险中介云移动展业平台 V1.0 | 2019SR1218688 | 30200-0000 | - | 2019-11-27 |
| 13 | 华焱坤泰汽车金融云移动展业平台 V3.0 | 2019SR1219855 | 30200-0000 | - | 2019-11-27 |
| 14 | 华焱坤泰汽车金融云平台 V3.0 | 2019SR1219075 | 30200-0000 | - | 2019-11-27 |
| 15 | 华焱坤泰保险接口平台 V2.0 | 2018SR1051591 | 30200-0000 | - | 2018-12-31 |

« 1 2 »

## 资质认证统计分析



启信宝 (https://www.qixin.com/)

证书类型  证书时间

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌  🔍 搜索  (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史信 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

### 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba... |
| 规模分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | | |

| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 17 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制人 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | |

| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 开庭案件 | 法律文书 询价评估 | 被执行人 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |

| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建议 | 司法拍卖 | 清 |

| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 | 抽查检查 | 进出口信息 供应链 | 排 |
| | | | | | | 商标 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 新闻舆情 信用评级 信用额度 多证合一 双随机抽查 | 供应信息 信用评价 | 在 |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | | |

小程序

APP  清

微信

反馈  排

在线咨询  微

置顶

知识产权 商标信息 专利信息 董事会 34
(https://www.qixin.com/) 官方备案企业征信机构 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)
人民数据官方合作伙伴

企业概况 关联关系 17 风险信息 经营预警 经营信息 6 知识产权 35 历史信
(/company/ab34975d- (/related/ab34975d- (/risk/ab34975d-770e- (/warn/ab34975d- (/operation/ab34975d- (/ability/ab34975d- (/history/a
770e-4e6b-b460- 770e-4e6b-b460- 4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-
ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) b460-
ba6f35b4f07a)

历史信息 工商信息 主要股东 3 历史高管 2 对外投资 法律文书 被执行人 开庭公告 法院公告 失
(/history/ab34975d- (/history/ab34975d- (/history/ab34975d- (/history/ab34975d- 动产抵押 股权出质 行政处罚 知识产权出质 行政许可
770e- 770e-4e6b-b460- 770e-4e6b-b460- 770e-4e6b-b460- 双随机抽查 税务异常 经营异常 股权冻结 司法协助 排污
4e6b- ba6f35b4f07a) ba6f35b4f07a) ba6f35b4f07a) 招聘信息 1 荣誉资质 2
b460-
ba6f35b4f07a)

👍 推荐企业

 河南铁投综合开发有限公... 存续 (在营、开业、在册) 🔗 热搜企业

 华为技术有限公司 (/co... 手机 笔记本 网络设备 🔗 热搜企业

 北京字节跳动科技有限公... 抖音 西瓜 火山 🔗 热搜企业

 北京京东世纪贸... 快递 物流仓储 🔗 热搜企业

 华业石化南京有限公司 (... 存续 (在营、开业、在册) 🔗 热搜企业

 河南铁嵩数字科技有限公... 存续 (在营、开业、在册) 🔗 热搜企业

 灵璧县渔沟中学 (/comp... 正常 🔗 热搜企业

 郑州市开元寺建... 存续 (在营、开业、在... 🔗 热搜企业


专注人工智能领域15年

快速导航 关于启信宝 联系方式

地图导航 品牌名录 关系查询 姓名大全 关于我们 隐私政策 在线咨询
(https://www.qixin.com/ (https://www.qixin.com/ (https://www.qixin.com/ (https://www.qixin.com/find- (https://www.qixin.com/about) (https://www.qixin.com/privacy) 企业邮箱:kefu@qixin.com
nav/) brand- company- people/) (mailto:kefu@qixin.com)
nav/) relation/)
行业导航 常见问题 儿童隐私 客服电话: 400-8286-855
(https://www.qixin.com/ (https://www.qixin.com/question) (https://www.qixin.com/child-
nav/) privacy) 工作时间: 周一至周五: 9:30-19:00

企业查询 空壳查询 企业版 热门搜索 意见反馈
(https://www.qixin.com/ (https://www.qixin.com/ (https://vip.qixin.com/?from=index) (https://top.qixin.com/klb/) (https://fb.qixin.com/)
key=小米 company-form=index)
&page=1) 老板查询 服务协议
(https://www.qixin.com/shareholder/e99bb7e5869b/) (https://www.qixin.com/terms)

招标查询 税号查询 人员名录 商标查询
(https://zhaobiao.qixin.com/ (https://www.qixin.com/tax- (https://www.qixin.com/people- (https://www.qixin.com/pg-people-
number) nav/) top.com?
trackFrom=home-
bottom-
trademark)

批量查询 老赖查询 年报查询 融资查询
(https://www.qixin.com/batch- (https://www.qixin.com/search/laolai) (https://www.qixin.com/annual-report) (https://rong.qixin.com/financing)

