# EXHIBIT 13

 启信宝 (https://www.qixin.com/)　官方备案企业征信机构 人民数据官方合作伙伴　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)

首页 (/)　企业查询 (/search-)　企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)　关联关系 (/related/294afe9f-...)　北京惠轫互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)　经营预警 (/warn/294afe9f-c56e-...)　经营信息 (/operation/294afe9f-...)　知识产权 31 (/ability/294afe9f-...)　历史信息 (/history/2...)

## 北京惠轫互联科技有限公司　去认证



存续　有限责任公司　自身风险 5条 ▶ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

浏览: 643

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)　关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)　查看详情

电话：13910909058　查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...　查看详情　附近企业 (/app/map-search?ename=北京惠轫互联科技有限公司)

| 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：崔凯 |
|---|---|---|---|
| 线索数量 39 | 涉及案件 | 合作风险等级L1 低风险 | 持股比例 100% |
| | (/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045) | (/contract-default/294afe9f-c56e-4cd7-b7dd-417a98a29045) | |

新闻热点：　暂无数据　发票抬头　分享企业

启信风险　风险等级 中　自身风险 5 (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)　关联企业 0　关联风险 0　查看详情

企业动态　2022-01-12　新增参与，中国人民财产... 更多

---

商标信息 2　专利信息　著作权 29　资质认证　标准制定

### 商标信息 2

不限地区 ▼　不限类别 ▼　不限状态 ▼

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 | | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |
| 2 | | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |

商标注册，企业必备，保护品牌不再等> (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

作品著作权 0　软件著作权 29　状态 ▼　登记批准日期 ▼　请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 1 | 华焱坤泰数据锁定系统 V1.0 | 2021SR2225907 | - | - | 2021-12-30 |
| 2 | 华焱坤泰-DRS数据自动处理系统 V1.0 | 2021SR2225914 | - | DRS | 2021-12-30 |
| 3 | 华焱坤泰保险批改管理系统 V1.0 | 2021SR2225925 | - | - | 2021-12-30 |
| 4 | 华焱坤泰一键报案小程序 V1.2 | 2021SR2225826 | - | - | 2021-12-30 |
| 5 | 华焱坤泰对账系统 V1.0 | 2021SR2225920 | - | - | 2021-12-30 |



| 全部维度概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/... |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工... (/c... b7... 41... |
| | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立... |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清... |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 债券信息 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排... 微... |
| | | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失... 反馈污... |

推荐企业

| 香港中央结算有限公司 (... | 中信银行股份有限公司 (... | 河南沅翰实业有限公司 (... | 大连合兴投资有... |
|---|---|---|---|
| 仍注册 | 金融 融资 同业 | 存续（在营、开业、在册） | 项目投资 |




















专注人工智能领域15年

**快速导航**

| 地区导航 | 品牌名录 | 关系查询 | 姓氏大全 |
|---|---|---|---|
| 企业查询 | 空壳查询 | 企业版 | 热门搜索 |
| 招标查询 | 税号查询 | 人员名录 | 商标查询 |
| 批量查询 | 老赖查询 | 年报查询 | 融资查询 |

行业导航  意见反馈  服务协议  老板查询

**关于启信宝**

关于我们  隐私政策  常见问题  儿童隐私

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

 扫码下载APP
 启信宝

数据来源： 全国企业信用信息公示系统  国家知识产权局  商标局  版权局

友情链接： 合合信息  名片全能王  扫描全能王  国务院发展研究中心信息网  蝉大师  权大师  中国比地招标网  网络非法金融信息举报专区  建设招标网  蔚蓝地图  洞见研报  猪八戒网  程序商城系统

沪公网安备 31010602003968号  上海生腾数据科技有限公司，版权所有©2014 - 2022  沪ICP备18033674号-2

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855  举报邮箱：kefu@qixin.com

小程序  APP  微信  反馈  在线咨询  置顶

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌  🔍 搜索    (https://www.qixin.com/user/home/center)

