# EXHIBIT 14




WWW.CNIPA.GOV.CN  WCJS.SBJ.CNIPA.GOV.CN   帮助   当前数据截至：（2022年04月08日）

| 商标详情 | 商标流程 |

| | | |
|---|---|---|
| | 商品/服务 | 软件运营服务（SaaS）；计算机软件研究和开发；信息技术咨询；软件设计和开发；计算机硬件和软件的设计与开发；信息技术咨询服务；网页和网站设计；技术开发领域的咨询服务；汽车设计；计算机软件开发; 查看详细信息 |
| | 类似群 | 4209;4216;4220; |
| 申请/注册号 | 54307930 | 申请日期 | 2021年03月15日 | 国际分类 | 42 |
| 申请人名称（中文） | 北京惠轲互联科技有限公司 |
| 申请人名称（英文） | |
| 申请人地址（中文） | 北京市海淀区上地十街1号院4号楼18层1815B |
| 申请人地址（英文） | |
| 初审公告期号 | 1753 | 注册公告期号 | 1765 | 是否共有商标 | 否 |
| 初审公告日期 | 2021年07月27日 | 注册公告日期 | 2021年10月28日 | 商标类型 | 一般 |
| 专用权期限 | 2021年10月28日 至 2031年10月27日 | | | 商标形式 | |
| 国际注册日期 | | 后期指定日期 | | 优先权日期 | |
| 代理/办理机构 | |
| 商标流程 | 点击查看 |
| 商标状态图标 | LIVE/REGISTRATION/Published for Opposition  注册公告 |

仅供参考，不具有法律效力

打印    错误信息反馈

版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768


政府网站找错