# EXHIBIT 15

启信宝 (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

| 企业概况 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | search 关联关系 (/related/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 经营风险 (/risk/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 经营预警 (/warn/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 经营信息 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 知识产权 | 历史信息 (/history/...) |

企业主体 已认证 (/verified/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

品牌 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

鑫享泰克  浏览：243

## 北京鑫享泰克科技服务有限公司  去认证

存续　奇骏集团　有限责任公司　小微企业

🛡 自身风险 4条 ▶ (/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

下载报告　关注

法定代表人：宋东霞 (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e)　关联企业1家 > (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=relate-sum)

统一社会信用代码：91110105MA04BC3X2A

电话：-　邮箱：-

地址：北京市朝阳区利泽东园308号8层8522　查看详情　附近企业 (/app/map-search?ename=北京鑫享泰克科技服务有限公司)

| 财产线索 HOT 线索数量 0 | 司法解析 NEW 涉及案件 | 合同违约 NEW 合作风险等级L1 低风险 | 集团：奇骏集团 集团成员 9 |
|---|---|---|---|

(/judiciary-analysis/f886e4e8-3ae7-44ab-8e35-79521fa7000e)　(/contract/f886e4e8-3ae7-44ab-8e35-79521fa7000e)　(/group/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

🔥 新闻热点：　暂无数据　　📧 发票抬头　🔗 分享企业

### 启信风险 ❓

| 风险等级 中 | 自身风险 4 | 关联企业 1 | 关联风险 5 | 查看详情 |

(/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

### 企业动态

2021-10-08  移出经营异常，2021-10-...  更多

| 启信图谱 | 工商信息 | 主要股东 1 | 主要人员 2 | 对外投资 | 核心团队 | 变更记录 4 | 社保人数 | 工资分布 | 同业分析 | 企业年报 |
| 竞品信息 | 品牌产品 | 注销备案 |

## 启信图谱

 企业图谱
 股权结构
 十大受益人
 关联方认定图
 集团图谱
 疑似实控人
 关联关系
 股...

APP　微信　反馈　在线咨询　置顶

## 工商信息　历史工商信息 ▶ (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=icinfo)

| 法定代表人 | 宋 | 宋东霞 (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e) ⬇ 关联企业1家 > (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=relate-sum) | 经营状态 | 存续（在营、开业、在册） |
|---|---|---|---|---|
| 注册资本 | | 1000 万人民币 | 实缴资本 | - |
| 统一社会信用代码 | | 91110105MA04BC3X2A | 纳税人识别号 | 91110105MA04BC3X2A |
| 工商注册号 | | 110105031211138 | 组织机构代码 | MA04BC3X2 |
| 进出口企业代码 | | - | 海关注册编码 | - |

   企业名、人名、品牌  搜索  
(https://www.qixin.com/)  官方备案企业征信机构  (https://www.qixin.com/user/home/center)
人民数据官方合作伙伴

| 企业概况 (/company/f886e4e8-... | 关联关系 1 (/related/f886e4e8-... | 司法涉诉 (/risk/f886e4e8-3ae7-... | 经营预警 1 (/warn/f886e4e8-... | 经营信息 5 (/operation/f886e4e8-... | 知识产权 | 历史信息 (/history/f... |

| | | | | |
|---|---|---|---|---|
| | 商务服务业 ⓘ | | 成立日期 | 2021-06-07 |
| 企业类型 | 有限责任公司(法人独资) | | 营业期限 | 2021-06-07 - - |
| 登记机关 | 北京市朝阳区市场监督管理局 | | 核准日期 | 2022-03-31 |
| 注册地址 | 北京市朝阳区利泽东园308号8层8522  查看地图 | | | |
| 经营范围 | 技术服务、技术开发、技术咨询、技术转让、技术推广；软件开发；经济贸易咨询；设计、制作、代理、发布广告；企业策划；会议服务；承办展览销售汽车配件、计算机、软件及辅助设备、汽车配件、汽车装饰、润滑油、五金交电；计算机系统服务；汽车租赁；商务代理；代驾服务；企业管理经济咨询；市场营销策划；汽车救援、拖车、清障服务；普通货物道路货物运输（仅限使用清洁能源、新能源车辆）；保险代理业务。（市场主体依经营项目，开展经营活动；普通货物道路货物运输（仅限使用清洁能源、新能源车辆）、保险代理业务以及依法须经批准的项目，经相关部门批准后容开展经营活动；不得从事国家和本市产业政策禁止和限制类项目的经营活动。） | | | |

