UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO HANDAL and DONALD DOMINIQUE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TENET FINTECH GROUP INC. F/K/A PEAK FINTECH GROUP INC., JOHNSON JOSEPH, and JEAN LANDREVILLE,<br><br>    Defendants. | Case No: 1:21-cv-06461-PKC-RLM<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF LEAD PLAINTIFF ALEJANDRO HANDAL AND NAMED PLAINTIFFS DONALD DOMINIQUE AND JACK HILL'S MOTION TO ENFORCE THE MEMORANDUM OF UNDERSTANDING OF SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated August 23, 2024; the accompanying Declaration of Jacob Goldberg, dated August 23, 2024, and exhibits thereto; and upon all prior papers and proceedings herein, Lead Plaintiff Alejandro Handal and Named Plaintiffs Donald Dominique and Jack Hill ("Plaintiffs"), individually and on behalf the Settlement Class, through their undersigned counsel, move this Court for (i) an Order granting Plaintiffs Motion to Enforce the Memorandum of Understanding of Settlement, and (ii) a Judgment against Defendants Tenet Fintech Group Inc., Johnson Joseph, and Jean Landreville, jointly and severally, in the amount of $1,250,000 in cash, payable within 30 days of the entry of the judgment.

A proposed order is attached hereto as Exhibit A. A proposed judgment is attached hereto as Exhibit B.

Dated: August 23, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Mr. Jacob A. Goldberg
Ms. Jing Chen
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
        jchen@rosenlega.com

*Counsel for Plaintiffs and the putative Class*