扫码下载APP 启信
小程序
APP
微信
反馈
置顶

数据来源: 全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接: 合作信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn)
(https://chandashi.com) 全能查询 (https://www.quandashi.com) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?
reportNext=1&reportClass=2&harmType=2) 蓝源地图 (https://www.jszhaobiao.com) 蔚蓝地图 (https://www.ipe.org.cn) 叨叨研报 (https://www.djyanbao.com) 猪八戒网 (https://www.zbj
程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司, 版权所有©2014 - 2022 沪ICP备18033674号-2
(https://beian.miit.gov.cn/)
公司地址: 上海市静安区万荣路1268号云立方A座11层
不良信息举报电话: 400-8286-855 举报邮箱: kefu@qixin.com (mailto:kefu@qixin.com)



官方备案企业征信机构
人民数据官方合作伙伴

(http:// | 企业名、人名、品牌 | 搜索 | (https://aixin.com/

| 企业概况 | 关联关系 17 | 司法涉诉 | 经营预警 | 经营信息 6 | 知识产权 35 | 历史... |
| (//company/ab34975d- | (//related/ab34975d- | (//risk/ab34975d-770e- | (//warn/ab34975d- | (//operation/ab34975d- | (//ability/ab34975d- | (//history/a |


小程序


APP


微信


反馈


在线咨询


置顶

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌   🔍 搜索   (https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search... 关联关系 (/...北京华焱坤泰科技股份公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 知识产权 35 历史...

## 北京华焱坤泰科技有限公司 去认证▸

存续   A级纳税人   有限责任公司   高新企业

自身风险 3条 ▸ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 关联企业3家 ▸ (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com) 更多(3)

电话：📞 52905915   更多(3)

地址：北京市石景山区实兴东街11号5层5049室   更多(2)   附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

财产线索 HOT   线索数量 44    司法解析 NEW   涉及案件    合同违约 NEW   合作风险等级L1 低风险    股东信息：何亮... 持股比例 73.2% ...

(/judiciary-analysis/ab34975d-...) (/xcb-contract-risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

新闻热点： 暂无数据    📄 发票抬头   🔗 分享企业

启信风险 ⑦   风险等级 低   自身风险 3   关联企业 0   关联风险 0   查看详情 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态   2021-11-26 新增著作权信息，2021-1...   更多

商标信息   专利信息   著作权 34   资质认证 1   标准制定

## 著作权 34

作品著作权 0    软件著作权 34

状态 ▾   登记批准日期 ▾   请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 16 | 华焱坤泰金融产品管理系统 V2.0 | 2018SR1051600 | 30200-0000 | - | 2018-12-21 |
| 17 | 华焱坤泰保险业务管理系统 V2.0 | 2018SR1051492 | 30200-0000 | - | 2018-12-21 |
| 18 | 华焱坤泰汽车金融系统 V2.0 | 2018SR1051785 | 30200-0000 | - | 2018-12-21 |
| 19 | 华焱坤泰-DRS数据自动处理系统 V1.0 | 2018SR208200 | 30100-0000 | DRS | 2018-03-27 |
| 20 | 华焱坤泰二手车延保系统 V1.0 | 2017SR575794 | 30100-7400 | - | 2017-10-19 |

«   2   3   »   置顶

## 资质认证统计分析

启信宝 (https://www.qixin.com/)

证书类型　证书时间

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌　🔍 搜索　(https://www.qixin.com/user/home/center)

企业概况 (/company/ab34975d-... 　关联关系 17 (/related/ab34975d-... 　司法涉诉 (/risk/ab34975d-770e-... 　经营预警 (/warn/ab34975d-... 　经营信息 6 (/operation/ab34975d-... 　知识产权 35 (/ability/ab34975d-... 　历史(/history/a...

质量管理...

## 资质认证　1

| 证书状态 ▾ | 证书类型 ▾ | 时间选择 ▾ |

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

**企业概况** (/company/ab34975d-770e-4e6b-b460-b460-b4f07a)
- 启信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 工商信息 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 对外投资
- 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 社保人数 (/company/ab34975d-770e-4e6b-b460-ba...)

- 股权分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 融资信息
- 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 注销备案

**关联关系** (/related/ab34975d-770e-4e6b-b460-b4f07a)
- 关联企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 分支机构
- 疑似关系
- 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 实际控制企业
- 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

**司法涉诉** (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 司法案件
- 涉刑案件
- 法律文书
- 询价评估
- 被执行人
- 股权冻结
- 失信被执行
- 司法协助
- 限制高消费
- 限制招投标
- 开庭公告
- 法院公告
- 立

**经营预警** (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 债务分析 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 行政处罚
- 强制清算
- 环保处罚
- 破产案件
- 经营异常
- 税务异常
- 严重违法失信
- 违法违规建设
- 司法拍卖

**经营信息** (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 动产抵押
- 股权出质
- 质权人
- 知识产权出质
- 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 土地信息
- 抽查检查
- 进出口信用
- 供应链
- 排