首页 (/)  企业黄页 企业查询 (/search-  关联关系 / 北京惠轵互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)  经营预警 (/warn/294afe9f-c56e-  经营信息 (/operation/294afe9f-  知识产权 31 (/ability/294afe9f-  历史信息 (/history/2

**北京惠轵互联科技有限公司**  去认证

存续   有限责任公司   自身风险 5条 ▸ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)  关联企业3家 › (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com) 查看详情

电话：13910909058  查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轵互联科技有限公司)

财产线索 HOT  线索数量 39

司法解析 NEW  涉及案件 ●

合同违约 NEW  合作风险等级L1 低风险

股东信息：崔凯  持股比例 100%

(/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045)  (/contract-7b7dd-417a98a29045)fe9f-c56e-4cd7-b7dd-417a98a29045)

新闻热点：  暂无数据                                              发票抬头   分享企业

启信风险   风险等级 中   自身风险 5   关联企业 0   关联风险 0   查看详情   企业动态   2022-01-12 新增参与，中国人民财产...  更多
(/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

### 商标信息 2

不限地区 ▾   不限类别 ▾   不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54 |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54 |

商标注册，企业必备，保护品牌不再等 › (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 |   |   | 状态 ▾ | 登记批准日期 ▾ | 请输入关键词 |

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 6 | 华焱坤泰车行信息管理系统 V1.0 | 2021SR2225917 | - | - | 2021-12-30 |
| 7 | 华焱坤泰保险接口平台 V2.0 | 2021SR2225912 | - | - | 2021-12-30 |
| 8 | 华焱坤泰二手车延保系统 V1.0 | 2021SR2225919 | - | - | 2021-12-30 |
| 9 | 华焱坤泰数据变更系统 V1.0 | 2021SR2225921 | - | - | 2021-12-30 |
| 10 | 华焱坤泰产品管理系统 V2.0 | 2021SR2225908 | - | - | 2021-12-30 |

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

« 1 2 3

| 全部维度概况 (/company/294afe9f-...) | 关联关系 1 (/related/294afe9f-...) | 司法涉诉 (/risk/294afe9f-c56e-...) | 经营预警 (/warn/294afe9f-c56e-...) | 经营信息 7 (/operation/294afe9f-...) | 知识产权 31 (/ability/294afe9f-...) | 历史信息 (/history/2...) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商 (/c b7 41 |
| 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

小程序

APP

微信

反馈污

在线咨询

置顶

👍 推荐企业

 香港中央结算有限公司 (... 仍注册

 中信银行股份有限公司 (... 金融 融资 同业

 河南沅翰实业有限公司 (... 存续（在营、开业、在册）

 大连合兴投资有... 项目投资

  官方备案企业征信机构 人民数据官方合作伙伴   

| 企业概况 | 关联关系 1 | 司法涉诉 | 经营预警 | 经营信息 7 | 知识产权 31 | 历史信息 |
|---|---|---|---|---|---|---|


工具　教育　输入法
热搜企业


装饰装修　核电站建设
热搜企业


水上运输
热搜企业


建筑工程
热搜企业


专注人工智能领域15年

**快速导航**

地区导航　品牌名录　关系查询　姓氏大全
行业导航
企业查询　空壳查询　企业版　热门搜索
　　　　　　　　　　　　　　　　　　老板查询
招标查询　税号查询　人员名录　商标查询
批量查询　老赖查询　年报查询　融资查询

**关于启信宝**

关于我们　隐私政策
常见问题　儿童隐私
意见反馈
服务协议

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP　启信

数据来源：　全国企业信用信息公示系统　　国家知识产权局　　商标局　　版权局

友情链接：　合合信息　　名片全能王　　扫描全能王　　国务院发展研究中心信息网　　蝉大师
　　　　　　权大师　　中国比地招标网　　网络非法金融信息举报专区
　　　　　　建设招标网　　蔚蓝地图　　洞见研报　　猪八戒网
　　　　　　程序商城系统