更新时间：2022-04-02    来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

### 主要股东 1  查看股权结构 ▸ (/chart/equity-structure/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

| 序号 | 发起人/股东 | 持股比例 | 认缴出资额 | 实缴出资额 | 认缴出... |
|---|---|---|---|---|---|
| 1 | 上 上海尊方数据科技有限公司 (/company/5fd4b357-486b-41e8-91e7-8ed6b555d137) | 100% | 1000万元人民币 | - | |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

### 主要人员 2  历史主要人员(1) ▸ (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=employees)

| 序号 | 姓名 | 职务 |
|---|---|---|
| 1 | 宋 宋东霞 (https://www.qixin.com/name-detail/9cfc2409a0410195e10e9a680a88656c)<br>关联企业1家 > (/name-detail/9cfc2409a0410195e10e9a680a88656c)<br>受益所有人 | 执行董事,经理,财务负责人 |
| 2 | 徐 徐彬 (https://www.qixin.com/name-detail/686f1e667538c39ef69d712ec4b74733)<br>关联企业11家 > (/name-detail/686f1e667538c39ef69d712ec4b74733) | 监事 |

### 变更记录 4


小程序

| 序号 | 变更日期 | 变更事项 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2022-02-23 | 住所 | 北京市丰台区广安路9号院4号楼14层1402 | 北京市朝阳区利泽东园308号8层8522 |
| 2 | 2021-09-22 | 住所 | 北京市朝阳区林萃路9号院3号楼1层商业13内04 | 北京市丰台区广安路9号院4号楼14层1402 |

APP


微信


反馈

在线咨询

置顶

启信宝 (https://www.qixin.com) 官方备案企业征信机构 人民数据官方合作伙伴　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)

| | 变更日期 | | | | 变更后 |
|---|---|---|---|---|---|
| 企业概况 (/company/f886e4e8-...) | 5 | 关联关系 1 (/related/f886e4e8-...) | 经营范围 司法涉诉 (/risk/f886e4e8-3ae7-...) | 技术服务、技术开发、技术咨询、技术转让、技术推广 软件开发 经营预警 1 (/warn/f886e4e8-...) 经济贸易咨询 经营信息 5 (/operation/f886e4e8-... 设计、制作、代理、发布广告 企业策划 会议服务 承办展览展示活动 销售汽车配件、计算机、软件及辅助设备、汽车配件、汽车装饰、润滑油、五金交电 计算机系统服务 汽车租赁 商务代理 代驾服务 企业管理咨询 社会经济咨询 市场营销策划 普通货物道路货物运输(仅限使用清洁能源、新能源车辆)。(市场主体依法自主选择经营项目,开展经营活动 普通货物道路货物运输(仅限使用清洁能源、新能源车辆)以及依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动 不得从事国家和本市产业政策禁止和限制类项目的经营活动。) | 技术服务、技术开发、技术咨询、技术转让 软件开发 知识产权 历史( 经济贸易咨询 (/history/f 设计、制作、代理、发布广告 企业策划 会议服务 承办展览展示活动 销售汽车配件、计算机、软件及辅助设备、汽车装饰、润滑油、五金交电 计算机系统服务 汽车租赁 商务代理 代驾服务 企业管理咨询 社会经济咨询 市场营销策划 汽车救援、拖车、清障服务 普通货物道路货物运输(仅限使用清洁能源、辆) 保险代理业务。(市场主体依法自主选择经营活动 普通货物道路货物运输(仅限使用清洁能源、辆)、保险代理业务以及依法须经批准的项目 门批准后依批准的内容开展经营活动 不得从事国家和本市产业政策禁止和限制类活动。) |
| 4 | 2021-07-30 | | 经营范围 | 技术服务、技术开发、技术咨询、技术转让、技术推广 软件开发 经济贸易咨询 设计、制作、代理、发布广告 企业策划 会议服务 承办展览展示活动 销售汽车配件、计算机、软件及辅助设备 计算机系统服务 汽车租赁。(市场主体依法自主选择经营项目,开展经营活动 汽车租赁以及依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动 不得从事国家和本市产业政策禁止和限制类项目的经营活动。) | 技术服务、技术开发、技术咨询、技术转让 软件开发 经济贸易咨询 设计、制作、代理、发布广告 企业策划 会议服务 承办展览展示活动 销售汽车配件、计算机、软件及辅助设备、汽车装饰、润滑油、五金交电 计算机系统服务 汽车租赁 商务代理 代驾服务 企业管理咨询 社会经济咨询 市场营销策划 普通货物道路货物运输(仅限使用清洁能源、辆)。(市场主体依法自主选择经营项目,开展 普通货物道路货物运输(仅限使用清洁能源、辆)以及依法须经批准的项目,经相关部门批 的内容开展经营活动 不得从事国家和本市产业政策禁止和限制类 活动。) |