- 商标 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 新闻舆情
- 招标信息
- 信用评级
- 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
- 信用额度
- 多证合一
- 双随机抽查

- 电信许可
- 政府奖励项目
- 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

小程序

APP

微信

反馈

在线咨询

置顶




启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌　　🔍 搜索

(https://www.qixin.com/user/home/center)

知识产权 34　商标信息 (/ability/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　专利信息 (/ability/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　著作权 34 (/ability/ab34975d-770e-4eb6-b460-ba6f35b4f07a)

企业概况 (/company/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　关联关系 17 (/related/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　风险信息 (/risk/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　司法涉诉 (/risk/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　经营预警 (/warn/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　经营信息 6 (/operation/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　知识产权 35 (/ability/ab34975d-...)　历史信 (/history/a

历史信息 (/history/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　工商信息 (/history/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　主要股东 3 (/history/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　历史高管 2 (/history/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　对外投资　法律文书　被执行人　开庭公告　法院公告　失

动产抵押　股权出质　行政处罚　知识产权出质　行政许可　排污

双随机抽查　税务异常　经营异常　股权冻结　司法协助

招聘信息 1 (/history/ab34975d-770e-4eb6-b460-ba6f35b4f07a)　荣誉资质 2 (/history/ab34975d-770e-4eb6-b460-ba6f35b4f07a)

👍 推荐企业

| | |
|---|---|
| 河南铁投综合开发有限公... 存续（在营、开业、在册） 🔗 热搜企业 |  华为技术有限公司 (/co... 手机　笔记本　网络设备 🔗 热搜企业 |
|  北京字节跳动科技有限公... 抖音　西瓜　火山 🔗 热搜企业 |  北京京东世纪贸... 快递　物流仓储 🔗 热搜企业 |
|  华业石化南京有限公司 (... 存续（在营、开业、在册） 🔗 热搜企业 |  河南铁嵩数字科技有限公... 存续（在营、开业、在册） 🔗 热搜企业 |
|  灵璧县渔沟中学 (/comp... 正常 🔗 热搜企业 |  郑州市开元寺建... 存续（在营、开业、... 🔗 热搜企业 |



专注人工智能领域15年

**快速导航**

地图导航 (https://www.qixin.com/map-nav/)　品牌名录 (https://www.qixin.com/brands-nav/)　关系查询 (https://www.qixin.com/relation)　姓名大全 (https://www.qixin.com/findcom-name)

行业导航 (https://www.qixin.com/industry-nav/)

企业查询 (https://www.qixin.com/search?key=小米&page=1)　空壳查询 (https://www.qixin.com/shell-nav/)　企业版 (https://www.qixin.com/company?from=index)　热门搜索 (https://top.qixin.com/)

招标查询 (https://zhaobiao.qixin.com/)　税号查询 (https://www.qixin.com/tax-number)　人员名录 (https://www.qixin.com/people-nav/)　商标查询 (https://www.qixin.com/pgeople-top.com?trackFrom=home-bottom-trademark)

批量查询 (https://www.qixin.com/batch-search)　老赖查询 (https://www.qixin.com/laolai-nav)　年报查询 (https://www.qixin.com/report)　融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about)　隐私政策 (https://www.qixin.com/privacy)

常见问题 (https://www.qixin.com/question)　儿童隐私 (https://www.qixin.com/child-privacy)

意见反馈　服务协议 (https://www.qixin.com/terms)　老版查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

**联系方式**

在线咨询

企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

客服热线：400-8286-855

工作时间：周一至周五：9:30-19:00

扫码下载APP　启信

小程序

APP

微信

反馈

数据来源：全国企业信用信息公示系统　国家知识产权局　商标局　版权局

友情链接：合合信息 (https://www.intsig.com)　名片全能王 (https://www.camcard.com)　扫描全能王 (https://www.camscanner.com)　国务院发展研究中心信息网 (http://www.drcnet.com.cn/) (https://chandashi.com)　全能查 (https://www.quandashi.com)　中国比地招标网 (http://www.bidizhaobiao.com)　网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)　蓝宙地图 (https://www.ipe.org.cn)　润思研报 (https://www.djyanbao.com)　猪八戒网 (https://www.zbj程序商城系统 (https://www.youzan.com)　招标采购信息网 (https://www.jszhaobiao.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

(http://    企业名、人名、品牌    🔍 搜索    ce (https://www.qixin.com/member/vip)

企业概况 (/company/ab34975d-    关联关系 17 (/related/ab34975d-    司法涉诉 (/risk/ab34975d-770e-    经营预警 (/warn/ab34975d-    经营信息 6 (/operation/ab34975d-    知识产权 35 (/ability/ab34975d-    历史 (/history/a


小程序


APP


微信


反馈


在线咨询


置顶

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌　🔍 搜索　(https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search 关联关系 /北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 知识产权 35 历史 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) /related/ab34975d-... /risk/ab34975d-770e-... /warn/ab34975d-... /operation/ab34975d-... /ability/ab34975d-... (/history/a