沪公网安备 31010602003968号　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com

  

小程序
APP
微信
反馈
在线咨询
置顶

启信宝 (https://www.qixin.com/)　官方备案企业征信机构 人民数据官方合作伙伴　　企业名、人名、品牌　🔍 搜索　👤 (https://www.qixin.com/user/home/center)

首页 (/)　企业黄页　企业查询 (/search-...)　关联关系 (/related/294afe9f-...)　北京惠轲互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)　经营预警 (/warn/294afe9f-c56e-...)　经营信息 (/operation/294afe9f-...)　知识产权 31 (/ability/294afe9f-...)　历史信息 (/history/...)

（/company/294afe9f-c56e-4cd7-b7dd-417a98a29045）

**惠轲互联**

浏览:643

**企业主页** (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)　**认证** (/verified/294afe9f-c56e-4cd7-b7dd-417a98a29045)　**品牌购买**

## 北京惠轲互联科技有限公司　[去认证]

下载报告　❤ 关注

存续　有限责任公司　🛡 自身风险 5条 ▸ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)　关联企业3家 ▸ (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

电话：📞 13910909058　查看详情

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)　查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...　查看详情　附近企业 (/app/map-search?ename=北京惠轲互联科技有限公司)

| 财产线索 HOT | 司法解析 NEW | 合同违约 NEW | 股东信息：崔凯 |
|---|---|---|---|
| 线索数量 39 | 涉及案件 ▨ | 合作风险等级L1 低风险 | 持股比例 100% |

(/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045) ... (/294afe9f-c56e-4cd7-b7dd-417a98a29045)

新闻热点：暂无数据　　　　　　　📄 发票抬头　🔗 分享企业

**启信风险**　风险等级　自身风险　关联企业　关联风险　查看详情
　　　　　　　中　　　　5　　　　0　　　　0
(/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

**企业动态**　2021-12-30 新增著作权信息，2021-1...　更多

---

商标信息 2　专利信息　著作权 29　资质认证　标准制定

### 商标信息 2

不限地区 ▾　不限类别 ▾　不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 | | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54...) |
| 2 | | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54...) |

商标注册，企业必备，保护品牌不再等 ▸ (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 | | 状态 ▾ | 登记批准日期 ▾ | 请输入关键词 |

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 11 | 华焱坤泰在线试题系统 V1.0 | 2021SR2225825 | - | - | 2021-12-30 |
| 12 | 华焱坤泰汽车保险系统 V1.0 | 2021SR2225918 | - | - | 2021-12-30 |
| 13 | 华焱坤泰保险业务管理系统 V2.0 | 2021SR2225913 | - | - | 2021-12-30 |
| 14 | 华焱坤泰延保基础数据管理系统 V1.0 | 2021SR2225916 | - | - | 2021-12-30 |
| 15 | 华焱坤泰续保管理系统 V1.0 | 2021SR2225874 | - | - | 2021-12-30 |

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)  «  1  2  3

| 全部维度概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
| 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

小程序  APP  微信  反馈污  在线咨询  置顶

👍 推荐企业

|  香港中央结算有限公司 (... 仍注册 |  中信银行股份有限公司 (...  金融  融资  同业 | 河南沅翰实业有限公司 (...   存续（在营、开业、在册） | 大连合兴投资有...  项目投资 |



 



启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌 搜索

(https://www.qixin.com/user/home/center)

企业概况 (/company/294afe9f- 关联关系 1 (/related/294afe9f- 司法涉诉 (/risk/294afe9f-c56e- 经营预警 (/warn/294afe9f-c56e- 经营信息 7 (/operation/294afe9f- 知识产权 31 (/ability/294afe9f- 历史信息 (/history/2