小程序



APP

微信

反馈

在线咨询

置顶

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

## 社保人数



启信宝 (https://www.qixin.com/)　　官方备案企业征信机构　人民数据官方合作伙伴　　企业名、人名、品牌　搜索　　(https://www.qixin.com/user/home/center)

| 企业概况 (/company/f886e4e8-... | 关联关系 1 (/related/f886e4e8-... | 司法涉诉 (/risk/f886e4e8-3ae7-... | 经营预警 1 (/warn/f886e4e8-... | 经营信息 5 (/operation/f886e4e8-... | 知识产权 | 历史信息 (/history/f... |

暂无数据

**工资分布**

暂无数据

**同业分析**

| 注册资本（全国） | 该企业注册资本1000 万人民币，属于商务服务业。注册资本方面，在全国同行企业中，表现优秀。 |
| 注册资本（同省） | |
| 同行地位（全国） | |
| 同行地位（同省） | |
| 进入市场时期（全国） | |
| 进入市场时期（同省） | |
| 同行地域分布（全国） | |
| 同行资金分布（全国） | |



中等　偏低　优秀　全国范围内

小程序　APP　微信　反馈　在线咨询　置顶

**全部维度**

| 企业概况 | 启信图谱 | 工商信息 | 主要股东 1 | 主要人员 2 | 对外投资 | 核心团队 | 变更记录 4 | 社保人数 | 工 |

启信宝 (https://www.qixin.com/) | 企业名、人名、品牌 | 搜索 | (https://www.qixin.com/user/home&center)

官方备案企业征信机构
人民数据官方合作伙伴

| 企业概况 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 关联关系 1 (/related/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 企业集报 | 融资信息 | 司法涉诉 (/risk/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 竞品信息 | 经营预警 1 (/warn/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 品牌产品 | 经营信息 5 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 法院备案 | 知识产权 | 历史信息 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 关联关系 (/related/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 (/related/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 实际控制企业 | 控股企业 (/related/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 竞争对手 | | | | |
| 司法涉诉 (/risk/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | 立 | | |
| 经营预警 (/warn/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 债务分析 | 行政处罚 | 环保处罚 | 经营异常 1 (/warn/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 税务异常 强制清算 | 严重违法失信 破产案件 | 违法违规建设 | 司法拍卖 | 清 | | |
| 经营信息 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 土地信息 招投标 1 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 抽查检查 新闻舆情 债券信息 税务资质 1 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 进出口信息 供应链 招聘信息 信用评级 授信额度 多证合一 1 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 排 微 | | |
| | 双随机抽查 | 电信许可 | 政府奖励项目 | 荣誉资质 | | | | | | | |
| 知识产权 (/ability/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 商标信息 | 专利信息 | 著作权 | 资质认证 | 标准制定 | | | | | | |
| 历史信息 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 工商信息 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 主要股东 | 历史高管 1 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | | | |


小程序
APP
微信
反馈

👍 推荐企业

 招商局集团有限公司 (/c...
金融　地产、物业
🔗 热搜企业

蓝田 中国蓝田总公司 (/comp...
存续（在营、开业、在册）
🔗 热搜企业

 中国中信有限公司 (/co...
原油　煤炭和铝
🔗 热搜企业

 中国石油天然气...
昆仑润滑油、脂、...
🔗 热搜企业

置顶

 北京字节跳动网络技术有...
抖音　激萌　北京

 中央汇金资产管理有限责...
存续（在营、开业、在册）

安基 （BVI） 有限公司 (...
仍注册

 中国机械工业集...
存续（在营、开业、...



| 企业概况 | 关联关系 1 | 司法涉诉 | 经营预警 1 | 经营信息 5 | 知识产权 | 历史 |

专注人工智能领域15年

**快速导航**

地区导航　品牌名录　关系查询　姓氏大全
　　　　　行业导航　　　　　　　

企业查询　空壳查询　企业版　热门搜索
(key=小米&page=1)　　　　　　　老板查询

招标查询　税号查询　人员名录　商标查询

批量查询　老赖查询　年报查询　融资查询

**关于启信宝**

关于我们　隐私政策
常见问题　儿童隐私
意见反馈
服务协议

**联系方式**

企业邮箱：kefu@qixin.com
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00


扫码下载APP


启信

---

数据来源：　全国企业信用信息公示系统　　国家知识产权局　　商标局　　版权局

友情链接：　合合信息　名片全能王　扫描全能王　国务院发展研究中心信息网　蝉大师　权大师　中国比地招标网　网络非法金融信息举报专区　reportNext=1&reportClass=2&harmType=2)　建设招标网　蔚蓝地图　洞见研报　猪八戒网　程序商城系统

沪公网安备 31010602003968号　上海生腾数据科技有限公司，版权所有©2014 - 2022 沪ICP备18033674号-2

公司地址：　上海市静安区万荣路1268号云立方A座11层
不良信息举报电话：400-8286-855　举报邮箱：kefu@qixin.com




小程序


APP


微信

反馈

在线咨询

置顶

启信宝 Qixin.com (https://www.qixin.com/) 官方备案企业征信机构 人民数据官方合作伙伴

企业名、人名、品牌 搜索 (https://www.qixin.com/user/home/center)

首页 (/) / 企业查询 (/search-prov/11) / 北京鑫享泰克科技服务有限公司 (/

企业概况 (/company/f886e4e8- 关联关系 (/related/f886e4e8- 司法涉诉 (/risk/f886e4e8-3ae7- 经营预警 1 (/warn/f886e4e8- 经营信息 (/operation/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 知识产权 历史信息 (/history/f

(/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 企业主页

鑫享泰克

(/verified/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 品牌主页

浏览:256

# 北京鑫享泰克科技服务有限公司

去认证 下载报告 关注

存续 奇骏集团 有限责任公司 小微企业

自身风险 4条 (/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

法定代表人：宋东霞 (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 关联企业1家 > (/shareholder/e5ae8be4b89ce99c9e/f886e4e8-3ae7-44ab-8e35-79521fa7000e?section=relate-sum)

统一社会信用代码：91110105MA04BC3X2A

电话：-

邮箱：-

地址：北京市朝阳区利泽东园308号8层8522 查看详情 附近企业 (/app/map-search?ename=北京鑫享泰克科技服务有限公司)

财产线索 HOT 线索数量 0

司法解析 NEW 涉及案件

合同违约 NEW 合作风险等级L1 低风险

集团：奇骏集团 集团成员 9

(/judiciary-analysis/f886e4e8-3ae7-44ab-8e35-79521fa7000e) (/contract/f886e4e8-3ae7-44ab-8e35-79521fa7000e)