## 北京华焱坤泰科技有限公司 去认证 ›

存续　A级纳税人　有限责任公司　高新企业

自身风险 3条 › (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 /shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 关联企业3家 › (/shareholder/e4bd95 e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=rela te-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.co m) 更多(3)

电话：📞 52905915　更多(3)

地址：北京市石景山区实兴东街11号5层5049室　更多(2)　附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

📈 财产线索 HOT 线索数量 44 | 🏛 司法解析 NEW 涉及案件 | 📋 合同违约 NEW 合作风险等级L1 低风险 | 👤 股东信息：何亮 持股比例 73.2% ›

(/judiciary-analysis/ab34975d-... (/combit-analysis/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

📰 新闻热点：　暂无数据

🧾 发票抬头　🔗 分享企业

启信风险 ⑦ | 风险等级 低 | 自身风险 3 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 0 | 关联风险 0 | 查看详情

企业动态　2021-11-29 新增著作权信息，2021-1... 更多

### 著作权 34

商标信息　专利信息　著作权 34　资质认证 1　标准制定

#### 著作权 34

作品著作权 0　软件著作权 34　　状态 ▼　登记批准日期 ▼　请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 21 | 华焱坤泰车行信息管理系统 V1.0 | 2017SR575828 | 30100-7400 | - | 2017-10-19 |
| 22 | 华焱坤泰对账系统 V1.0 | 2017SR575816 | 30100-7400 | - | 2017-10-19 |
| 23 | 华焱坤泰客户管理系统 V1.0 | 2017SR575803 | 30100-7400 | - | 2017-10-19 |
| 24 | 华焱坤泰汽车保险系统 V1.0 | 2017SR575492 | 30100-7400 | - | 2017-10-19 |
| 25 | 华焱坤泰汽车金融系统 V1.0 | 2017SR555668 | 30100-7400 | - | 2017-09-29 |

« 3 4 »

### 资质认证统计分析

启信宝 (https://www.qixin.com/)

证书类型 | 证书时间

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌　🔍 搜索　(https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史信 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾ 　证书类型 ▾ 　时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

### 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) |
| | 股东分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | |
| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 34 | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | |
| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 法律诉讼 | 法律文书 询价评估 | 被执行人 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 |
| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 | 抽查检查 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 进出口信 新闻舆情 | 排 |
| | | | | | | 招投标 1 (/operation/ab34975d-770e-4e6b-ba6f35b4f07a) | 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 供应链 信用评级 信用额度 多证合一 双随机抽查 | 在 微 |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | |



启信宝 (https://www.qixin.com/)

北京华义坤泰科技有限公司 / 启信宝

企业名、人名、品牌    搜索 (https://www.qixin.com/user/home/center)

知识产权    商标信息    专利信息    要素信息 34    标准制订
企业概况    关联关系 17    司法涉诉    经营预警    经营信息 6    知识产权 35    历史信

历史信息 (/history/...)    工商信息    主要股东 3    历史高管 2    对外投资    法律文书    被执行人    开庭公告    法院公告    失

动产抵押    股权出质    行政处罚    知识产权出质    行政许可

双随机抽查    税务异常    经营异常    股权冻结    司法协助

招聘信息 1    荣誉资质 2    排污

## 推荐企业


河南铁投综合开发有限公...
存续（在营、开业、在册）
🔗 热搜企业


华为技术有限公司 (/co...
手机    笔记本    网络设备
🔗 热搜企业


北京字节跳动科技有限公...
抖音    西瓜    火山
🔗 热搜企业


北京京东世纪贸...
快递    物流仓储
🔗 热搜企业


华业石化南京有限公司 (...
存续（在营、开业、在册）
🔗 热搜企业


河南铁嵩数字科技有限公...
存续（在营、开业、在册）
🔗 热搜企业


灵璧县渔沟中学 (/comp...
正常
🔗 热搜企业


郑州市开元寺建...
存续（在营、开业、...
🔗 热搜企业

专注人工智能领域15年

快速导航
地区导航 (https://www.qixin.com/nav/)
品牌名录 (https://www.qixin.com/brand/nav/)
关系查询 (https://www.qixin.com/relation)
姓名大全 (https://www.qixin.com/findname/nav/)
行业导航 (https://www.qixin.com/industry/nav/)
企业查询 (https://www.qixin.com/company/list?key=小米&page=1)
空壳查询 (https://www.qixin.com/emptyshell?from=index)
企业版 (https://vip.qixin.com/)
热门搜索 (https://www.qixin.com/hot/)
意见反馈 (https://www.qixin.com/feedback)
招标查询 (https://zhaobiao.qixin.com/)
税号查询 (https://www.qixin.com/taxnumber)
人员名录 (https://www.qixin.com/people/nav/)
商标查询 (https://www.qixin.com/peopletop.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/batch)
老赖查询 (https://www.qixin.com/shixin)
年报查询 (https://www.qixin.com/annualreport)
融资查询 (https://www.qixin.com/financing)