热搜企业

科大讯飞股份有限公司 (... 工具 教育 输入法
热搜企业

中国建筑第二工程局有限... 装饰装修 核电站建设
热搜企业

中国远洋海运集团有限 水上运输
热搜企业

省苏中建设 建筑工程
热搜企业

专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/district-nav/)
品牌名录 (https://www.qixin.com/brand-nav/)
关系查询 (https://www.qixin.com/find-relation)
姓氏大全 (https://www.qixin.com/names/)
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1)
空壳查询 (https://www.qixin.com/shell/)
企业版 (https://b.qixin.com/?from=index)
热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao.qixin.com/)
税号查询 (https://www.qixin.com/tax-number)
人员名录 (https://www.qixin.com/people-nav/)
商标查询 (https://www.qixin.com/top.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/batch/search)
老赖查询 (https://www.qixin.com/debtor)
年报查询 (https://www.qixin.com/report)
融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about)
隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/questions)
儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP

启信

数据来源：全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接：合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 蝉大师 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 建设招标网 (https://www.jszhaobiao.com/) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 猪八戒网 (https://www.zbj 程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15

小程序 (http://www.

APP

微信

反馈

在线咨询

置顶

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌    搜索    (https://www.qixin.com/user/home/center)

首页 (/)   企业概况 (/company/294afe9f-...)   企业查询 (/search-...)   关联关系 (/related/294afe9f-...)   风险信息 (/risk/294afe9f-c56e-...)   经营预警 (/warn/294afe9f-c56e-...)   经营信息 (/operation/294afe9f-...)   知识产权 31 (/ability/294afe9f-...)   历史信息 (/history/...)



## 北京惠轫互联科技有限公司  去认证

存续    有限责任公司    自身风险 5条 ▶ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

下载报告    关注

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)    关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)    查看详情

电话：13910909058    查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...    查看详情    附近企业 (/app/map-search?ename=北京惠轫互联科技有限公司)

财产线索 HOT    线索数量 39

司法解析 NEW    涉及案件 ■

合同违约 NEW    合作风险等级L1 低风险

股东信息：崔凯    持股比例 100%

(/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045)

新闻热点：    暂无数据    发票抬头    分享企业

启信风险    风险等级 中    自身风险 5 (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)    关联企业 0    关联风险 0    查看详情

企业动态    2022-01-12  新增参与，中国人民财产...    更多

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

### 商标信息 2

不限地区 ▾    不限类别 ▾    不限状态 ▾

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |

商标注册，企业必备，保护品牌不再等> (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 |

状态 ▾    登记批准日期 ▾    请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 16 | 华焱坤泰保险中介云移动展业平台 V1.0 | 2021SR2225909 | - | - | 2021-12-30 |
| 17 | 华焱坤泰保险业务移动展业系统 V2.1 | 2021SR2225824 | - | - | 2021-12-30 |
| 18 | 华焱坤泰保险中介云平台 V1.0 | 2021SR2225910 | - | - | 2021-12-30 |
| 19 | 华焱坤泰客户管理系统 V1.0 | 2021SR2225828 | - | - | 2021-12-30 |
| 20 | 华焱坤泰延保合同管理系统 V1.0 | 2021SR2225875 | - | - | 2021-12-30 |

 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌  搜索   (https://www.qixin.com/user/home/center)

« 2 3 **4**

| 全部维度概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
| | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立案 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) 强制清算 | 行政处罚 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 | 抽查检查 新闻舆情 | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

小程序

APP

微信

反馈污

在线咨询

置顶

👍 推荐企业

| 香港中央结算有限公司 (... 仍注册 | 中信银行股份有限公司 (... 金融 融资 同业 | 河南沅翰实业有限公司 (... 存续（在营、开业、在册） | 大连合兴投资有... 项目投资 |





启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴 企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

企业概况 (/company/294afe9f- 关联关系 1 (/related/294afe9f- 司法涉诉 (/risk/294afe9f-c56e- 经营预警 (/warn/294afe9f-c56e- 经营信息 7 (/operation/294afe9f- 知识产权 31 (/ability/294afe9f- 历史 (/history/