新闻热点： 暂无数据 发票抬头 分享企业

启信风险

| 风险等级 | 自身风险 | 关联企业 | 关联风险 |
|---|---|---|---|
| 中 | 4 | 1 | 5 |

(/risk-self/f886e4e8-3ae7-44ab-8e35-79521fa7000e) 查看详情

企业动态 2021-10-08 移出经营异常，2021-10-... 更多

债务分析 | 行政处罚 | 环保处罚 | 经营异常 1 | 税务异常 | 严重违法失信 | 违法违规建设 | 司法拍卖 | 清算信息 | 强制清算 | 破产案件

## 债务分析

债务分析
成为SVIP会员，不限量查看企业及其关联方的负债总额、类型、明细及同业内的负债水平

1年SVIP服务 ¥1600 低至4.4元/天
2年SVIP服务 ¥3200 低至4.4元/天
3年SVIP服务 ¥3200 低至2.9元/天

限时优惠 - ¥350.0

立即开通

支付后可开发票

小程序 APP 微信 反馈 在线咨询 置顶



启信宝 (https://www.qixin.com/)  官方备案企业征信机构 人民数据官方合作伙伴  企业名、人名、品牌  搜索  (https://www.qixin.com/user/home/center)

| 企业概况 | 关联关系 1 | 司法涉诉 | 经营预警 1 | 经营信息 5 | 知识产权 | 历史信息 |

## 经营异常 1

| 序号 | 列入日期 | 做出决定机关 | 列入经营异常名录原因 | 移出日期 | 移出经营异常名录原因 |
|---|---|---|---|---|---|
| 1 | 2021-09-14 | 北京市朝阳区市场监督管理局 | 通过登记的住所或者经营场所无法联系的 | 2021-10-08 | 列入经营异常名录3年内且依照《经营异常名录管理办法》第九条规定被列入经营异常名录，依法办理住所或者经营场所变更登记的 |

来源：国家信用信息公示系统 (http://www.gsxt.gov.cn/)

### 全部维度

| 企业概况 | 启信图谱 | 工商信息 | 主要股东 1 | 主要人员 2 | 对外投资 | 核心团队 | 变更记录 4 | 社保人数 | 工商信息 |
|---|---|---|---|---|---|---|---|---|---|
| | 同业分析 | 企业年报 | 融资信息 | 竞品信息 | 品牌产品 | 注销备案 | | | |

| 关联关系 | 关联企业 | 分支机构 | 疑似关系 | 受益所有人 1 | 实际控制企业 | 控股企业 | 竞争对手 | | |

| 司法涉诉 | 司法案件 终本案件 | 法律文书 询价评估 | 被执行人 股权冻结 | 失信被执行人 司法协助 | 限制高消费 | 限制招投标 | 开庭公告 | 法院公告 | |

| 经营预警 | 债务分析 | 行政处罚 | 环保处罚 | 经营异常 1 | 税务异常 强制清算 | 严重违法失信 破产案件 | 违法违规建设 | 司法拍卖 | |

| 经营信息 | 动产抵押 | 股权出质 | 质权人 | 知识产权出质 | 行政许可 2 | 土地信息 招投标 1 债券信息 税务资质 1 多证合一 1 | 抽查检查 新闻舆情 | 进出口信息 供应链 招聘信息 信用评级 股信额度 | |

启信宝 (https://www.qixin.com/) 　双随机抽查　电信许可　政府奖励项目
官方备案企业征信机构
人民数据官方合作伙伴
企业名、人名、品牌　搜索
(https://www.qixin.com/user/home/center)

| 企业概况 (/company/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 知识产权 商标信息 关联关系 1 (/related/f886e4e8- | 专利信息 著作权 司法涉诉 (/risk/f886e4e8-3ae7- | 资质证书 进出口信用 经营预警 1 (/warn/f886e4e8- | 招投标信息 经营信息 5 (/operation/f886e4e8- | 知识产权 (/history/f... | 历史信... |

| 历史信息 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 工商信息 (/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 主要股东 | 历史高管 1 (/history/f886e4e8-3ae7-44ab-8e35-79521fa7000e) | 对外投资 动产抵押 双随机抽查 招聘信息 | 法律文书 股权出质 税务异常 荣誉资质 | 被执行人 行政处罚 经营异常 | 开庭公告 知识产权出质 股权冻结 | 法院公告 行政许可 司法协助 | 失... 排污... |