关于启信宝
关于我们 (https://www.qixin.com/about)
隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/question)
儿童隐私 (https://www.qixin.com/child-privacy)
服务协议 (https://www.qixin.com/terms)
老板信息 (https://www.qixin.com/shareholder/e99bb7e5869b/)

联系方式
在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服热线：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP    启信
小程序
APP
微信
反馈

数据来源：全国企业信用信息公示系统    国家知识产权局    商标局    版权局

友情链接：合合信息 (https://www.intsig.com)    名片全能王 (https://www.camcard.com)    扫描全能王 (https://www.camscanner.com)    国务院发展研究中心信息网 (http://www.drcnet.com.cn) 全能王
(https://chandashi.com)    全能王 (https://www.quandashi.com)    中国比地招标网 (http://www.bidizhaobiao.com)    网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)    蓝鲸地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com)    猪八戒网 (https://www.zbj
程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据科技有限公司，版权所有©2014 - 2022    沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855    举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)





启信宝 (https://www.qixin.com/)    官方备案企业征信机构 人民数据官方合作伙伴    (http://    企业名、人名、品牌    🔍 搜索    ce    (https://xinxi.qixin.com/h5?from=search)

企业概况 (/company/ab34975d-    关联关系 17 (/related/ab34975d-    司法涉诉 (/risk/ab34975d-770e-    经营预警 (/warn/ab34975d-    经营信息 6 (/operation/ab34975d-    知识产权 35 (/ability/ab34975d-    历史... (/history/a


小程序


APP


微信


反馈


在线咨询


置顶



启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌  🔍 搜索  (https://www.qixin.com/user/home/center)

首页 (/) 企业信息查询 (/search 关联关系 /) 北京华焱坤泰科技有限公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)  知识产权 35 (/ability/ab34975d-  历史信 (/history/a

(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 浏览:3089

## 北京华焱坤泰科技有限公司  去认证 ▸

存续  A级纳税人  有限责任公司  高新企业

自身风险 3条 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人: 何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a) 关联企业3家> (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码: 9111010731839699XD

邮箱: majing@wabestway.com (mailto:majing@wabestway.com) 更多(3)

电话: 📞 52905915 更多(3)

地址: 北京市石景山区实兴东街11号5层5049室 更多(2) 附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

📄 财产线索 HOT 线索数量 44 | ⚖ 司法解析 NEW 涉及案件 | 📋 合同违约 NEW 合作风险等级L1 低风险 | 👥 股东信息: 何亮 持股比例 73.2% ▸

(/judiciary-analysis/ab34975d-... (/contract-breach/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

📰 新闻热点: 暂无数据

📑 发票抬头  ⤴ 分享企业

启信风险 ⓘ | 风险等级 低 | 自身风险 3 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 0 | 关联风险 0 | 查看详情

企业动态  2021-11-29 新增著作权信息，2021-1...  更多

商标信息 | 专利信息 | 著作权 34 | 资质认证 1 | 标准制定

## 著作权 34

作品著作权 0 | 软件著作权 34

状态 ▾  登记批准日期 ▾  请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 26 | 华焱坤泰延保理赔管理系统 V1.0 | 2017SR555673 | 30100-7400 | - | 2017-09-29 |
| 27 | 华焱坤泰金融贷款系统 V1.0 | 2017SR554963 | 30100-7400 | - | 2017-09-29 |
| 28 | 华焱坤泰保险批改管理系统 V1.0 | 2017SR555660 | 30100-7400 | - | 2017-09-29 |
| 29 | 华焱坤泰数据变更系统 V1.0 | 2017SR555681 | 30100-7400 | - | 2017-09-29 |
| 30 | 华焱坤泰续保管理系统 V1.0 | 2017SR549599 | 30100-7400 | - | 2017-09-26 |

« 3 4

## 资质认证统计分析

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |

证书类型    证书时间

质量管理...

## 资质认证 1

证书状态 ▾    证书类型 ▾    时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

### 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 | 工商信息 | 主要股东 6 | 主要人员 2 | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) |
|---|---|---|---|---|---|---|---|---|
| | 问询分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | |

| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) |
|---|---|---|---|---|---|---|---|

| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 法律诉讼案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
|---|---|---|---|---|---|---|---|---|---|

| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 |
|---|---|---|---|---|---|---|---|---|

| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 | 抽查检查 | 进出口信息 | 排 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 商标 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 新闻舆情 | 供应链 | |
| | | | | | | 专利信息 税务资质 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 信用评级 信用额度 多证合一 双随机抽查 | 信用额度 置顶 | |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | | |









| 知识产权 | 商标信息 | 专利信息 | 著作权 34 | | |
| (/ability/ab34975d-) | (/ability/ab34975d) | 官方备案企业征信机构 | (/ability/ab34975d-) | 企业名、人名、品牌 | 搜索 | (https://www.qixin.com/user/home/center) |
| 770e-4e6b-b460-... | | 人民数据官方合作伙伴 | 770e-4e6b-b460-ba6f35b4f07a) | | |
| 企业概况 | 关联关系 17 | | 司法涉诉 | 经营预警 | 经营信息 6 | 知识产权 35 | 历史信 |
| (/company/ab34975d-) | (/related/ab34975d-) | (/risk/ab34975d-770e-... | (/warn/ab34975d-... | (/operation/ab34975d-... | (/ability/ab34975d-... | (/history/a |
| 770e-4e6b-b460-ba6f35b4f07a) | | | | | | |

| 历史信息 | 工商信息 | 主要股东 3 | 历史高管 2 | 对外投资 | 法律文书 | 被执行人 | 开庭公告 | 法院公告 | 失 |
| (/history/ab34975d) | (/history/ab34975d-) | (/history/ab34975d-) | (/history/ab34975d-) | 动产抵押 | 股权出质 | 行政处罚 | 知识产权出质 | 行政许可 | |
| 770e-4e6b-b460-ba6f35b4f07a) | 770e-4e6b-b460-ba6f35b4f07a) | 770e-4e6b-b460-ba6f35b4f07a) | ba6f35b4f07a) | 双随机抽查 | 税务异常 | 经营异常 | 股权冻结 | 司法协助 | 排污 |
| | | | | 招聘信息 1 | 荣誉资质 2 | | | | |
| | | | | (/history/ab34975d-) | (/history/ab34975d-) | | | | |
| | | | | 770e-4e6b-b460-ba6f35b4f07a) | 770e-4e6b-b460-ba6f35b4f07a) | | | | |

👍 **推荐企业**

|  河南铁投综合开发有限公... 存续（在营、开业、在册） 🔗 热搜企业 |  华为技术有限公司 (/co... 手机　笔记本　网络设备 🔗 热搜企业 |  北京字节跳动科技有限公... 抖音　西瓜　火山 🔗 热搜企业 |  北京京东世纪贸... 快递　物流仓储 🔗 热搜企业 |
| 华业石化南京有限公司 (... 存续（在营、开业、在册） 🔗 热搜企业 | 河南铁嵩数字科技有限公... 存续（在营、开业、在册） 🔗 热搜企业 | 灵璧县渔沟中学 (/comp... 正常 🔗 热搜企业 | 郑州市开元寺建... 存续（在营、开业、 🔗 热搜企业 |



专注人工智能领域15年

| 快速导航 | 关于启信宝 | 联系方式 |

| 地区导航 | 品牌名录 | 关系查询 | 姓氏大全 | 关于我们 | 隐私政策 | 在线咨询 |
| (https://www.qixin.com/qixin-nav/) | (https://www.qixin.com/brands-nav/) | (https://www.qixin.com/findi-relation) | (https://www.qixin.com/name-rank) | (https://www.qixin.com/about) | (https://www.qixin.com/privacy) | 企业邮箱：kefu@qixin.com |
| | | | 行业导航 | 常见问题 | 儿童隐私 | (mailto:kefu@qixin.com) |
| | | | (https://www.qixin.com/industry-nav/) | (https://www.qixin.com/question/child-privacy) | | 客服电话：400-8286-855 |
| 企业查询 | 空壳查询 | 企业版 | 热门搜索 | 意见反馈 | | 工作时间：周一至周五：9:30-19:00 |
| (https://www.qixin.com/?key=小米&page=1) | (https://www.qixin.com/shell-company?from=index) | (https://bbp.qixin.com/) | (https://www.qixin.com/hot) | (https://www.qixin.com/feedback) | | |
| | | | 老板查询 | 服务协议 | | |
| | | | (https://www.qixin.com/shareholder/e99bb7e5869b/) | (https://www.qixin.com/terms) | | |
| 招标查询 | 税号查询 | 人员名录 | 商标查询 | | | |
| (https://zhaobiao.qixin.com/) | (https://www.qixin.com/tax-number) | (https://www.qixin.com/people-nav/) | (https://www.qixin.com/pgeople-top.com?trackFrom=home-bottom-trademark) | | | |
| 批量查询 | 老赖查询 | 年报查询 | 融资查询 | | | |
| (https://www.qixin.com/batch) | (https://www.qixin.com/laolai-nav/) | (https://www.qixin.com/annual-report) | (https://www.qixin.com/financing) | | | |