热搜企业
科大讯飞股份有限公司(...
工具 教育 输入法
热搜企业

热搜企业
中国建筑第二工程局有限...
装饰装修 核电站建设
热搜企业

热搜企业
中国远洋海运集团有限
水上运输
热搜企业

热搜企业
省苏中建设
建筑工程
热搜企业

专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/area-nav/) 品牌名录 (https://www.qixin.com/brand-nav/) 关系查询 (https://www.qixin.com/find-relation) 姓氏大全 (https://www.qixin.com/name/)
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1) 空壳查询 (https://www.qixin.com/kongke) 企业版 (https://pro.qixin.com/?from=index) 热门搜索 (https://top.qixin.com/)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)
招标查询 (https://zhaobiao.qixin.com/) 税号查询 (https://www.qixin.com/tax-number) 人员名录 (https://www.qixin.com/people-nav/) 商标查询 (https://www.qixin.com/top.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/batch/search) 老赖查询 (https://www.qixin.com/laolai) 年报查询 (https://www.qixin.com/report) 融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about) 隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/questions) 儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)

**联系方式**

在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP
启信

数据来源：全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接：合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 蝉大 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 建设招标网 (https://www.jszhaobiao.com/) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 猪八戒网 (https://www.zbj 程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址：上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15

小程序 (http://www.
APP
微信
反馈
在线咨询
置顶

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

首页 (/)  企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)  企业查询 (/search-新)  关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045)  北京惠轫互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045)  经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045)  经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045)  知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045)  历史信息 (/history/2...)

企业主页 (/verified/294afe9f-c56e-4cd7-b7dd-417a98a29045)  品牌商铺

惠轫互联  浏览:643

## 北京惠轫互联科技有限公司  去认证

存续   有限责任公司   自身风险 5条 ▶ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

下载报告   关注

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)   关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

电话：13910909058  查看详情

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)  查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轫互联科技有限公司)

| 财产线索 HOT 线索数量 39 | 司法解析 NEW 涉及案件 ▮ (/judiciary-analysis/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 合同违约 NEW 合作风险等级L1 低风险 (/contract/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 股东信息：崔凯 持股比例 100% (/shareholder/...294afe9f-c56e-4cd7-b7dd-417a98a29045) |

新闻热点：暂无数据   发票抬头   分享企业

启信风险  风险等级 中   自身风险 5 (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)   关联企业 0   关联风险 0   查看详情

企业动态   2022-01-12 新增参与，中国人民财产...   更多

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

### 商标信息 2

不限地区 ▼   不限类别 ▼   不限状态 ▼

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54...) |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54...) |

商标注册，企业必备，保护品牌不再等> (https://www.gea-top.com?trackFrom=company-trademark)

### 著作权 29

| 作品著作权 0 | 软件著作权 29 |

状态 ▼   登记批准日期 ▼   请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 21 | 华焱坤泰车型库管理系统 V2.1 | 2021SR2225827 | - | - | 2021-12-30 |
| 22 | 华焱坤泰护航续航系统 V1.0 | 2021SR2225915 | - | - | 2021-12-30 |
| 23 | 华焱坤泰延保理赔管理系统 V1.0 | 2021SR2225873 | - | - | 2021-12-30 |
| 24 | 惠轫续保管理系统 V1.0 | 2021SR0836372 | - | - | 2021-06-04 |
| 25 | 惠轫保险接口平台 V1.0 | 2021SR0836453 | - | - | 2021-06-04 |

小程序  APP  微信  反馈  在线咨询

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌 搜索  (https://www.qixin.com/user/home/center)

« 2 3 4

| 全部维概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联关系 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 经营信息 7 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 知识产权 31 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|
| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 1 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要人员 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 | 核心团队 | 变更记录 10 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 社保人数 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
| | 同业分析 | 企业年报 2 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 融资信息 | 竞品信息 | 品牌产品 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 注销备案 | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 分支机构 | 疑似关系 | 受益所有人 1 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 实际控制企业 | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 行政处罚 强制清算 | 环保处罚 破产案件 | 经营异常 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 排 微 |
| | | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 资质认证 | 标准制定 | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |



小程序

APP

微信

反馈污

在线咨询

置顶

👍 推荐企业

 香港中央结算有限公司 (... 仍注册

 中信银行股份有限公司 (... 金融 融资 同业

  河南沅翰实业有限公司 (... 存续（在营、开业、在册）

 大连合兴投资有... 项目投资



启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

企业概况 (/company/294afe9f- 关联关系 1 (/related/294afe9f- 司法涉诉 (/risk/294afe9f-c56e- 经营预警 (/warn/294afe9f-c56e- 经营信息 7 (/operation/294afe9f- 知识产权 31 (/ability/294afe9f- 历史信息 (/history/2

热搜企业

科大讯飞股份有限公司(… 工具 教育 输入法 热搜企业

中国建筑第二工程局有限… 装饰装修 核电站建设 热搜企业

中国远洋海运集团有限 水上运输 热搜企业

省苏中建设 建筑工程 热搜企业

专注人工智能领域15年

**快速导航**

地区导航 (https://www.qixin.com/area-nav/) 品牌名录 (https://www.qixin.com/brand-nav/) 关系查询 (https://www.qixin.com/find-relation) 姓氏大全 (https://www.qixin.com/lastname/)

行业导航 (https://www.qixin.com/industry-nav/)

企业查询 (https://www.qixin.com/search?key=小米&page=1) 空壳查询 (https://www.qixin.com/shell/) 企业版 (https://b.qixin.com/?from=index) 热门搜索 (https://top.qixin.com/)

老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

招标查询 (https://zhaobiao.qixin.com/) 税号查询 (https://www.qixin.com/tax-number) 人员名录 (https://www.qixin.com/people-nav/) 商标查询 (https://www.qixin.com/top.com?trackFrom=home-bottom-trademark)

批量查询 (https://www.qixin.com/batch/search) 老赖查询 (https://www.qixin.com/laolai) 年报查询 (https://www.qixin.com/report) 融资查询 (https://www.qixin.com/financing)

**关于启信宝**

关于我们 (https://www.qixin.com/about) 隐私政策 (https://www.qixin.com/privacy)

常见问题 (https://www.qixin.com/questions) 儿童隐私 (https://www.qixin.com/child-privacy)

意见反馈

服务协议 (https://www.qixin.com/terms)

**联系方式**

在线咨询

企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

客服电话：400-8286-855

工作时间：周一至周五：9:30-19:00

扫码下载APP

启信

数据来源：全国企业信用信息公示系统 国家知识产权局 商标局 版权局

友情链接：合合信息 (https://www.intsig.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 国务院发展研究中心信息网 (http://www.drcnet.com.cn) 蝉大师 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2) 建设招标网 (https://www.jszhaobiao.com/) 蔚蓝地图 (https://www.ipe.org.cn) 洞见研报 (https://www.djyanbao.com/) 猪八戒网 (https://www.zbj 程序商城系统 (https://www.youzan.com)

---

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

(http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15

小程序 (http://www.

APP

微信

反馈

在线咨询

置顶

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴    企业名、人名、品牌  搜索   (https://www.qixin.com/user/home/center)

首页 (/) 企业概览 企业查询 (/search-...) 关联关系 (/related/294afe9f-...) 北京惠轲互联科技有限公司 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) 经营预警 (/warn/294afe9f-c56e-...) 经营信息 (/operation/294afe9f-...) 知识产权 31 (/ability/294afe9f-...) 历史信息 (/history/...)