👍 推荐企业

 山东未名生物医药股份有... 乙醇　无水　亚磷酸
🔗 热搜企业

 广东豪美新材股份有限公... 厂家铝型材销售
🔗 热搜企业

 中国通用技术（集团）控... 地产　医药　车辆
🔗 热搜企业

 京东方科技集团... 传感器　物联网
🔗 热搜企业

 上海寻梦信息技术有限公... 团购　电商　拼团
🔗 热搜企业

 中国航天科工集团有限公... 存续（在营、开业、在册）
🔗 热搜企业

 中国平安财产保险股份有... 财产保险　平安综合金融
🔗 热搜企业

 中国中信有限公... 原油　煤炭和铝
🔗 热搜企业


专注人工智能领域15年

| 快速导航 | | | 关于启信宝 | | 联系方式 | |
|---|---|---|---|---|---|---|
| 地区导航 (https://www.qixin.com/nav/) | 品牌名录 (https://www.qixin.com/brand-nav/) | 关系查询 (https://www.qixin.com/relation) | 姓氏大全 (https://www.qixin.com/qixinname) | 关于我们 (https://www.qixin.com/about) | 隐私政策 (https://www.qixin.com/privacy) | 在线咨询 企业邮箱： kefu@qixin.com (mailto:kefu@qixin.com) |
| 行业导航 (https://www.qixin.com/industry-nav/) | | | 常见问题 (https://www.qixin.com/questions) | 儿童隐私 (https://www.qixin.com/child-privacy) | 客服电话： 400-8286-855 | |
| 企业查询 (https://www.qixin.com/?key=小米&page=1) | 空壳查询 (https://www.qixin.com/empty?from=index) | 企业版 (https://top.qixin.com/) | 热门搜索 (https://top.qixin.com/) | 意见反馈 服务协议 (https://www.qixin.com/terms) | 工作时间：周一至周五：9:30-19:00 | |
| | | | 老板查询 (https://www.qixin.com/shareholder/e99bb7e5869b/) | | | |
| 招标查询 (https://zhaobiao.qixin.com/) | 税号查询 (https://www.qixin.com/tax-number/) | 人员名录 (https://www.qixin.com/people-nav/) | 商标查询 (https://www.qixin.com/people-top.com?trackFrom=home-bottom-trademark) | | | |
| 批量查询 (https://www.qixin.com/batch-search) | 老赖查询 (https://www.qixin.com/laolai) | 年报查询 (https://www.qixin.com/report) | 融资查询 (https://www.qixin.com/financing) | | | |


扫码下载APP　启信...
小程序
APP
微信
反馈
在线客服
置顶

数据来源：　全国企业信用信息公示系统　国家知识产权局　商标局　版权局

友情链接：　合合信息 (https://www.intsig.com/)　名片全能王 (https://www.camcard.com/)　扫描全能王 (https://www.camscanner.com/)　国务院发展研究中心信息网 (http://www.drcnet.com.cn/) (https://chandashi.com/)　权大师 (https://www.quandashi.com/)　中国比地招标网 (http://www.bidizhaobiao.com/)　网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)　建设招标网 (https://www.jszhaobiao.com/)　蔚蓝地图 (https://www.ipe.org.cn)　洞见研报 (https://www.djyanbao.com/)　猪八戒网 (https://www.zbj...)　程序商城系统 (https://www.youzan.com/)

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968)　上海生腾数据科技有限公司，版权所有©2014 - 2022　沪ICP备18033674号-2 (https://beian.miit.gov.cn/)

公司地址：　上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：　400-8286-855　举报邮箱：　kefu@qixin.com (mailto:kefu@qixin.com)

启信宝 (https://www.qixin.com/)　官方备案企业征信机构 人民数据官方合作伙伴　(http://　企业名、人名、品牌　搜索　(https://www.qixin.com/user/home/center)

- 企业概况 (/company/f886e4e8-
- 关联关系 1 (/related/f886e4e8-
- 司法涉诉 (/risk/f886e4e8-3ae7-
- 经营预警 1 (/warn/f886e4e8-
- 经营信息 5 (/operation/f886e4e8-
- 知识产权
- 历史 (/history/f

 小程序

 APP

 微信

 反馈

 在线咨询

 置顶