扫码下载APP　启信

小程序

APP

微信

反馈

置顶

数据来源：全国企业信用信息公示系统　国家知识产权局　商标局　版权局

友情链接：合合信息 (https://www.intsig.com)　名片全能王 (https://www.camcard.com)　扫描全能王 (https://www.camscanner.com)　国务院发展研究中心信息网 (http://www.drcnet.com.cn)　全球大 (https://chandashi.com)　全能数 (https://www.quandashi.com)　中国比地招标网 (http://www.bidizhaobiao.com)　网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)　蓝黍地图 (https://www.ipe.org.cn)　洞见研报 (https://www.djyanbao.com)　猪八戒网 (https://www.zbj.com)　程序猿商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

https://www.qixin.com/ability/ab34975d-770e-4e6b-b460-ba6f35b4f07a

3/4

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

(http://    企业名、人名、品牌    🔍 搜索    (https://aiww.q0h21b37b389d623a4d6a8a

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史信息 (/history/a |


小程序


APP


微信


反馈


在线咨询


置顶

启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌 　🔍 搜索  (https://www.qixin.com/user/home/center)

首页 (/) 企业高级查询 (/search关联关系?北京华焱坤泰科技股份公司 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)
(/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

知识产权 35
(/ability/ab34975d-

历史f
(/history/a

浏览:3089

## 北京华焱坤泰科技有限公司　去认证 ▶

📥 下载报告　❤ 关注

存续　A级纳税人　有限责任公司　高新企业

自身风险 3条 ▶ (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

#IT基础设施 #人脸识别 #企业服务 #开发商 #开发工具 #智慧城市 #智慧小区 #静脉识别

法定代表人：何亮 (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)　关联企业3家 ▶ (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a?section=relate-sum)

统一社会信用代码：9111010731839699XD

邮箱：majing@wabestway.com (mailto:majing@wabestway.com)　更多(3)

电话：📞 52905915　更多(3)

地址：北京市石景山区实兴东街11号5层5049室　更多(2)　附近企业 (/app/map-search?ename=北京华焱坤泰科技有限公司)

财产线索 HOT　线索数量 44

司法解析 NEW　涉及案件 ■■ (/judiciary-analysis/ab34975d-...

合同违约 NEW　合作风险等级L1 低风险 (/contract-risk/ab34975d-770e-4e6b...

股东信息：何亮■■ 持股比例 73.2% ▶ (/shareholder/e4bd95e4baae/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

🔔 新闻热点：　暂无数据

📄 发票抬头　🔗 分享企业

启信风险 ❓

| 风险等级 | 自身风险 | 关联企业 | 关联风险 |
|---|---|---|---|
| 低 | 3 | 0 | 0 |

查看详情 (/risk-self/ab34975d-770e-4e6b-b460-ba6f35b4f07a)

企业动态　2022-02-11 新增著作权信息，2022-0...　更多

商标信息　专利信息　著作权 34　资质认证 1　标准制定

## 著作权 34

作品著作权 0　软件著作权 34

状态 ▾　登记批准日期 ▾　请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 31 | 华焱坤泰护航续航系统 V1.0 | 2017SR545831 | 30100-7400 | - | 2017-09-26 |
| 32 | 华焱坤泰数据锁定系统 V1.0 | 2017SR545855 | 30100-7400 | - | 2017-09-26 |
| 33 | 华焱坤泰延保合同管理系统 V1.0 | 2017SR545825 | 30100-7400 | - | 2017-09-25 |
| 34 | 华焱坤泰延保基础数据管理系统 V1.0 | 2017SR542393 | 30100-7400 | - | 2017-09-25 |

«　3　4　»

## 资质认证统计分析

证书类型　证书时间



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌　🔍 搜索　(https://www.qixin.com/user/home/center)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |

质量管理...

## 资质认证 1

证书状态 ▾　证书类型 ▾　时间选择 ▾

| 序号 | 证书名称 | 证书编号 | 证书状态 | 发证日期 |
|---|---|---|---|---|
| 1 | 质量管理体系认证（ISO9001） | 17320Q20227R0S | 撤销 | 2020-04-26 |

## 全部维度

| 企业概况 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 启信图谱 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工商信息 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要股东 6 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 主要人员 2 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 对外投资 | 核心团队 1 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 变更记录 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 社保人数 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 工 ab |
|---|---|---|---|---|---|---|---|---|---|
| | 股权分析 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 企业年报 7 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 融资信息 | 竞品信息 20 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 品牌产品 (/company/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 注销备案 | | | |
| 关联关系 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 关联企业 17 | 分支机构 | 疑似关系 | 受益所有人 1 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 实际控制企业 | 控股企业 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 竞争对手 16 (/related/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | |
| 司法涉诉 (/risk/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 司法案件 经营风险 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 债务分析 (/warn/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | |
| 经营信息 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 土地信息 招投标 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 抽查检查 新闻舆情 税务信用 2 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | 进出口信息 供应商 招聘信息 信用评级 信用额度 多证合一 双随机抽查 | 排 债券信息 |
| | 电信许可 | 政府奖励项目 | 荣誉资质 1 (/operation/ab34975d-770e-4e6b-b460-ba6f35b4f07a) | | | | | | |
| 知识产权 (/ability/ab34975d-770e- | 商标信息 (/ability/ab34975d-770e- | 专利信息 | 著作权 34 (/ability/ab34975d-770e- | 资质认证 1 (/ability/ab34975d-770e- | 标准制定 | | | | |