**北京惠轲互联科技有限公司** 去认证

存续  有限责任公司  自身风险 5条 ▶ (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)

下载报告  关注

法定代表人：崔凯 (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045)  关联企业3家 > (/shareholder/e5b494e587af/294afe9f-c56e-4cd7-b7dd-417a98a29045?section=relate-sum)

统一社会信用代码：91110108MA01HNL66R

邮箱：warm311@hotmail.com (mailto:warm311@hotmail.com)  查看详情

电话：13910909058  查看详情

地址：北京市海淀区上地十街1号院4号楼18层181...  查看详情  附近企业 (/app/map-search?ename=北京惠轲互联科技有限公司)

财产线索 HOT  线索数量 39

司法解析 NEW  涉及案件

合同违约 NEW  合作风险等级L1 低风险

股东信息：崔凯  持股比例 100%

新闻热点：暂无数据  发票抬头  分享企业

启信风险  风险等级 中  自身风险 5 (/risk-self/294afe9f-c56e-4cd7-b7dd-417a98a29045)  关联企业 0  关联风险 0  查看详情

企业动态  2021-12-30 新增著作权信息，2021-1...  更多

商标信息 2 | 专利信息 | 著作权 29 | 资质认证 | 标准制定

## 商标信息 2

不限地区 ▼  不限类别 ▼  不限状态 ▼

| 序号 | 商标 | 商标名 | 注册号 | 申请日期 | 商标类型 | 法律状态 | 注册地区 | 操作 |
|---|---|---|---|---|---|---|---|---|
| 1 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 42-设计研究 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |
| 2 |  | 用心保 INSURANCE HEARTBEAT | 54307930 | 2021-03-15 | 36-金融物管 | 注册公告 | 大陆 | 详情 (/trademark-detail/54... |

商标注册，企业必备，保护品牌不再等> (https://www.gea-top.com?trackFrom=company-trademark)

## 著作权 29

| 作品著作权 0 | 软件著作权 29 |

状态 ▼  登记批准日期 ▼  请输入关键词

| 序号 | 软件名称+版本号 | 登记号 | 分类号 | 软件简称 | 登记批准日期 |
|---|---|---|---|---|---|
| 26 | 惠轲产品管理系统 V1.0 | 2021SR0836383 | - | - | 2021-06-04 |
| 27 | 惠轲非车险管理系统 V1.0 | 2021SR0836454 | - | - | 2021-06-04 |
| 28 | 惠轲客户管理系统 V1.0 | 2021SR0828962 | - | - | 2021-06-03 |
| 29 | 惠轲保险SAAS平台 V1.0 | 2021SR0828930 | - | - | 2021-06-03 |

«  2  3  4



启信宝全部维度 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

| 企业概况 (/company/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 启信图谱 | 关联关系 1 | 工商信息 | 主要股东 1 | 司法涉诉 | 主要人员 2 | 经营预警 | 对外投资 | 经营信息 7 | 核心团队 | 知识产权 31 | 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 同业分析 | 企业年报 2 | | 融资信息 | | 竞品信息 | | 品牌产品 | 注销备案 | | | |
| 关联关系 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 关联企业 | | 分支机构 | 疑似关系 | | 受益所有人 1 | 实际控制企业 | | 控股企业 (/related/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 竞争对手 | | |
| 司法涉诉 (/risk/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 司法案件 终本案件 | | 法律文书 询价评估 | 被执行人 股权冻结 | | 失信被执行 司法协助 | 限制高消费 | | 限制招投标 | 开庭公告 | 法院公告 | 立 |
| 经营预警 (/warn/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 债务分析 | | 行政处罚 强制清算 | 环保处罚 破产案件 | | 经营异常 | 税务异常 | | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清 |
| 经营信息 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 动产抵押 | | 股权出质 | 质权人 | | 知识产权出质 | 行政许可 3 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 土地信息 招投标 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) 债券信息 税务资质 1 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 抽查检查 新闻舆情 授信额度 多证合一 2 (/operation/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 进出口信息 供应链 招聘信息 信用评级 | 排 微 |
| | | | 双随机抽查 | 电信许可 | | 政府奖励项目 | 荣誉资质 | | | | | |
| 知识产权 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 商标信息 2 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 专利信息 | 著作权 29 (/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 资质认证 | 标准制定 | | | | | |
| 历史信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 工商信息 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 主要股东 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | 历史高管 2 (/history/294afe9f-c56e-4cd7-b7dd-417a98a29045) | | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失 |