小程序清
APP
微信
反馈
在线咨询
置顶

启信宝
(https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

企业名、人名、品牌    🔍 搜索    (https://www.qixin.com/user/home/center)

企业概况
(/company/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

工商信息

关联族谱 73
(/related/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

历史商标

历史司法涉诉
(/history/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

对外投资

经营预警 文书

经营信息 6
(/operation/ab34975d-

知识产权 35
(/ability/ab34975d-

历史

知产风险    行政许可    司法协助    排污许可






双随机抽查    税务异常    经营异常    股权冻结    司法协助    排污

招聘信息 1
(/history/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

荣誉资质 2
(/history/ab34975d-
770e-4e6b-b460-
ba6f35b4f07a)

## 👍 推荐企业



河南铁投综合开发有限公...
存续（在营、开业、在册）
🔗 热搜企业

华为技术有限公司 (/co...
手机    笔记本    网络设备
🔗 热搜企业

北京字节跳动科技有限公...
抖音    西瓜    火山
🔗 热搜企业

北京京东世纪贸
快递    物流仓储
🔗 热搜企业



华业石化南京有限公司 (...
存续（在营、开业、在册）
🔗 热搜企业



河南铁嵩数字科技有限公...
存续（在营、开业、在册）
🔗 热搜企业

灵璧县渔沟中学 (/comp...
正常
🔗 热搜企业

郑州市开元寺建
存续（在营、开业、
🔗 热搜企业





专注人工智能领域15年

### 快速导航

地区导航
(https://www.qixin.com/nav/)
品牌名录
(https://www.qixin.com/nav/)
关系查询
(https://www.qixin.com/find-relation)
姓氏大全
(https://www.qixin.com/child-name/)

行业导航
(https://www.qixin.com/industry-nav/)

企业查询
(https://www.qixin.com/apps/?from=index)
空壳查询
(https://www.qixin.com/apps/?key=小米&page=1)
企业版
(https://www.qixin.com/top-qixin)
热门搜索
(https://top.qixin.com?trackFrom=home-top-trademark)
老板查询
(https://www.qixin.com/people-nav/)

招标查询
(https://zhaobiao.qixin.com/)
税号查询
(https://www.qixin.com/tax-number/)
人员名录
(https://www.qixin.com/people-nav/)
商标查询
(https://www.qixin.com/pgeople-top.com?trackFrom=home-bottom-trademark)

批量查询
(https://www.qixin.com/batch-search/)
老赖查询
(https://www.qixin.com/laolai-query/)
年报查询
(https://www.qixin.com/annual-report/)
融资查询
(https://www.qixin.com/financing)

### 关于启信宝

关于我们
(https://www.qixin.com/about)
隐私政策
(https://www.qixin.com/privacy)

常见问题
(https://www.qixin.com/questions/)
儿童隐私
(https://www.qixin.com/child-privacy)

意见反馈
服务协议
(https://www.qixin.com/terms)

股东查询
(https://www.qixin.com/shareholder/e99bb7e5869b/)

### 联系方式

在线咨询
kefu@qixin.com
(mailto:kefu@qixin.com)
电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP    启信

小程序
APP
微信

在线咨询

置顶




数据来源：    全国企业信用信息公示系统    国家知识产权局    商标局    版权局

友情链接：    合合信息 (https://www.intsig.com)    名片全能王 (https://www.camcard.com)    扫描全能王 (https://www.camscanner.com)    国务院发展研究中心信息网 (http://www.drcnet.com.cn)    查企业 (https://chandashi.com/)    权大师 (https://www.quandashi.com/)    中国比地招标网 (http://www.bidizhaobiao.com)    网络违法信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=28harmType=2)    建设招标网 (https://www.jszhaobiao.com/)    蔚蓝地图 (https://www.ipe.org.cn)    洞见研报 (https://www.djyanbao.com/)    第八戒网    程序商城系统 (https://www.youzan.com)    周八戒网    程序商城系统 zbj

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)    上海生腾数据科技有限公司，版权所有©2014 - 2022    沪ICP备18033674号

(https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855    举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)



启信宝 (https://www.qixin.com/)

官方备案企业征信机构
人民数据官方合作伙伴

(http:// 企业名、人名、品牌 搜索 ce (https://aixin.qixin.com/.../)

| 企业概况 (/company/ab34975d- | 关联关系 17 (/related/ab34975d- | 司法涉诉 (/risk/ab34975d-770e- | 经营预警 (/warn/ab34975d- | 经营信息 6 (/operation/ab34975d- | 知识产权 35 (/ability/ab34975d- | 历史 (/history/a |
|---|---|---|---|---|---|---|

北京华誉坤泰科技有限公司 / 启信宝


小程序


APP


微信


反馈


在线咨询


置顶