小程序  APP  微信  反馈  在线咨询  置顶

👍 推荐企业

 香港中央结算有限公司 (...  仍注册  🔗 热搜企业

 中信银行股份有限公司 (...  金融  融资  同业  🔗 热搜企业

 河南沅翰实业有限公司 (...  存续（在营、开业、在册）  🔗 热搜企业

 大连合兴投资有...  项目投资  🔗 热搜企业

启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

    

科大讯飞股份有限公司 (...)  工具 教育 输入法  关联关系 1 (/related/294afe9f-…)  热搜企业
中国建筑第二工程局有限... 装饰装修 核电站建设  司法涉诉 (/risk/294afe9f-c56e-…)  经营预警 (/warn/294afe9f-c56e-…)  热搜企业
中国远洋海运集团有限公司... 水上运输  经营信息 7 (/operation/294afe9f-…)  热搜企业
江苏省苏中建设... 工程  知识产权 31 (/ability/294afe9f-…)  历史信... (/history/2…)


专注人工智能领域15年

**快速导航**
地区导航 (https://www.qixin.com/nav/)
品牌名录 (https://www.qixin.com/brand-nav/)
关系查询 (https://www.qixin.com/relation)
姓氏大全 (https://www.qixin.com/name-nav/)
行业导航 (https://www.qixin.com/industry-nav/)
企业查询 (https://www.qixin.com/search?key=小米&page=1)
空壳查询 (https://www.qixin.com/kongqiao)
企业版 (https://com.qixin.com/?from=index)
热门搜索 (http://top.qixin.com/)
招标查询 (https://zhaobiao.qixin.com/)
税号查询 (https://www.qixin.com/tax-number)
人员名录 (https://www.qixin.com/people-nav/)
商标查询 (https://www.qixin.com/zhuce-top.com?trackFrom=home-bottom-trademark)
批量查询 (https://www.qixin.com/batch)
老赖查询 (https://www.qixin.com/search/laolai)
年报查询 (https://www.qixin.com/report)
融资查询 (https://www.qixin.com/financing)

**关于启信宝**
关于我们 (https://www.qixin.com/about)
隐私政策 (https://www.qixin.com/privacy)
常见问题 (https://www.qixin.com/question)
儿童隐私 (https://www.qixin.com/child-privacy)
意见反馈
服务协议 (https://www.qixin.com/terms)
老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/)

**联系方式**
在线咨询
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

扫码下载APP    启信宝

数据来源： 全国企业信用信息公示系统  国家知识产权局  商标局  版权局

友情链接： 合合信息 (https://www.intsig.com)  名片全能王 (https://www.camcard.com)  扫描全能王 (https://www.camscanner.com)  国务院发展研究中心信息网 (http://www.drcnet.com.cn)  蝉大师 (https://chandashi.com/)  权大师 (https://www.quandashi.com/)  中国比地招标网 (http://www.bidizhaobiao.com/)  网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)  建设招标网 (https://www.jszhaobiao.com/)  蔚蓝地图 (https://www.ipe.org.cn)  洞见研报 (https://www.djyanbao.com/)  猪八戒网 (https://www.zbj.com)  程序商城系统 (https://www.youzan.com)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)  上海生腾数据科技有限公司，版权所有©2014 - 2022  沪ICP备18033674号-2 (https://beian.miit.gov.cn/)
公司地址： 上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855  举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)

    (http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15…)

  (http://www.s…)

小程序
APP
微信
反馈
在线咨询
置顶

https://www.qixin.com/ability/294afe9f-c56e-4cd7-b7dd-417a98a29045    3/3